# DAIRY CASH FLOW / BUDGET

NAME   Hollifield Ranches

BUDGET PERIOD: September 2010 to December 2010

| ITEM-UNIT | MONTH | | | | TOTAL |
|---|---|---|---|---|---|
| | September | October | November | December | |
| Milk Production | $549,750.00 | $549,750.00 | $549,750.00 | $549,750.00 | $2,199,000.00 |
| Other Income | $30,973.00 | $30,973.00 | $30,973.00 | $30,973.00 | $123,892.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | $580,723.00 | $580,723.00 | $580,723.00 | $580,723.00 | $2,322,892.00 |

Carryover from Previous Months =   $0.00

Page 1

EXHIBIT A

# DAIRY CASH FLOW / BUDGET

NAME   Hollifield Ranches

BUDGET PERIOD: Sept. 2010 to Dec. 2010

| ITEM-UNIT | MONTH | | | | |
|---|---|---|---|---|---|
| | Sept. | October | November | December | TOTAL |
| Milk Fed/St Advertising | $6,100.00 | $6,100.00 | $6,100.00 | $6,100.00 | $24,400.00 |
| Milk Admin Fees | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $15,200.00 |
| Ads/Dues/Subscriptions | $357.00 | $357.00 | $357.00 | $357.00 | $1,428.00 |
| Calf Expenses | $27,886.00 | $27,886.00 | $27,886.00 | $27,886.00 | $111,544.00 |
| Feed Purchase | $275,000.00 | $275,000.00 | $275,000.00 | $275,000.00 | $1,100,000.00 |
| Freight & Trucking | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $26,000.00 |
| Fuel | $12,614.00 | $12,614.00 | $12,614.00 | $12,614.00 | $50,456.00 |
| Leases | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $10,000.00 |
| Insurance | $3,397.00 | $3,397.00 | $3,397.00 | $3,397.00 | $13,588.00 |
| Misc./Other | $7,350.00 | $7,350.00 | $7,350.00 | $7,350.00 | $29,400.00 |
| Payroll Expenses | $54,508.00 | $54,508.00 | $54,508.00 | $54,508.00 | $218,032.00 |
| Repairs/Maintenance | $47,615.00 | $47,615.00 | $47,615.00 | $47,615.00 | $190,460.00 |
| Outside Services | $23,445.00 | $23,445.00 | $23,445.00 | $23,445.00 | $93,780.00 |
| Supplies | $11,057.00 | $11,057.00 | $11,057.00 | $11,057.00 | $44,228.00 |
| Taxes | $0.00 | $0.00 | $0.00 | $8,760.00 | $8,760.00 |
| Utilities | $4,237.00 | $4,237.00 | $4,237.00 | $4,237.00 | $16,948.00 |
| Vet/Vaccine | $45,209.00 | $45,209.00 | $45,209.00 | $45,209.00 | $180,836.00 |
| TOTAL EXP. | $531,575.00 | $531,575.00 | $531,575.00 | $540,335.00 | $2,135,060.00 |

| Cash Flow Analysis | | | | |
|---|---|---|---|---|
| Carryover | $0.00 | $49,148.00 | $98,296.00 | $147,444.00 |
| Monthly Income | $580,723.00 | $580,723.00 | $580,723.00 | $580,723.00 |
| Cash Flow | $49,148.00 | $98,296.00 | $147,444.00 | $187,832.00 |

SUMMARY

| Previous Year Carryover | $0.00 |
|---|---|
| Total Estimated Income | $2,322,892.00 |
| Total Estimated Oper. Expense | $2,135,060.00 |
| Margin | $187,832.00 |

# FARM CASH FLOW / BUDGET

NAME ___Hollifield Ranches___

BUDGET PERIOD: September 2010 to December 2010

| ITEM-UNIT | MONTH | | | | TOTAL |
| --- | --- | --- | --- | --- | --- |
| | September | October | November | December | |
| Sugar Beets | $0.00 | $0.00 | $399,333.00 | $0.00 | $399,333.00 |
| Potatoes | $0.00 | $0.00 | $0.00 | $119,992.00 | $119,992.00 |
| Crop on Hand/Keegan | $600,000.00 | $0.00 | $0.00 | $0.00 | $600,000.00 |
| Crop on Hand/Arrowhea | $74,000.00 | $168,000.00 | $0.00 | $0.00 | $242,000.00 |
| Open market Potatoes | $0.00 | $130,000.00 | $0.00 | $0.00 | $130,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | $674,000.00 | $298,000.00 | $399,333.00 | $119,992.00 | $1,491,325.00 |

Carryover from Previous Months =    $483,687.34

| 2010 Crops -- Payments to be received in 2011 | |
| --- | --- |
| Crop | Amount |
| Sugar Beets | $798,667.00 |
| Potatoes | $239,983.00 |
| Beans | $637,500.00 |
| Total | $1,676,150.00 |

Page 1



EXHIBIT B

# FARM CASH FLOW / BUDGET

NAME   Hollifield Ranches

BUDGET PERIOD: Sept. 2010 to Dec. 2010

| ITEM-UNIT | Sept. | October | November | December | TOTAL |
|---|---|---|---|---|---|
| Chemicals/Fertilizer | $22,250.00 | $22,250.00 | $22,250.00 | $22,250.00 | $89,000.00 |
| Contract Services | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $80,000.00 |
| Land Rent/Lease | $180,000.00 | $218,885.00 | $192,276.00 | $180,000.00 | $771,161.00 |
| Insurance | $9,408.00 | $9,408.00 | $9,408.00 | $9,408.00 | $37,632.00 |
| Payroll | $58,990.00 | $58,990.00 | $58,990.00 | $58,990.00 | $235,960.00 |
| Repairs/Maint. | $35,469.00 | $35,469.00 | $35,469.00 | $35,469.00 | $141,876.00 |
| Seed Purchase | $35,650.00 | $35,650.00 | $35,650.00 | $35,650.00 | $142,600.00 |
| Farm Fuel | $40,777.00 | $40,777.00 | $40,777.00 | $40,777.00 | $163,108.00 |
| Supplies | $4,624.00 | $4,624.00 | $4,624.00 | $4,624.00 | $18,496.00 |
| Taxes | $0.00 | $0.00 | $0.00 | $5,527.00 | $5,527.00 |
| Utilities | $12,284.00 | $12,284.00 | $12,284.00 | $12,284.00 | $49,136.00 |
| Water Assessments | $0.00 | $0.00 | $0.00 | $6,847.00 | $6,847.00 |
| Misc. | $10,101.00 | $10,101.00 | $10,101.00 | $10,101.00 | $40,404.00 |
| TOTAL EXP. | $429,553.00 | $468,438.00 | $441,829.00 | $441,927.00 | $1,781,747.00 |

*Cash Flow Analysis*

| | | | | |
|---|---|---|---|---|
| Carryover | $483,687.34 | $728,134.34 | $557,696.34 | $515,200.34 |
| Monthly Income | $674,000.00 | $298,000.00 | $399,333.00 | $119,992.00 |
| Cash Flow | $728,134.34 | $557,696.34 | $515,200.34 | $193,265.34 |

SUMMARY

| | |
|---|---|
| Previous Year Carryover | $483,687.34 |
| Total Estimated Income | $1,491,325.00 |
| Total Estimated Oper. Expense | $1,781,747.00 |
| Margin | $193,265.34 |

Page 2

# CATTLE CASH FLOW / BUDGET

NAME  Hollifield Ranches

BUDGET PERIOD:  September 2010 to December 2010

| ITEM-UNIT | September | October | November | December | TOTAL |
|---|---|---|---|---|---|
| Feed Income | $300,000.00 | $300,000.00 | $300,000.00 | $300,000.00 | $1,200,000.00 |
| Cattle Sales | $975,000.00 | $975,000.00 | $975,000.00 | $975,000.00 | $3,900,000.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTALS | $1,275,000.00 | $1,275,000.00 | $1,275,000.00 | $1,275,000.00 | $5,100,000.00 |

Carryover from Previous Months =    $2,535,549.23

Page 1

EXHIBIT 

# CATTLE CASH FLOW / BUDGET

NAME    Hollifield Ranches

BUDGET PERIOD:   Sept. 2010 to Dec. 2010

| ITEM-UNIT | Sept. | October | November | December | TOTAL |
|---|---|---|---|---|---|
| Cattle Purchases | $700,000.00 | $700,000.00 | $700,000.00 | $700,000.00 | $2,800,000.00 |
| Contract Services | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $8,000.00 |
| Feed Purchases | $400,000.00 | $400,000.00 | $400,000.00 | $400,000.00 | $1,600,000.00 |
| Freight & Trucking | $29,000.00 | $29,000.00 | $29,000.00 | $29,000.00 | $116,000.00 |
| Fuel | $10,500.00 | $10,500.00 | $10,500.00 | $10,500.00 | $42,000.00 |
| Leases/Rent | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $11,800.00 |
| Insurance | $1,376.00 | $1,376.00 | $1,376.00 | $1,376.00 | $5,504.00 |
| Misc./Other | $9,169.00 | $9,169.00 | $9,169.00 | $9,169.00 | $36,676.00 |
| Payroll | $23,048.00 | $23,048.00 | $23,048.00 | $23,048.00 | $92,192.00 |
| Repairs & Maintenance | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $72,000.00 |
| Outside Services | $3,850.00 | $3,850.00 | $3,850.00 | $3,850.00 | $15,400.00 |
| Supplies | $2,364.00 | $2,364.00 | $2,364.00 | $2,364.00 | $9,456.00 |
| Utilities | $2,143.00 | $2,143.00 | $2,143.00 | $2,143.00 | $8,572.00 |
| Vet/ Vaccine | $14,100.00 | $14,100.00 | $14,100.00 | $14,100.00 | $56,400.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $0.00 |
|  |  |  |  |  | $4,874,000.00 |

| Cash Flow Analysis |  |  |  |  |
|---|---|---|---|---|
| Carryover | $2,535,549.23 | $3,810,549.23 | $5,085,549.23 | $6,360,549.23 |
| Monthly Income | $1,275,000.00 | $1,275,000.00 | $1,275,000.00 | $1,275,000.00 |
| Cash Flow | $3,810,549.23 | $5,085,549.23 | $6,360,549.23 | $7,635,549.23 |

SUMMARY

| Previous Carryover | $2,535,549.23 |
|---|---|
| Total Estimated Income | $5,100,000.00 |
| Total Estimated Oper. Expense | $4,874,000.00 |
| Margin | $2,761,549.23 |

Page 2