Brent T. Robinson, Esq.
ROBINSON ANTHON & TRIBE
Attorneys at Law
615 H Street
P. O. Box 396
Rupert, Idaho   83350
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
ISB #1932
btr@idlawfirm.com

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-41613 |
| | ) | (Chapter 11) |
| HOLLIFIELD RANCHES, INC., and | ) | |
| Hollifield Ranches, Inc., as successor | ) | |
| to Double H Cattle, LP, | ) | |
| Double H Cattle, Inc., | ) | |
| White Gold Dairy, LLC, | ) | |
| White Gold Dairy, Inc., | ) | |
| Taylor & Dad, LLC, and | ) | |
| Taylor & Dad Investments, Inc., | ) | |
| by merger, | ) | |
| | ) | |
| Debtor. | ) | |

MOTION FOR AUTHORIZATION
TO PARTICIPATE IN USDA PROGRAMS

COMES NOW the above-named debtor by and through its attorney, Brent T. Robinson of the firm Robinson Anthon & Tribe, and moves the Court for an order authorizing debtor to participate in programs administered by the U. S. Department of Agriculture Consolidated Farm Service Agency [CFSA] and Commodity Credit Corporation [CCC], under the terms and conditions set forth in the proposed Order which is attached hereto and by reference made a part hereof.

This motion is made on the grounds and for the reasons that from time to time debtor in possession may need funds from the U. S. Department of Agriculture CFSA and CCC programs to continue operations during the pendency of his Chapter 12 bankruptcy.  Said funds

are an integral part of debtor's income, and are become essential to continue farming operations and fund the plan to be submitted by the debtor.

DATED this <u>9th</u> day of September, 2010.

ROBINSON ANTHON & TRIBE

By:<u>/s/ Brent T. Robinson</u>
Brent T. Robinson

Motion . . . USDA Programs - 2