Randall A. Peterman, ISB No. 1944
Noah G. Hillen, ISB No. 7690
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
rap@moffatt.com
ngh@moffatt.com
18794.0216

Attorneys for KeyBank National Association

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 10-41613-JDP |
|---|---|
| HOLLIFIELD RANCHES, INC., | Chapter 11 |
| Debtor. | |

### NOTICE OF INTENT TO CROSS EXAMINE

      NOTICE IS HEREBY GIVEN that Randall A. Peterman and Noah G. Hillen of Moffatt, Thomas, Barrett, Rock & Fields, Chartered, attorneys of record for KeyBank National Association, pursuant to Local Rule 9014.1 of the Rules of Bankruptcy Procedure, intend to cross-examine, (1) Terry Hollifield, individually and in his capacities as a manager, and/or president, and /or member, and/or partner of Hollifield Ranches, Inc. and/or Double H Cattle, Inc., and/or White Gold Dairy, Inc., and/or Taylor & Dad Investments, Inc., and/or Taylor & Dad, LLC, and/or White Gold Dairy, LLC, and/or Double H. Cattle LP ("Debtor");

(2) Justamere Inn presently or formerly employed by HCM Holmstead; and (3) John A. Coleman, CPA of HCM Holmstead, and any other witnesses that may be called by the Debtor at

**NOTICE OF INTENT TO CROSS EXAMINE - 1**      Client:1789851.1

the hearing regarding the Debtor's Motion for Emergency and Continuing Use Cash Collateral (CR 5), which is scheduled to occur on October 20, 2010 at 9:30 a.m. at the U.S. Bankruptcy Court, 801 E. Sherman, Pocatello, Idaho, before the Honorable Jim D. Pappas.

DATED this 6th day of October, 2010.

MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By /s/ Randall A. Peterman
Randall A. Peterman – Of the Firm
Attorneys for KeyBank National Association

**NOTICE OF INTENT TO CROSS EXAMINE - 2**

Client:1789851.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of October, 2010, I filed the foregoing **NOTICE OF INTENT TO CROSS EXAMINE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Brent T. Robinson**
btr@idlawfirm.com
*Attorneys for Debtor*

**David F. Shirley**
dshirley@pmt.org
*Attorneys for Western Seeds*

**Scott Tschirgi**
sat@satchartered.com
*Attorney for Pioneer Commodities, LLC*

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**David A. Heida**
dheida@capitollawgroup.net
*Attorneys for Wilbur-Ellis Company*

**Robert J. Maynes**
mayneslaw@hotmail.com
*Attorney for ADM Edible Bean Specialties, Inc.*

**David W. Gadd**
dwg@magicvalleylaw.com
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris*

**Craig W. Christensen**
cwcc@ida.net
*Attorneys for J.R. Simplot*

**William R. Hollifield**
bhollifield@idalawyer.com
*Attorneys for Creditor C.W. Hollifield Estate*

**Mary P. Kimmel**
ustp.region18.bs.ecf@usdoj.gov

**John S. Ritchie**
crrtflaw@msn.com
*Attorneys for Eagle Creek Northwest LLC*

**Daniel C. Green**
dan@racinelaw.net
*Attorneys for Thomas Petroleum, LLC d/b/a Bowen Petroleum, Inc.*

**John O. Fitzgerald II**
jof@magicvalleylaw.com
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris*

**NOTICE OF INTENT TO CROSS EXAMINE - 3**                                                                                   Client:1789851.1

AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF INTENT TO CROSS EXAMINE** on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Hollifield Ranches, Inc.<br>4076 E. 3400 N.<br>Hansen, ID 83334 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| John O. Fitzgerald II<br>David W. Gadd<br>WORST FITZGERALD & STOVER, PLLC<br>746 N. College Rd., Suite C<br>P.O. Box 5226<br>Twin Falls, ID 83303-5226<br>*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris* | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Tyson Fresh Meats, Inc.<br>2200 Don Tyson Parkway CP131<br>Springdale, AR 72762 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Justamere Inn<br>HCM Holmstead<br>401 Gooding Street North, Suite 203<br>Twin Falls, ID 83301 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| John A. Coleman, CPA<br>HCM Holmstead<br>401 Gooding Street North, Suite 203<br>Twin Falls, ID 83301 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

/s/ Randall A. Peterman

Randall A. Peterman

**NOTICE OF INTENT TO CROSS EXAMINE - 4**

Client:1789851.1