UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | Case No. 10-41613-JDP |
| ) | (Chapter 11) |
| HOLLIFIELD RANCHES, INC., and ) | |
| Hollifield Ranches, Inc., as successor ) | |
| to Double H Cattle, LP, ) | |
| Double H Cattle, Inc., ) | |
| White Gold Dairy, LLC, ) | |
| White Gold Dairy, Inc., ) | |
| Taylor & Dad, LLC, and ) | |
| Taylor & Dad Investments, Inc., ) | |
| by merger, ) | |
| ) | |
| Debtor. ) | |

ORDER AUTHORIZING EMERGENCY
USE OF CASH COLLATERAL AND NOTICE OF FINAL HEARING

Debtor's motion for emergency use of cash collateral came on for hearing before the above-entitled Court on September 15, 2010. Participating in the proceedings was Brent T. Robinson, attorney for the debtor, Terry Hollifield, manager and owner of Hollifield Ranches, Inc., Noah Hillen, attorney for KeyBank, and Mary Kimmell of the U. S. Trustee's Office. The Court having heard the comments of counsel in attendance and the Court finding that unless the interim motion is granted, debtor will suffer irreparable harm and damage before the final hearing, the Court, therefore, enters its order, effectively immediately, as follows:

IT IS HEREBY ORDERED that on an emergency basis the debtor is authorized to use cash collateral from September 15, 2010, through October 31, 2010, as follows:

**DAIRY**

| Item | Sept. 15-30, 2010 | Oct. 1-31, 2010 |
|---|---|---|
| Milk Fed/St Advertising | $3,050.00 | $6,100.00 |
| Milk Admin Fees | 1,900.00 | 3,800.00 |
| Ads/dues/subscriptions | 178.20 | 357.00 |
| Calf expense | 14,000.00 | 27,886.00 |
| Feed purchase | 150,000.00 | 275,000.00 |
| Freight & Trucking | 3,250.00 | 6,500.00 |
| Fuel | 6,307.00 | 12,614.00 |
| Insurance | 699.00 | 3,397.00 |
| Misc./Other | 3,675.00 | 7,350.00 |

Order . . . Emergency Use of Cash Collateral - 1

| | | |
|---|---:|---:|
| Payroll Expenses | 27,250.00 | 54,508.00 |
| Repairs/maintenance | 25,000.00 | 47,615.00 |
| Outside Services | 11,723.00 | 23,445.00 |
| Supplies | 5,528.00 | 11,057.00 |
| Utilities | 2,118.00 | 4,237.00 |
| Vet/Vaccine | <u>22,700.00</u> | <u>45,209.00</u> |
| TOTAL: | **$277,378.20** | **$529,075.00** |

**CATTLE**

| | | |
|---|---:|---:|
| Cattle Purchases | $ 300,000.00 | $700,000.00 |
| Contract Service | 1,000.00 | 2,000.00 |
| Feed Purchases | 200,000.00 | 400,000.00 |
| Freight & Trucking | 14,500.00 | 29,000.00 |
| Fuel | 10,500.00 | 10,500.00 |
| Insurance | 688.00 | 1,376.00 |
| Misc./Other | 4,585.00 | 9,169.00 |
| Payroll | 11,500.00 | 23,048.00 |
| Repair & Maintenance | 9,000.00 | 18,000.00 |
| Outside Services | 3,850.00 | 3,850.00 |
| Supplies | 1,182.00 | 2,364.00 |
| Utilities | 2,143.00 | 2,143.00 |
| Vet/Vaccine | <u>7,000.00</u> | <u>14,100.00</u> |
| TOTAL: | **$565,948.00** | **$1,215,550.00** |

**FARM**

| | | |
|---|---:|---:|
| Chemicals/Fertilizer | $22,250.00 | $22,250.00 |
| Contract Services | 10,000.00 | 20,000.00 |
| Insurance | 9,408.00 | 9,408.00 |
| Payroll | 32,095.00 | 58,990.00 |
| Repairs/Maint. | 30,000.00 | 35,469.00 |
| Seed Purchase | 35,650.00 | 35,650.00 |
| Farm Fuel | 20,000.00 | 40,777.00 |
| Supplies | 2,300.00 | 4,624.00 |
| Utilities | 6,100.00 | 12,284.00 |
| Misc. | <u>5,000.00</u> | <u>10,101.00</u> |
| TOTAL: | **$172,803.00** | **$249,553.00** |

IT IS FURTHER ORDERED that the funds are to be used in the form of crop proceeds and proceeds from the sale of milk and livestock and as provided above in the amount and purposes specified as line items pertaining to each of the expenses specified therein. Further, that the debtor is not to exceed those amounts without further authorization of the Court. That any payment of those expenses shall not be for any pre-petition debt.

Order . . . Emergency Use of Cash Collateral - 2

IT IS FURTHER ORDERED that debtor shall maintain accurate records of income and expenses in order to provide a complete and accurate accounting.

IT IS FURTHER ORDERED that any and all creditors who have an interest in the cash collateral being used, as further adequate protection, shall have a continuing post-petition lien in all like collateral to the extent, validity and priority that said creditors had at the time of the filing of the Chapter 11 Bankruptcy pending further order of the Court, but only limited to the cash collateral used.

IT IS FURTHER ORDERED that in the event any creditor's names appear on any checks received from the sale of milk and livestock, said parties shall be required to endorse the same

IT IS FURTHER ORDERED that debtor operate in compliance with the U. S. Trustee's Guidelines.

IT IS FURTHER ORDERED that such proceeds shall be segregated into a three (3) separate debtor-in-possession bank accounts (one for the dairy, one for the cattle, and one for the farm) in accordance with the requirements of 11 U.S.C. §363(c)(4).

IT IS FURTHER ORDERED that the schedules and statements of affairs shall be filed no later than October 10, 2010.

IT IS FURTHER ORDERED that KeyBank shall reserve its rights to contest the pre-petition merger of the entities Double H Cattle, LP, Double H Cattle, Inc., White Gold Dairy, LLC, White Gold Dairy, inc., Taylor & Dad, LLC, and Taylor & Dad Investments, Inc., into the entity Hollifield Ranches, Inc.

IT IS FURTHER ORDERED that KeyBank shall reserve its right to contest the expenditure of any funds for Cattle Purchases or argue that a security interest in favor of KeyBank attaches to any cattle purchased by the debtor.

IT IS FURTHER ORDERED that there shall be a final hearing with respect to this matter on October 20, 2010, at 9:30 a. m. in Pocatello, Idaho.\\end of text\\

Dated:  October 6, 2010

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Approved as to form:

/s/ Mary P. Kimmel
Mary P. Kimmel
U. S. Trustee's Office
Dated: 10/3/2010


/s/ Noah Hillen
Noah Hillen or Randall A. Peterman
Attorneys for KeyBank
Dated: 9-28-10

Order submitted by:
Brent T. Robinson
btr@idlawfirm.com