Randall A. Peterman, ISB No. 1944
Noah G. Hillen, ISB No. 7690
MOFFATT, THOMAS, BARRETT, ROCK &
   FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
rap@moffatt.com
ngh@moffatt.com
18794.0216

Attorneys for KeyBank National Association

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>HOLLIFIELD RANCHES, INC.,<br><br>　　　　　　Debtor. | Case No. 10-41613-JDP<br>Chapter 11 |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362

COMES NOW KeyBank National Association ("KeyBank") by and through its attorneys of record, Moffatt Thomas Barrett Rock & Fields, Chartered, files this Motion for Relief from the Automatic Stay, 11 U.S.C. §362, and further alleges as follows:

### FIRST CAUSE OF ACTION

1.    Hollifield Ranches, Inc. ("Debtor") filed a Chapter 11 petition in bankruptcy on September 9, 2010.

2.    KeyBank is a secured creditor of Debtor and is a party of interest in this bankruptcy proceeding.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 1**  <span>Client:1788967.1</span>

3.      Debtor is indebted to the KeyBank in the amount of $12,458,074.30 as of

August 3, 2010, plus interest which continues to accrue on the foregoing, and costs and attorney

fees – the "Indebtedness".  The Indebtedness is represented by the following documents, among

others:

(a)      A Promissory Note dated March 17, 2009, executed by Debtor in favor of

KeyBank, in the original principal amount of $158,811.55 (as amended, modified, supplemented,

or replaced from time to time the "First Note").  A true and correct copy of the First Note is

attached hereto as **Exhibit A**.

(b)      A Promissory Note dated March 17, 2009, executed by Debtor in favor of

KeyBank, in the original principal amount of $6,657,325.00 (as amended, modified,

supplemented, or replaced from time to time the "Second Note").  A true and correct copy of the

Second Note is attached hereto as **Exhibit B**.

(c)      A Promissory Note dated June 27, 2008, executed by Double H. Cattle LP,

A Limited Partnership ("Double H") in favor of KeyBank, in the original principal amount of

$3,750,000.00 (as amended, modified, supplemented, or replaced from time to time the "Third

Note").  A true and correct copy of the Third Note is attached hereto as **Exhibit C**.

(d)      A Promissory Note dated May 22, 2008, executed by White Gold Dairy,

L.L.C. ("White Gold") in favor of KeyBank, in the original principal amount of $1,500,000.00

(as amended, modified, supplemented, or replaced from time to time the "Fourth Note").  A true

and correct copy of the Fourth Note is attached hereto as **Exhibit D**.

(e)      A Promissory Note dated May 22, 2008, executed by White Gold in favor

of KeyBank, in the original principal amount of $1,750,000.00 (as amended, modified,

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 2**  Client:1788967.1

supplemented, or replaced from time to time the "Fifth Note"). A true and correct copy of the

Fifth Note is attached hereto as **Exhibit E**.

   (f)  A Promissory Note dated May 22, 2008, executed by Terry Hollifield in

favor of KeyBank, in the original principal amount of $99,302.52 (as amended, modified,

supplemented, or replaced from time to time the "Sixth Note"). A true and correct copy of the

Sixth Note is attached hereto as **Exhibit F**.

   (g)  A Promissory Note dated May 22, 2008, executed by Terry Hollifield in

favor of KeyBank, in the original principal amount of $250,000.00 (as amended, modified,

supplemented, or replaced from time to time the "Sixth Note"). A true and correct copy of the

Sixth Note is attached hereto as **Exhibit G**.

   (h)  The foregoing paragraphs (a)-(g) shall hereinafter be collectively

referenced as the "Notes."

   4.  The Indebtedness is collateralized by the certain items of collateral

("Collateral"), identified in the following documents:

   (a)  An Agricultural Security Agreement (the "First Agreement") dated

March 17, 2009, executed by Debtor in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

farm equipment, and all crops." A true and correct copy of the First Agreement is attached

hereto as **Exhibit H**.

   (b)  An Agricultural Security Agreement (the "Second Agreement") dated

March 17, 2009, executed by Double H in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 3**   Client:1788967.1

livestock, feed and farm equipment." A true and correct copy of the Second Agreement is attached hereto as **Exhibit I**.

(c)      An Agricultural Security Agreement (the "Third Agreement") dated March 17, 2009, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock, feed, farm equipment, and milk assignment." A true and correct copy of the Third Agreement is attached hereto as **Exhibit J**.

(d)      An Agricultural Security Agreement (the "Fourth Agreement") dated March 17, 2009, executed by Debtor in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, farm equipment, and all crops." A true and correct copy of the Fourth Agreement is attached hereto as **Exhibit K**.

(e)      An Agricultural Security Agreement (the "Fifth Agreement") dated March 17, 2009, executed by Double H in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock, feed, and farm equipment." A true and correct copy of the Fifth Agreement is attached hereto as **Exhibit L**.

(f)      An Agricultural Security Agreement (the "Sixth Agreement") dated March 17, 2009, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock, feed, farm equipment, and milk assignment." A true and correct copy of the Sixth Agreement is attached hereto as **Exhibit M**.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 4**  Client:1788967.1

(g)    A Commercial Pledge Agreement (the "Seventh Agreement") dated March 17, 2009, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902 and the FC Stone Trading Account ending in 2554." A true and correct copy of the Seventh Agreement is attached hereto as **Exhibit N**.

(h)    A Commercial Pledge Agreement (the "Eighth Agreement") dated March 17, 2009, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of the Eighth Agreement is attached hereto as **Exhibit O**.

(i)    An Agricultural Security Agreement (the "Ninth Agreement") dated July 16, 2007, executed by Double H in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock, feed, and farm equipment." A true and correct copy of the Ninth Agreement is attached hereto as **Exhibit P**.

(j)    An Agricultural Security Agreement (the "Tenth Agreement") dated July 16, 2007, executed by Debtor in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, farm equipment, and all crops." A true and correct copy of the Tenth Agreement is attached hereto as **Exhibit Q**.

(k)    An Agricultural Security Agreement (the "Eleventh Agreement") dated July 16, 2007, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

livestock, feed, farm equipment, and milk assignment." A true and correct copy of the Eleventh Agreement is attached hereto as **Exhibit R**.

(l)     A Commercial Pledge Agreement (the "Twelfth Agreement") dated July 16, 2007, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of the Twelfth Agreement is attached hereto as **Exhibit S**.

(m)     A Commercial Pledge Agreement (the "Thirteenth Agreement") dated March 17, 2009, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902 and FC Stone Trading Account ending in 2554." A true and correct copy of the Thirteenth Agreement is attached hereto as **Exhibit T**.

(n)     A Commercial Pledge and Security Agreement (the "Fourteenth Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of the Fourteenth Agreement is attached hereto as **Exhibit U**.

(o)     An Agricultural Security Agreement (the "Fifteenth Agreement") dated April 2, 2007, executed by Debtor in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, and farm equipment." A true and correct copy of the Fifteenth Agreement is attached hereto as **Exhibit V**.

(p)     An Agricultural Security Agreement (the "Sixteenth Agreement") dated July 16, 2007, executed by Double H in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 6**   Client:1788967.1

livestock, feed, and farm equipment." A true and correct copy of the Sixteenth Agreement is attached hereto as **Exhibit W**.

(q)     An Agricultural Security Agreement (the "Seventeenth Agreement") dated April 2, 2007, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock, feed, farm equipment, and milk assignment." A true and correct copy of the Seventeenth Agreement is attached hereto as **Exhibit X**.

(r)     An Agricultural Security Agreement (the "Eighteenth Agreement") dated April 2, 2007, executed by Debtor in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, farm equipment, and all crops." A true and correct copy of the Eighteenth Agreement is attached hereto as **Exhibit Y**.

(s)     An Agricultural Security Agreement (the "Nineteenth Agreement") dated July 16, 2007, executed by Double H in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock, feed, and farm equipment." A true and correct copy of the Nineteenth Agreement is attached hereto as **Exhibit Z**.

(t)     An Agricultural Security Agreement (the "Twentieth Agreement") dated April 2, 2007, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock, feed, and farm equipment." A true and correct copy of the Twentieth Agreement is attached hereto as **Exhibit AA**.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 7**   Client:1788967.1

(u)      An Agricultural Security Agreement (the "Twenty-first Agreement") dated April 2, 2007, executed by Debtor in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock, feed, farm equipment, and milk assignment." A true and correct copy of the Twenty-first Agreement is attached hereto as **Exhibit BB**.

(v)      A Commercial Pledge and Security Agreement (the "Twenty-second Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of the Twenty-second Agreement is attached hereto as **Exhibit CC**.

(w)      A Commercial Pledge and Security Agreement (the "Twenty-third Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of the Twenty-third Agreement is attached hereto as **Exhibit DD**.

(x)      A Commercial Pledge and Security Agreement (the "Twenty-fourth Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of the Twenty-fourth Agreement is attached hereto as **Exhibit EE**.

(y)      An Agricultural Security Agreement (the "Twenty-fifth Agreement") dated May 22, 2008, executed by Debtor in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, and farm equipment." A true and correct copy of the Twenty-fifth Agreement is attached hereto as **Exhibit FF**.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 8**   Client:1788967.1

(z)     An Agricultural Security Agreement (the "Twenty-sixth Agreement")
dated May 22, 2008, executed by Double H in favor of KeyBank and granting KeyBank a
security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm
products, livestock, feed, and farm equipment." A true and correct copy of the Twenty-sixth
Agreement is attached hereto as **Exhibit GG**.

(aa)     An Agricultural Security Agreement (the "Twenty-seventh Agreement")
dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a
security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm
products, livestock, feed, farm equipment and milk assignment." A true and correct copy of the
Twenty-seventh Agreement is attached hereto as **Exhibit HH**.

(bb)     An Agricultural Security Agreement (the "Twenty-eighth Agreement")
dated May 22, 2008, executed by Debtor in favor of KeyBank and granting KeyBank a security
interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,
farm equipment, and all crops." A true and correct copy of the Twenty-eighth Agreement is
attached hereto as **Exhibit II**.

(cc)     An Agricultural Security Agreement (the "Twenty-ninth Agreement")
dated May 22, 2008, executed by Double H in favor of KeyBank and granting KeyBank a
security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm
products, livestock, feed, and farm equipment." A true and correct copy of the Twenty-ninth
Agreement is attached hereto as **Exhibit JJ**.

(dd)     An Agricultural Security Agreement (the "Thirtieth Agreement") dated
May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a security
interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 9**   Client:1788967.1

livestock, feed, farm equipment, and milk assignment." A true and correct copy of the Thirtieth

Agreement is attached hereto as **Exhibit KK.**

       (ee)    A Commercial Pledge and Security Agreement (the "Thirty-first

Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting

KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902."

A true and correct copy of the Thirty-first Agreement is attached hereto as **Exhibit LL.**

       (ff)    A Commercial Pledge and Security Agreement (the "Thirty-second

Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting

KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902."

A true and correct copy of the Thirty-second Agreement is attached hereto as **Exhibit MM.**

       5.    The Collateral consisting of cash proceeds in the form of checks received

from the sale of livestock owned by Double H is hereinafter referenced as the "Double H Cash

Collateral."

       6.    KeyBank is seeking relief from the automatic stay only as to the Double H

Cash Collateral.

       7.    KeyBank's interest in the Collateral is properly perfected as follows:

       (a)    Form UCC-1 Financing Statement filed with the Idaho Secretary

of State on April 10, 2007, as document number B 200710234923;

       (b)    Form UCC-1 Financing Statement filed with the Idaho Secretary

of State on April 10, 2007, as document number B 200710234978;

       (c)    Form UCC-1 Financing Statement filed with the Idaho Secretary

of State on April 10, 2007, as document number B 200710234969;

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 10** Client:1788967.1

(d)   Form UCC-1 Financing Statement filed with the Idaho Secretary of State on September 2, 2007, as document number B 200710310062;

(e)   Form UCC-1 Financing Statement filed with the Idaho Secretary of State on June 10, 2009, as document number B 200910654769;

(f)   Form UCC-1F Farm Products Financing Statement filed with the Idaho Secretary of State on April 16, 2007, as document number F 77113;

(g)   Form UCC-1F Farm Products Financing Statement filed with the Idaho Secretary of State on April 16, 2007, as document number F 77111;

(h)   Form UCC-1F Farm Products Financing Statement filed with the Idaho Secretary of State on April 16, 2007, as document number F 77112; and

(i)   Form UCC-1F Farm Products Financing Statement filed with the Idaho Secretary of State on June 4, 2009, as document number F 80098.

(j)   True and correct copies of the foregoing UCC financing statements are attached hereto as **Exhibit NN.**

8.   AB Livestock, LLC has, claims, or may claim an interest in the Double H Cash Collateral by virtue of its UCC Filing No. B 201010748849, filed with the Idaho Secretary of State on February 11, 2010, and UCC Filing No. F 81053, filed with the Idaho Secretary of State on February 16, 2010.

9.   Debtor is in possession of the Double H Cash Collateral, which such Double H Cash Collateral is in the form of checks received from the sale of livestock totaling approximately $2,500,000.00.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 11** Client:1788967.1

10.     Debtor is in default of the Indebtedness owed KeyBank under the Notes identified above. Debtor has defaulted on the Notes to KeyBank by failing to make payments to KeyBank when due.

11.     KeyBank seeks relief from the automatic stay with respect to the Double H Cash Collateral.

12.     KeyBank understands and alleges that the value of the Double H Cash Collateral is less than the Indebtedness due. This is based upon the total amount of the Double H Cash Collateral.

13.     KeyBank is entitled to relief from the automatic stay of 11 U.S.C. §362, for cause, including lack of adequate protection of the KeyBank's interest in the Double H Cash Collateral.

14.     KeyBank is entitled to relief from the automatic stay of 11 U.S.C. §362, for cause, because Debtor lacks equity in the Double H Cash Collateral.

15.     KeyBank is entitled to relief from the automatic stay of 11 U.S.C. §362, for cause, because the Double H Cash Collateral is not necessary to an effective reorganization of Debtor.

16.     KeyBank reserves any and all of its rights and remedies as to the guarantors of the Notes, including but not limited to: Double H, White Gold, Terry Hollifield, and Carol Hollifield.

WHEREFORE, KeyBank prays for relief as follows:

1.      For an Order of this Court, granting KeyBank relief from the automatic stay of 11 U.S.C. §362, so as to allow KeyBank to take possession of the Double H Cash Collateral, and apply the proceeds of the Double H Cash Collateral to the remaining Indebtedness owed KeyBank by Debtor under the Notes.

2.      For waiver of the fourteen-day waiting period set forth in Bankruptcy Rule 4001(a)(3).

3.      For such other and further relief as the Court deems just and equitable.

## NOTICE REQUIRED BY LOCAL BANKRUPTCY RULE 4001.2

Notice is hereby given pursuant to Local Bankruptcy Rule 4001.2, that any party in interest opposing the motion must file and serve an objection thereto not later than seventeen (17) days after the date of service of the motion. The objection shall specifically identify those matters contained in the motion that are at issue and any other basis for opposition to the motion. The objection shall also contain the notice of hearing required by subsection (e)(1) and the proof of service required by subsection (h). Absent the filing of a timely objection, the court may grant the relief sought without a hearing.  The objection shall also contain the notice of hearing required by subsection (e)(1) of Local Bankruptcy Rule 4001.2 and the proof of service required by subsection (h) of Local Bankruptcy Rule 4001.2.  If an objection to this motion is filed, the objection shall be served upon the undersigned attorney for the movant and upon all parties receiving service of this motion.

Any party opposing this Motion shall contact the Court's calendar clerk to schedule a preliminary hearing.  The objection to a motion shall include the notice of such

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 13** Client:1788967.1

hearing. Upon court approval, movant may schedule a hearing for cause shown in the motion or other submissions.

Notice is hereby further given, pursuant to Local Bankruptcy Rule 4001.2, that 11 U.S.C. §362 (e) reads as follows:

(1) Thirty days after a request under subsection (d) of this section for relief from the stay of any act against property of the estate under subsection (a) of this section, such stay is terminated with respect to the party in interest making such request, unless the court, after notice and a hearing, orders such stay continued in effect pending the conclusion of, or as a result of, a final hearing and determination under subsection (d) of this section. A hearing under this subsection may be a preliminary hearing, or may be consolidated with the final hearing under subsection (d) of this section. The court shall order such stay continued in effect pending the conclusion of the final hearing under subsection (d) of this section if there is a reasonable likelihood that the party opposing relief from such stay will prevail at the conclusion of such final hearing. If the hearing under this subsection is a preliminary hearing, then such final hearing shall be concluded not later than thirty days after the conclusion of such preliminary hearing, unless the 30-day period is extended with the consent of the parties in interest or for a specific time which the court finds is required by compelling circumstances.

(2) Notwithstanding paragraph (1), in a case under chapter 7, 11, or 13 in which the debtor is an individual, the stay under subsection (a) shall terminate on the date that is 60 days after a request is made by a party in interest under subsection (d), unless—

(A) a final decision is rendered by the court during the 60-day period beginning on the date of the request; or

(B) such 60-day period is extended—

(i) by agreement of all parties in interest; or

(ii) by the court for such specific period of time as the court finds is required for good cause, as described in findings made by the court.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 14** Client:1788967.1

DATED this 7th day of October, 2010.

MOFFATT, THOMAS, BARRETT, ROCK &
FIELDS, CHARTERED

By _____
    Randall A. Peterman – Of the Firm
    Attorneys for KeyBank National
    Association

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of October, 2010, I filed the foregoing **MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Brent T. Robinson**
btr@idlawfirm.com
*Attorneys for Debtor*

**Craig W. Christensen**
cwcc@ida.net
*Attorneys for J.R. Simplot*

**David F. Shirley**
dshirley@pmt.org
*Attorneys for Western Seeds*

**William R. Hollifield**
bhollifield@idalawyer.com
*Attorneys for Creditor C.W. Hollifield Estate*

**Scott Tschirgi**
sat@satchartered.com
*Attorney for Pioneer Commodities, LLC*

**Mary P. Kimmel**
ustp.region18.bs.ecf@usdoj.gov

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**John S. Ritchie**
crrtflaw@msn.com
*Attorneys for Eagle Creek Northwest LLC*

**David A. Heida**
dheida@capitollawgroup.net
*Attorneys for Wilbur-Ellis Company*

**Daniel C. Green**
dan@racinelaw.net
*Attorneys for Thomas Petroleum, LLC d/b/a Bowen Petroleum, Inc.*

**Robert J. Maynes**
mayneslaw@hotmail.com
*Attorney for ADM Edible Bean Specialties, Inc.*

**John O. Fitzgerald II**
jof@magicvalleylaw.com
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris*

**David W. Gadd**
dwg@magicvalleylaw.com
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris*

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 16** Client:1788967.1

AND, I FURTHER CERTIFY that on such date I served the foregoing **MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362** on the following non-CM/ECF Registered Participants in the manner indicated:

All creditors on the attached creditor mailing matrix.

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Hollifield Ranches, Inc.
4076 E. 3400 N.
Hansen, ID  83334-5018

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Hollifield Ranches, Inc.
22866 US Highway 30
Hansen, ID 83334

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

John O. Fitzgerald II
David W. Gadd
WORST FITZGERALD & STOVER, PLLC
746 N. College Rd., Suite C
P.O. Box 5226
Twin Falls, ID  83303-5226
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris*

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Terry Hollifield
4076 E. 3400 N.
Hansen, ID  83334-5018

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Carol Hollifield
4076 E. 3400 N.
Hansen, ID  83334-5018

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Tyson Fresh Meats, Inc.
2200 Don Tyson Parkway CP131
Springdale, AR 72762

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

D & H Farms, Inc.                                   (X) U.S. Mail, Postage Prepaid
Theron D. Griffin – Registered Agent               ( ) Hand Delivered
205 Pleasant Way                                   ( ) Overnight Mail
Rupert, ID 83350                                   ( ) Facsimile

Jack C. McCall dba JT Livestock                    (X) U.S. Mail, Postage Prepaid
P.O. Box 1598                                      ( ) Hand Delivered
Twin Falls, ID 83303                               ( ) Overnight Mail
                                                   ( ) Facsimile

Jean McCall dba JT Livestock                       (X) U.S. Mail, Postage Prepaid
P.O. Box 1598                                      ( ) Hand Delivered
Twin Falls, ID 83303                               ( ) Overnight Mail
                                                   ( ) Facsimile

Terry Hollifield dba JT Livestock                  (X) U.S. Mail, Postage Prepaid
P.O. Box 1598                                      ( ) Hand Delivered
Twin Falls, ID 83303                               ( ) Overnight Mail
                                                   ( ) Facsimile

Terry Hollifield dba Hollifield Repair             (X) U.S. Mail, Postage Prepaid
4076 E. 3400 N.                                    ( ) Hand Delivered
Hansen, ID  83334-5018                             ( ) Overnight Mail
                                                   ( ) Facsimile

Burley Butte Feeders, L.L.C.                       (X) U.S. Mail, Postage Prepaid
Terry Hollifield – Registered Agent                ( ) Hand Delivered
4076 E. 3400 N.                                    ( ) Overnight Mail
Hansen, ID  83334-5018                             ( ) Facsimile

Snake River Produce, Inc.                          (X) U.S. Mail, Postage Prepaid
Terry Hollifield – Registered Agent                ( ) Hand Delivered
4076 E. 3400 N.                                    ( ) Overnight Mail
Hansen, ID  83334-5018                             ( ) Facsimile

TG Hollifield Farms                                (X) U.S. Mail, Postage Prepaid
Terry Hollifield                                   ( ) Hand Delivered
4076 E. 3400 N.                                    ( ) Overnight Mail
Hansen, ID  83334-5018                             ( ) Facsimile

Metropolitan Life Insurance Company                (X) U.S. Mail, Postage Prepaid
8717 West 110th Street, Suite 700                  ( ) Hand Delivered
Overland Park, KAS 66210-2101                      ( ) Overnight Mail
                                                   ( ) Facsimile

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 18** Client:1788967.1

CNH Capital America LLC                    (X) U.S. Mail, Postage Prepaid
100 Brubaker Ave.                          ( ) Hand Delivered
New Holland, PA 17557                      ( ) Overnight Mail
                                          ( ) Facsimile

NAEDA Financial Ltd., LP                   (X) U.S. Mail, Postage Prepaid
14010 FNB Parkway, Suite 400               ( ) Hand Delivered
Omaha, NE 68154                            ( ) Overnight Mail
                                          ( ) Facsimile

Bank of the West                           (X) U.S. Mail, Postage Prepaid
201 N. Civic Dr., Suite 360B               ( ) Hand Delivered
Walnut Creek, CA 94596                     ( ) Overnight Mail
                                          ( ) Facsimile

Brennan Family Trust                       (X) U.S. Mail, Postage Prepaid
4155 North 2500 East                       ( ) Hand Delivered
Filer, ID 83328                            ( ) Overnight Mail
                                          ( ) Facsimile

Wells Fargo Equipment Finance, Inc.        (X) U.S. Mail, Postage Prepaid
1540 W. Fountainhead Parkway               ( ) Hand Delivered
Tempe, AZ 85282                            ( ) Overnight Mail
                                          ( ) Facsimile

Valley Wide Cooperative Inc.               (X) U.S. Mail, Postage Prepaid
P.O. Box 459                               ( ) Hand Delivered
Rexburg, ID 83440                          ( ) Overnight Mail
                                          ( ) Facsimile

Valley Agronomics LLC                      (X) U.S. Mail, Postage Prepaid
P.O. Box 459                               ( ) Hand Delivered
Rexburg, ID 83440                          ( ) Overnight Mail
                                          ( ) Facsimile

Herb Allen                                 (X) U.S. Mail, Postage Prepaid
743 Golf Course Road                       ( ) Hand Delivered
Jerome, ID 83338                           ( ) Overnight Mail
                                          ( ) Facsimile

Betaseed Inc.                              (X) U.S. Mail, Postage Prepaid
93 W. 142 N.                               ( ) Hand Delivered
Rupert, ID 83350                           ( ) Overnight Mail
                                          ( ) Facsimile

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 19** Client:1788967.1

Davidson and Company
P.O. Box 446
Eden, ID 83325

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

ACH Seeds, Inc.
P.O. Box 305
Prairie Center #135
Eden Prairie, MN 55344

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

AB Livestock, LLC
P.O. Box 6640
Boise, ID 83707

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Randall A. Peterman

Label Matrix for local noticing
0976-8
Case 10-41613-JDP
District of Idaho   [LIVE]
Twin Falls
Fri Oct  1 09:05:10 MDT 2010

ADM Edible Bean Specialties, Inc.
c/o Robert J. Maynes
P.O. Box 3005
Idaho Falls, ID 83403-3005

Agri-Stor Company, Inc. / Chemical Supply Co
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

C.W. Hollifield Estate and Helen Hollifield
c/o William R. Hollifield
P.O. Box 66
Twin Falls, ID 83303-0066

Eagle Creek Northwest LLC
c/o John S. Ritchie
Coleman, Ritchie & Robertson
PO Box 525
Twin Falls, ID 83303-0525

Hollifield Ranches, Inc
22866 US Highway 30
Hansen, ID 83334-5028

J R Simplot Company
c/o Craig W. Christensen, Chartered
P. O. Box 130
414 S. Garfield
Pocatello, ID 83204-3335

KeyBank National Association
Moffatt Thomas Barrett Rock & Fields
c/o Randall A. Peterman
101 S. Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701-0829

OK Auto Systems, Inc.
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

Pioneer Commodities
C/O Scott Tschirgi, Chartered
401 West Front Street, Suite 401
Boise, ID 83702-5122

Thomas Petroleum, LLC d/b/a Bowen Petroleum,
c/o Daniel C. Green
PO Box 1391
Pocatello, ID 83204-1391

Wilbur-Ellis Company
c/o Capitol Law Group, PLLC
P. O. Box 32
301 Main St.
Gooding, ID 83330-1302

Twin Falls
US Bankruptcy Court
801 East Sherman
Pocatello, ID 83201-5730

1st Choice Service & Repair
P.O. Box 175
Hansen, ID 83334-0175

A&J Farm
c/o John Coleman
P. O. Box 1293
Twin Falls, ID 83303-1293

A&S Farm/Lasko-Boyd Farm
2954 East 3400 North
Twin Falls, ID 83301-0318

A. Scott Jackson Trucking
P.O. Box 56
Jerome, ID 83338-0056

APEX
P.O. Box 1305
Brattleboro, VT 05302-1305

AT Films, Inc.
P.O. Box 905657
Charlotte, NC 28290-5657

Accelerated Genetics
E10890 Penny Lane
Baraboo, WI 53913-9408

Adventure Motorsports
2469 Kimberly Road
Twin Falls, ID 83301-7976

Ag-West Distributing
P.O. Box 1144
Burley, ID 83318-0767

Agri-Service
P.O. Box 285
Twin Falls, ID 83303-0285

Anderson Co. Trust
2058 Overland Avenue
Burley, ID 83318-2440

Art Bailey
4034 East 3800 North
Hansen, ID 83334-5018

Austin Construction, Inc.
P.O. Box 5959
Twin Falls, ID 83303-5959

Automated Dairy Systems
P.O. Box 170
Jerome, ID 83338-0170

B & B Oil Company
219 Maxwell Avenue
Twin Falls, ID 83301

B&R Bearing Supply
1302 South Lincoln
Jerome, ID 83338-3050

Badger Bearing PTP, Inc.
230 West 20 South
Burley, ID 83318-5064

Bailey's Garage & Constr
4034 East 3800 North
Hansen, ID 83334-5018

Bank of the West
201 N. Civic Drive, Ste 360B
Walnut Creek, CA 94596-3896

Basin Bovine Practice, P.A.
127 North 100 West
Jerome, ID 83338-5405

Big Sky Animal Health
223 Rodeo Avenue
Caldwell, ID 83605-6714

Biomatrix International
1002 16th Avenue South
Princeton, MN 55371-2326

Black Oil Co.
P.O. Box 346
Eden, ID 83325-0346

Bret Robins Farms
273 West 400 South
Burley, ID 83318-5222

Buhl Implement Company
P.O. Box 307
Buhl, ID 83316-0307

Butte Irrigation, Inc.
P.O. Box 790
Paul, ID 83347-0790

C.W. Hollifield Estate
% Terry G. Hollifield, et al
22866 Hwy 30
Hansen, ID 83334-5028

CNH Capital
P.O. Box 1083
Evansville, IN 47706-1083

CNH Capital
P.O. Box 3083
Evansville, IN 47730-3083

CW Hollifield Estate and Helen Hollifield Es
c/o William R Hollifield
POB 66
Twin Falls ID 83303-0066

CarQuest Auto Parts
429 North 5th Street
Pocatello, ID 83201-6251

Carne I Corp
872 East Pebble Drive
Burley, ID 83318-5099

Cesco
26 East  300 South
Jerome, ID 83338

Challis Creek Cattle Co LLC
P.O. Box 10
Challis, ID 83226-0010

Chase Bank USA
Attn: Bankruptcy Dept
800 Brooksedge Blvd
Westerville, OH 43081-2822

Chase Credit Card Services
P.O. Box 9001074
Louisville, KY 40290-1074

Chemical Supply Co., Inc.
3193 Kimberly Road
Twin Falls, ID 83301-8516

Christiansen Implement
111 Overland Avenue
Burley, ID 83318-1020

Circle C Equipment
27 North  150 West
Jerome, ID 83338-5379

Claire Armstrong
3611 North 3900 East
Hansen, ID 83334-5137

Clear Creek Land & Mortgage
P.O. Box 1598
Twin Falls, ID 83303-1598

Commercial Tire
P.O. Box 191010
Boise, ID 83719-1010

Crawford Enterprises
681 Creekside Way
Twin Falls, ID 83301-4706

D & B Supply
2964 Addison Avenue East
Twin Falls, ID 83301-6814

D&H Farms
% Terry G. Hollifield
22866 Highway 30
Hansen, ID 83334-5028

DTN Corporation
P.O. Box 3546
Omaha, NE 68103-0546

Dairy Feed Supply, Inc.
2584 Beryl Avenue
Twin Falls, ID 83301-7963

Dairy Health Services
105 Country Lane
Jerme, ID 83338-6147

Darling International
P.O. Box 552210
Detroit, MI 48255-2210

Darling International, Inc.
P.O. Box 5485
Boise, ID 83705-0485

Davidson & Co.
P.O. Box 446
Eden, ID 83325-0446

Diamond Automotive Machine
434 Main Avenue South
Twin Falls, ID 83301-6424

Dons Irrigation LLC
294 S 300 E
Jerome ID 83338-6534

Evans Grain, Feed & Seed
P. O. Box B
Burley, ID 83318-0737

FPC Financial, FSB
P.O. Box 6600
Johnston, IA 50131-6600

Farm Plan
% Deere Credit Services
P.O. Box 65090
West Des Moines, IA 50265

Farm Plan
P.O. Box 4450
Carol Stream, IL 60197-4450

Farmore of Idaho
aka Farmore Irrigation
P.O. Box 14
Twin Falls, ID 83303-0014

Floyd Lilly Company
P.O. Box 461
Twin Falls, ID 83303-0461

Franklin Building Supply
1390 Highland Avenue East
Twin Falls, ID 83301-7867

(c)GHC LABS
10455 E 330 RD
TALALA OK  74080-9621

Garrison Electric, LLC
3376 North 1400 East
Buhl, ID 83316-6324

Gary Denney
3798 East 3800 North
Hansen, ID 83334-5008

Gavilon, LLC
P.O. Box 730993
Dallas, TX 75373-0993

Gem State Welders Supply
P.O. Box 384
Twin Falls, ID 83303-0384

Gene Rambo
P. O. Box 85
Murtaugh, ID 83344-0085

General Implement
300 East Overland Road
Meridian, ID 83642-3044

Gerald R. Bowden, Assessor
P.O. Box 248
Twin Falls, ID 83303-0248

(c)GHOST HOLLOW CONSULTING
10455 E 330 RD
TALALA OK  74080-9621

Gier Jammers Diesel Repair
2540 East 3900 North
Filer, ID 83328-5303

Gietzen Electric, Inc.
P.O. Box 467
Buhl, ID 83316-0467

Goold Manufacturing Co.
287 Clinton Drive
Twin Falls, ID 83301-7612

Grover's Electric and Plumbing
1900 NE 78th Street
Vancouver, WA 98665-9740

Guinn Enterprises, Inc.
aka Guinn Trading
P.O. Box 1630
Brush Prairie, WA 98606-1630

H.I.D. Pest Control, Inc.
P.O. Box 407
Heyburn, ID 83336-0407

HCM Holmstead PLLC
P.O. Box 1293
Twin Falls, ID 83303-1293

Haines Auto Electric, Inc.
1861 Kimberly Road
Twin Falls, ID 83301-7395

Harvey's Office Plus
1860 Kimberly Road
Twin Falls, ID 83301-5278

Holst Truck & Auto Wrecking
P.O. Box 126
Ucon, ID 83454-0126

Holtzen Brothers Trucking, Inc.
341 West 400 South
Jerome, ID 83338-5954

Horizon Milling
PO Box 98220
Chicago, IL 60693-8220

Idaho Equipment and Salvage
P.O. Box 1431
Twin Falls, ID 83303-1431

Idaho Fire Extinguisher Co.
743 2nd Avenue East
Twin Falls, ID 83301-7130

Idaho Hydrojetting
P.O. Box 468
Jerome, ID 83338-0468

Idaho Power Co.
P.O. Box 70
Boise, ID 83707-0070

Idaho State Brand Inspector
P.O. Box 1059
Twin Falls, ID 83303-1059

Idaho State Tax Commission
Bankruptcy Division
P.O. Box 36
Boise, ID 83722-0036

Ike Heidemann Custom Farming
3672 North 3600 East
Kimberly, ID 83341-5321

Industrial Motor Supply
P.O. Box 1912
Twin Falls, ID 83303-1912

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Internal Revenue Service
Insolvency Division
550 West Port Street Ste 300
Boise, ID 83724-0105

J R Simplot Company
c/o Craig W Christensen Chartered
POB 130
Pocatello ID 83204-0130

J&C Custom, LLC
299 Addison Avenue West
Twin Falls, ID 83301-5049

J&C Hoof Trimming, Inc.
2579B East 3700 North
Twin Falls, ID 83301-0144

J&J Enterprises
1704 Addison Avenue East
Twin Falls, ID 83301-5301

J&T Livestock
PO Box 1598
Twin Falls, ID 83303-1598

Jack and Beverly Boyd
3522 North 2900 East
Twin Falls, ID 83301-0328

Jack's Tire & Oil, Inc.
P.O. Box 6337
North Logan, UT 84341-6337

Jim's Repair & Distributing
942 B South Lincoln
Jerome, ID 83338-3041

John Brennan Trust
4155 North 2500 East
Filer, ID 83328-5147

John Fayle
5199 N. Leather Place
Boise, ID 83713

John Redmond
30177 Bouquet Canyon Road
Saugus, CA 91390-1139

Julie Piscus
1648 2nd Avenue East
Twin Falls, ID 83301-7303

K&J Welding
P.O. Box 634
Kimberly, ID 83341-0634

Kaman Industrial Technology
P.O. Box 74566
Chicago, IL 60690-8566

Kelly's Bearing Supply, Inc.
1407 East Main Street
Burley, ID 83318-2066

Ken-Spray, LLC
788 Airport Loop
Twin Falls, ID 83301-0368

Key Bank
P.O. Box 1405
Twin Falls, ID 83303-1405

Key Bank
Special Assets Group
P.O. Box 2757
Boise, ID 83701-2757

Key Bank Nat'l Association
C/o Randall A Peterman Esq
POB 829
Boise ID 83701-0829

KeyAg Distributors
PO Box 150
Murtaugh, ID 83344-0150

L E & Nancy Chapin Trust
% Wells Fargo AC U1858-0854
P.O. Box 53
Nampa, ID 83653-0053

L&R Tarp, Inc.
334 West 450 South
Heyburn, ID 83336-7636

L&T Construction
P.O. Box 212
Eden, ID 83325-0212

L.L. Langdon, Inc.
223 South Broadway
Buhl, ID 83316-1308

L.P. Pederson Trust
P.O. Box 10
Hansen, ID 83334-0010

Lake City International
259 4th Avenue West
Twin Falls, ID 83301-6025

Landview, Inc.
P.O. Box 475
Rupert, ID 83350-0475

Lansing Trade Group, LLC
PO Box 69
Bliss, ID 83314-0069

Larry Hollifield Farms
4076A E 3800 N
Hansen ID 83334-5018

Lasko Alexander Farm, LLC
P.O. Box 1293
Twin Falls, ID 83303-1293

Lattimer Farm Agency Account
% U.S. Bank
P.O. Box 509
Twin Falls, ID 83303-0509

Lee's Radiator
500 West Main
Jerome, ID 83338-2236

Les Schwab Tire
421 Blue Lakes Blvd. N.
Twin Falls, ID 83301-4830

Les Schwab Tire Centers
of Portland, Inc.
PO Box 5350
Bend, OR 97708-5350

Lextron, Inc.
Department No. 1305
Denver, CO 80256-1305

Lowe's
1350 Blue Lakes Blvd North
Twin Falls, ID 83301-3309

Magic Valley D.H. I. A.
P.O. Box 1293
Twin Falls, ID 83303-1293

Magic Valley Equipment Co.
P.O. Box 746
Paul, ID 83347-0746

Magic Valley Utility Locator
322 East Main St.  PMB 190
Burley, ID 83318-1933

Maverick Credit Card Services
P.O. Box 9000
Afton, WY 83110-9000

McCall Livestock
3750 North 2700 East
Twin Falls, ID 83301-0167

Metroplitan Life Insurance
Agricultural Investments
8717 West 110th St. Ste 700
Overland Park, KS 66210-2127

Mike O'Maley Trucking
P.O. Box 24
Howe, ID 83244-0024

Mitch's Repair
148 Frontage Road North
Jerome, ID   83338, ID 83338-5381

Moo Valley Feeds
Mindi Werner
P. O. Box 2902
Twin Falls, ID, ID 83303-2902

Moser Machine Shop
3785 North 3200 East
P.O. Box 2626
Twin Falls, ID 83303-2626

Murphy's Services, LLC
2229 East 4100 North
Filer, ID 83328-5029

NAPA Auto Parts
P.O. Box 1425
Twin Falls, ID 83303-1425

Newberry Farms, LLC
545 South Main St
Kimberly, ID 83341-2045


Northside Implement
1922 South Lincoln
Jerome, ID 83338-6139

OK Auto Systems, Inc.
2075 Kimberly Road
Twin Falls, ID 83301-7429

PSI Environmental
222 Gem Street South
Twin Falls ID 83301-7873


Pacific Steel & Recycling
P.O. Box 1413
Twin Falls, ID 83303-1413

Page Brake Warehouse
2064 Kimberly Road
Twin Falls, ID 83301-7428

Peavey Co.
P.O. Box 1089
Burley, ID 83318-0948


Performance Plus Idaho, LLC
314 South 500 East
Jerome, ID 83338-6820

Physicians Immediate Care
260 Falls Avenue, Suite C
Twin Falls, ID 83301-3370

Pickett Equipment
976 East Main
Burley, ID 83318-2036


Pioneer Commodities
Scott A Tschirgi
401 W Front St Ste 401
Boise ID 83702-5122

Pioneer Commodities, LLC
P.O. Box 485
Jerome, ID 83338-0485

Pioneer Equipment
P.O. Box 495
Rupert, ID 83350-0495


Platt Electric
P.O. Box 2858
Portland, OR 97208-2858

Professional Pump Service
2201 South 1800 East
Gooding, ID 83330-5272

Progressive Bovine Supply
53 East 200 South
Jerome, ID 83338-6311


Rangen Inc.
P.O. Box 706
Buhl, ID 83316-0706

Reed Grain & Bean Co.
PO Box 472
Buhl, ID 83316-0472

Robert Harris
22820 U. S. Highway 30
Hansen, ID 83334-5028


Robertson Supply, Inc.
P.O. Box 1366
Nampa, ID 83653-1366

Rockin 31 Cattle, LLC
P.O. Box 1598
Twin Falls, ID 83303-1598

Rocky Mountain Animal Care
POB 4258
Pocatello ID 83205-4258


Ron Mort Trucking
P.O. Box 119-A
Moore, ID 83255

Ruhter Custom Farming
4155 North 2600 East
Filer, ID 83328-5155

Rush Truck Center
259 4th Avenue
Twin Falls, ID 83301


S&D Automotive
139 Blue Lakes Blvd South
Twin Falls, ID 83301-7804

S&T Trucking Logistics, LLC
P.O. Box 400
Parkston, SD 57366-0400

SUTCO Inc
211 West Avenue G
Jerome ID 83338-3022

Safeguard Business Systems
P.O. Box 88043
Chicago, IL 60680-1043

Sawtooth Seed Co.
297 West 300 South
Burley, ID 83318-5217

Scoular Company
529 East Avenue T
Jerome, ID 83338-6158

Semex USA
2866 Agriculture Drive
Madison, WI 53718-6790

Simplot Grower Solutions
797 Eastland Drive South
Twin Falls, ID 83301-7901

Six States Distributors
P.O. Box 80240
City of Industry, CA 91716-8240

Snake River Hydraulics, Inc.
530 16th Street
Heyburn, ID 83336-9657

Sprinkler Head Rebuilders
1612 Main Street
Buhl, ID 83316-1716

Sprint
Twin Falls, ID 83301

Spudrunner, Inc.
999 East 300 North
Declo, ID 83323-5000

Standard Dairy Consulting
PO Box 3844
Omaha, NE 68103-0844

Stastny Farms, Inc.
4353-A East 3700 North
Murtaugh, ID 83344-5029

State Insurance Fund
P.O. Box 83720
Boise, ID 83720-0044

Suburban Propane
139 Locust Street South
Twin Falls, ID 83301-7833

Sweet's Septic Tank
and Backhoe Services
P.O. Box 920
Shoshone, ID 83352-0920

TDK Auto Service
2374 Addison Avenue East
Twin Falls, ID 83301-6745

Tacoma Screw Products, Inc.
2001 Center Street
Tacoma, WA 98409-7895

The Sprinkler Shop, Inc.
P.O. Box 599
Paul, ID 83347-0599

The Times News
P.O. Box 548
Twin Falls, ID 83303-0548

Thomas Petroleum LLC d/b/a Bowen Petroleum I
c/o Daniel C Green
POB 1391
Pocatello ID 83204-1391

Thomas Petroleum, LLC
P.O. Box 413045
Salt Lake City, UT 84141-3045

Tim Hollinger
3801 North 4000 East
Hansen, ID 83334-5055

Times-News
c/o Lee Enterprises
P.O. Box 540
Waterloo, IA 50704-0540

Tires West / Les Schwab
P.O. Box 308
Burley, ID 83318-0308

Trebar, Inc.
P.O. Box 15398
Boise, ID 83715-5398

Tri-S Welding
410 Highway 30
Hansen, ID 83334-5158

Twin Falls County Treasurer
and Tax Collector
P.O. Box 88
Twin Falls, ID 83303-0088

Twin Falls Livestock
630 Railroad Avenue
Twin Falls, ID 83301-5557

Twin Falls Tractor and
Implement Company
1935 Kimberly Road
Twin Falls, ID 83301-7427

Twin Falls Transfer Station
2186 Orchard Drive
Twin  Falls, ID 83301-7994

Twin Falls Truck & Equipment
P.O. Box 1656
Twin Falls, ID 83303-1656

U. S. Attorney's Office
MK Plaza, Plaza IV
800 Park Boulevard Suite 600
Boise, ID 83712-7788

U. S. Commodities, Inc.
NW 7749
PO Box 1450
Minneapolis, MN 55480-1450


UBS AgriVest
P.O. Box 53
Nampa, ID 83653-0053

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

United Oil
P.O. Box 5159
Twin Falls, ID 83303-5159


Uriel Arreola
3333 South  1975 East
Wendell, ID 83355-3572

V1 Propane
P.O. Box 91
Rupert, ID 83350-0091

VISA
Kimberly, ID 83341


Valley Agronomics, LLC
P.O. Box 190
Kimberly, ID 83341-0190

Valley Brake & Truck Parts
180 Deere Street
Twin Falls, ID 83301-8517

Valley Co-ops, Inc.
1833 South Lincoln
Jerome, ID 83338-6138


Valley View Vet Clinic
Gary E. Lewis, DVM
2355 Beryl Avenue
Twin Falls, ID 83301-7904

Valley Wide Cooperative
P.O. Box 365
Rupert, ID 83350-0365

WSI Western Stockmen's
1001 West Main Street
Burley, ID 83318-1627


Wade Company, Inc.
19515 Highway 30
P.O. Box 324
Buhl, ID 83316-0324

Wagner Transportation Co.
PO Box 192
Twin Falls, ID 83303-0192

Walco
203 4th Avenue West
Twin Falls, ID 83301-6025


Walt Freestone
3774 East 3200 North
Hansen, ID 83334-5202

Watts Hydraulic & Repair
1982 Floral Avenue
Twin Falls, ID 83301-7937

Wells Fargo
Bankruptcy Department
PO Box 7648
Boise, ID 83707-1648


Wells Fargo Bank
102 Main Avenue South
Twin Falls, ID 83301-6266

Western Ag Enterprises, Inc
8121 W. Harrison Avenue
Tolleson, AZ 85353-3328

Western Seed
David F Shirley
Parsons Smith & Stone LLP
POB 910
Burley ID 83318-0910


Western Seeds
P.O. Box 850
Burley, ID 83318-0850

Western Stockmen's Supply
223 Rodeo Avenue
Caldwell, ID 83605-6714

Westway Feed Products LLC
Westway
David Wright
365 Canal Street, Ste. 2900
New Orleans, LA 70130-6522


Westway Feed Products, Inc.
23623 Network Place
Chicago, IL 60673-0001

Wilbur-Ellis Company
Feed Division
P.O. Box 29
Gooding, ID 83330-0029

Wilbur-Ellis Company
c/o David A Heida
POB 32
Gooding ID 83330-0032

Wiley Thomas
1024 Warm Springs Pl
Twin Falls, ID 83301-8365

Wilma B. Brennan, Jeff Brennan
21357 Hwy 30
Filer, ID 83328-5513

Young & Young Livestock
3134 South 1900 East
Wendell, ID 83355-3326


eDairy, Inc.
20 N. Wacker Drive Ste 3417
Chicago, IL 60606-3102

Brent T Robinson
POB 396
Rupert, ID 83350-0396

Robert Harris
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226


c/o David F. Shirley Western Seeds
PO Box 910
Burley, ID 83318-0910


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Centralized Insolvency Dept
P.O. Box 21126
Philadelphia, PA 19114-0326


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


GHC Labs
10454 East 330 Road
Talala, OK 74080

Ghost Hollow Consulting
10454 East 330 Road
Talala, OK 74080


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Eagle Creek Northwest LLC
c/o John S Ritchie
Coleman Ritchie & Robertson
POB 525
Twin Falls ID 83303-0525

(d)Key Bank
P.O. Box 1405
Twin Falls, ID 83303-1405

End of Label Matrix
Mailable recipients    246
Bypassed recipients      2
Total                  248