Brent T. Robinson, Esq.
ROBINSON ANTHON & TRIBE
Attorneys at Law
615 H Street
P. O. Box 396
Rupert, Idaho   83350
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
ISB #1932
btr@idlawfirm.com

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No. 10-41613 |
|---|---|---|
|  | ) | (Chapter 11) |
| HOLLIFIELD RANCHES, INC., | ) |  |
|  | ) |  |
| Debtor. | ) |  |

DISCLOSURE OF WITNESSES

COMES NOW the debtor, by and through its attorney of record, Brent T. Robinson of the firm of ROBINSON ANTHON & TRIBE, and hereby discloses and identifies the following witnesses that will be called at the hearing scheduled for October 20, 2010, to-wit:

Terry Hollifield
Bill Baxter, CPA
Mike Meade
Kathy Jones

DATED this 15th day of October, 2010.

ROBINSON ANTHON & TRIBE

/s/ Brent T. Robinson
Brent T. Robinson

CERTIFICATE OF MAILING

I hereby certify that on the 15th day of October, 2010, I filed the foregoing **Disclosure of Witnesses** electronically through the CM/ECF system, which caused the following parties or

counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Craig W Christensen     cwcc@ida.net
- David A Coleman     davidacoleman@msn.com
- Daniel C Green     dan@racinelaw.net, ajc@racinelaw.net
- David Allen Heida     dheida@capitollawgroup.net, vpavkov@capitollawgroup.net
- Noah G. Hillen     ngh@moffatt.com, kad@moffatt.com;bzb@moffatt.com
- William R Hollifield     skitley@idalawyer.com, bhollifield@idalawyer.com
- Mary P Kimmel     ustp.region18.bs.ecf@usdoj.gov
- James Justin May     jmay@may-law.com, ccortens@may-law.com;kathy@tflaw.com;ggodfrey@may-law.com
- Robert J Maynes     mayneslaw@hotmail.com, robert.maynes@gmail.com;rosie.mayneslaw@gmail.com
- Randall A Peterman     rap@moffatt.com, bzb@moffatt.com;kad@moffatt.com;ecf@moffatt.com;moffattthomas@hotmail.com;kzr@moffatt.com
- John S Ritchie     crrtflaw@msn.com
- Brent T Robinson     btr@idlawfirm.com, cb@idlawfirm.com
- David F Shirley     dshirley@pmt.org
- Scott A Tschirgi     sat@satchartered.com, mlennox@satchartered.com;gschow@satchartered.com
- US Trustee     ustp.region18.bs.ecf@usdoj.gov

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants via first class mail with postage prepaid, addressed to:

Agri-Stor Company, Inc. / Chemical Supply Co., Inc.
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

Robert Harris
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

OK Auto Systems, Inc.
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

Terry G. Hollifield, President
Hollifield Ranches, Inc.
22866 U.S. Highway 30
Hansen, Idaho  83334-5018

/s/ Brent T. Robinson
Brent T. Robinson

Disclosure of Witnesses - 2