Robert A. Faucher, ISB No. 4745
Patrick W. McNulty, ISB No. 8464
Kevin C. Braley, ISB No. 6948
HOLLAND & HART LLP
Suite 1400, U.S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:   (208) 342-5000
Facsimile:    (208) 343-8869
E-mail:    rfaucher@hollandhart.com
           pwmcnulty@hollandhart.com
           kbraley@hollandhart.com

Attorneys for Creditor Metropolitan Life Insurance Company

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>HOLLIFIELD RANCHES, INC.,<br><br>        Debtor. | Case No. 10-41613-JDP<br>Chapter 11 |

### NOTICE OF APPEARANCE

Robert A. Faucher of Holland & Hart LLP hereby enters his appearance on behalf of Metropolitan Life Insurance Company and requests:  (1) that he be provided with copies of all documents or pleadings filed in the case; (2) that he be included in the master mailing list as the attorneys for the parties identified above; and (3) that he be provided with copies of all notices as provided by Rule 2002 of the Federal Rules of Bankruptcy Procedure.

All mailings should be addressed as follows:

>    Robert A. Faucher
>    Holland & Hart LLP
>    P.O. Box 2527
>    Boise, ID  83701-2527

**NOTICE OF APPEARANCE - 1**

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct shall constitute a waiver of the above-named parties':

1.  Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

2.  Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

3.  Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4.  Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which above-named parties are entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by above-named parties without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED this 20th day of October, 2010.

        HOLLAND & HART LLP


By /s/ Robert A. Faucher _____
   Robert A. Faucher, of the firm
   Attorneys for Metropolitan Life Insurance
   Company

**NOTICE OF APPEARANCE - 2**

# CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Craig W Christensen    cwcc@ida.net
- David A Coleman    davidacoleman@msn.com
- Daniel C Green    dan@racinelaw.net, ajc@racinelaw.net
- David Allen Heida    dheida@capitollawgroup.net, vpavkov@capitollawgroup.net
- Noah G. Hillen    ngh@moffatt.com, kad@moffatt.com;bzb@moffatt.com
- William R Hollifield    skitley@idalawyer.com, bhollifield@idalawyer.com
- R Ron Kerl    Ron@cooper-larsen.com, jamieb@cooper-larsen.com
- Mary P Kimmel    ustp.region18.bs.ecf@usdoj.gov
- James Justin May    jmay@may-law.com, ccortens@may-law.com;kathy@tflaw.com;ggodfrey@may-law.com
- Robert J Maynes    mayneslaw@hotmail.com, robert.maynes@gmail.com;rosie.mayneslaw@gmail.com
- Randall A Peterman    rap@moffatt.com, bzb@moffatt.com;kad@moffatt.com;ecf@moffatt.com;moffattthomas@hotmail.com;kzr@moffatt.com
- John S Ritchie    crrtflaw@msn.com
- Brent T Robinson    btr@idlawfirm.com, cb@idlawfirm.com
- David F Shirley    dshirley@pmt.org
- Scott A Tschirgi    sat@satchartered.com, mlennox@satchartered.com;gschow@satchartered.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

I further certify that on this same day, I served the following via U.S. Mail, postage prepaid:

Agri-Stor Company, Inc. / Chemical Supply Co., Inc.
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

Robert Harris
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

OK Auto Systems, Inc.
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

/s/ Robert A. Faucher
for Holland & Hart LLP

4940430_1.DOC

**NOTICE OF APPEARANCE - 3**