Brent T. Robinson, Esq.
ROBINSON ANTHON & TRIBE
Attorneys at Law
615 H Street
P. O. Box 396
Rupert, Idaho  83350
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
ISB #1932
btr@idlawfirm.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-41613 |
| | ) | (Chapter 11) |
| HOLLIFIELD RANCHES, INC., | ) | |
| | ) | |
| Debtor. | ) | |

OBJECTION TO MOTION TO VACATE AUTOMATIC STAY
AND NOTICE OF HEARING

COMES NOW the above-named debtor, by and through his attorney, Brent T. Robinson of the firm Robinson Anthon & Tribe, and objects to the Motion for Relief from the Automatic Stay filed by KeyBank National Association (Doc. 56) (hereafter "KeyBank") for the following reasons:

1. That the property is necessary for the effective reorganization of the debtor.

2. That the debtor intends and shall provide for adequate protection with respect to KeyBank's interest.

3. Whether there exists equity sufficient to be an equity cushion with respect to the use of these funds will depend on not only looking at the collateral with respect to the check proceeds but the all the assets of the debtor and also Terry Hollifield and Carol Hollifield.

4. That the debtor is in need of these funds for purposes of continuing the

Objection . . . Stay . . . Hearing - 1

farming operation.

   5. That witnesses in this matter will be Terry Hollifield, Bill Baxter and Mike Meade.

   DATED this 20th day of October, 2010.

              ROBINSON ANTHON & TRIBE

              By:/s/ Brent T. Robinson
                Brent T. Robinson

### NOTICE OF HEARING

   PLEASE TAKE NOTICE that the above-entitled case is scheduled to come before this Court for hearing on debtor's Objection to Motion to Vacate Automatic Stay on November 2, 2010, at 9:30 a. m., or as soon thereafter as the matter can be heard, via Boise-Pocatello video conference.

   DATED this 20th day of October, 2010.

              ROBINSON ANTHON & TRIBE

              By:/s/ Brent T. Robinson
                Brent T. Robinson
                Attorneys for Debtor
                btr@idlawfirm.com

### CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the 20th day of October, 2010, the within and foregoing *Objection to Motion to Vacate Automatic Stay and Notice of Hearing* was filed electronically using the Court's CM/ECF system, and upon such filing the CM/ECF registered participants in this case were served electronically as follows:

- Craig W Christensen cwcc@ida.net
- David A Coleman davidacoleman@msn.com
- Daniel C Green dan@racinelaw.net, ajc@racinelaw.net
- David Allen Heida dheida@capitollawgroup.net, vpavkov@capitollawgroup.net
- Noah G. Hillen ngh@moffatt.com, kad@moffatt.com;bzb@moffatt.com

- William R Hollifield     skitley@idalawyer.com, bhollifield@idalawyer.com
- Mary P Kimmel     ustp.region18.bs.ecf@usdoj.gov
- James Justin May     jmay@may-law.com, ccortens@may-law.com;kathy@tflaw.com;ggodfrey@may-law.com
- Robert J Maynes     mayneslaw@hotmail.com, robert.maynes@gmail.com;rosie.mayneslaw@gmail.com
- Randall A Peterman     rap@moffatt.com, bzb@moffatt.com;kad@moffatt.com;ecf@moffatt.com;moffattthomas@hotmail.com;kzr@moffatt.com
- John S Ritchie     crrtflaw@msn.com
- Brent T Robinson     btr@idlawfirm.com, cb@idlawfirm.com
- David F Shirley     dshirley@pmt.org
- Scott A Tschirgi     sat@satchartered.com, mlennox@satchartered.com;gschow@satchartered.com
- US Trustee     ustp.region18.bs.ecf@usdoj.gov

That a copy of said document was also sent via U. S. mail, postage paid, to the following:

Agri-Stor Company, Inc. / Chemical Supply Co., Inc.
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

Robert Harris
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

OK Auto Systems, Inc.
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

Hollifield Ranches, Inc.
Terry G. Hollifield, President
22866 U.S. Highway 30
Hansen, ID  83334-5018

/s/ Brent T. Robinson
Brent T. Robinson

Objection . . . Stay . . . Hearing - 3