# United States Bankruptcy Court
## District of Idaho

In re  **Hollifield Ranches, Inc.**　　　　　　　　　　　　　　Case No.  **10-41613**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter  **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule A is amended to provide that all three parcels of property are subject to the lien of MetLife, and Schedule B is amended to include livestock checks on hand.**

Schedule G is also amended to include contract with Tyson Fresh Meats, Inc.

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: _10/20/10_　　　　　　　　　　　　　　　_/s/ Brent T. Robinson_
　　　　　　　　　　　　　　　　　　　　　　　Brent T. Robinson
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　**Robinson, Anthon & Tribe**
　　　　　　　　　　　　　　　　　　　　　　　**615 H Street**
　　　　　　　　　　　　　　　　　　　　　　　**P.O. Box 396**
　　　　　　　　　　　　　　　　　　　　　　　**Rupert, ID 83350-0396**
　　　　　　　　　　　　　　　　　　　　　　　**(208) 436-4717  Fax:(208) 436-6804**

B6A (Official Form 6A) (12/07)

In re  **Hollifield Ranches, Inc.**
                Debtor

Case No.  **10-41613**

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Farm Land: Parcel No. 3: Portion west of Lateral 16: Township 10 South, Range 18 East, Boise Meridian, Twin Falls County, Idaho. Section 27: A parcel of land located in the W1/2 SW1/4 SE1/4. See appraisal for specific description. | Owner subject to lien of MetLife | - | 388,000.00 | 388,000.00 |
| Farm Land: Parcel No. 10: Township 10 South, Range 19 East, Boise Meridian, Twin Falls County, Idaho Section 20: NW1/4NW1/4; E1/2NE1/4 Subject toHighway District Right of Way Section 21: NW1/4NW1/4; S1/2NW1/4 AND that part of the SW1/4 lying North and West of the Twin Falls Canal Company Main Canal Subject toHighway District Right of Way EXCEPTING See appraisal for specific description. (including dwelling) | Owner subject to lien of MetLife | - | 289,000.00 | 289,000.00 |
| Other: Dairy Parcel No.1: Township 11 South, Range 18 East, Boise Meridian, Twin Falls County, Idaho Section 1: Lots 3 and 4 and the SW1/4NW1/4 and the W1/2SE1/4NW1/4 and Tax No. 44 described . EXCEPT:  ... See appraisal for specific description. (including improvements) | Owner subject to lien of MetLife | - | 3,921,000.00 | 2,456,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 4,598,000.00 | (Total of this page) |
| Total > | 4,598,000.00 |  |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Hollifield Ranches, Inc.**                                                              Case No.  **10-41613**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Checks on Hand - Livestock Sales** | - | 2,535,549.23 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |

                                                                                    Sub-Total >        **2,535,549.23**
                                                                                   (Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Hollifield Ranches, Inc.**                                                                  Case No.  **10-41613**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

Sub-Total >        0.00
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Hollifield Ranches, Inc.**                                                     Case No.  **10-41613**
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

                                                               Sub-Total >              0.00
                                                              (Total of this page)
                                                               Total >        2,535,549.23

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property                         (Report also on Summary of Schedules)

B6G (Official Form 6G) (12/07)

In re   **Hollifield Ranches, Inc.**                                         Case No.   **10-41613**
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Tyson Fresh Meats, Inc**<br>2200 Don Tyson Parkway CP131<br>Springdale, AR 72762 | **Cattle Feeding Agreement**<br>**Nature of Debtor's Interest** - Independent contractor for the procurement and feeding of livestock<br>**Other Parties in Interest** - Terry Hollifield & Double H Cattle Co., which merged with Hollifield Ranches, Inc.<br>**Consideration** - Cost plus $15 per head<br>**Term** - Three (3) years, expires 5/28/13 but may be renewed |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

## United States Bankruptcy Court
### District of Idaho

In re  **Hollifield Ranches, Inc.**                                            Case No.  **10-41613**
                                    Debtor(s)                                  Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES A and B

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Terry G. Hollifield, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __6__ page(s) including the Amendment Cover Sheet, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __10/20/10__          Signature  _/s/ Terry G. Hollifield_
                                       **Terry G. Hollifield**
                                       **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy