## BANKRUPTCY COURT
### Exhibit List

| CASE NAME | | COURT DATE | DOCKET NUMBER |
|---|---|---|---|
| Hollifield Ranches, Inc. | | October 20, 2010 | 10-41613 JDP |

| DEBTOR'S COUNSEL | CREDITOR'S COUNSEL |
|---|---|
| Brent T. Robinson | Randall A. Peterman |

| | COURT REPORTER  *PF* | COURTROOM DEPUTY *DRH* |
|---|---|---|

| EXHIBITS | | | | | | DESCRIPTION |
|---|---|---|---|---|---|---|
| D | C1 | C2 | C3 | MARKED | ADMITTED | |
| 101 | | | | | 5 | Cash Collateral Budget for Hollifield Ranches, Inc., Dairy |
| 102 | | | | | | Cash Collateral Budget for Hollifield Ranches, Inc., Farm |
| 103 | | | | | | Cash Collateral Budget for Hollifield Ranches, Inc., Cattle |
| 104 | | | | | | Tyson Fresh Meats Cattle Feeding Agreement |
| 105 | | | | | | Milk Production History |
| 106 | | | | | | Parts of Tax Returns for 2003 through 2008 for Hollifield Ranches, Inc., Farm |
| 107 | | | | | | Parts of Tax Returns for 2004 through 2009 for Double H Cattle |
| 108 | | | | | | Parts of Tax Returns for 2004 through 2009 for White Gold Dairy |
| 109 | | | | | | Copy of Schedule G |
| 110 | | | | | | Art Baily Farm Lease Agreement  - 73.5 acres |
| 111 | | | | | | Art Baily Farm Lease Agreement – 89.5 acres |
| 112 | | | | | | John Gibson lease |
| 113 | | | | | | Peggy B. Kelly Farm Lease Agreement |
| 114 | | | | | | Lien, LLC, Farm Lease Agreement |
| 115 | | | | | | Pedersen Trust Commercial Lease |
| 116 | | | | | | Gene Rambo Farm Lease Agreement |
| 117 | | | | | | Kelvan Hansen Lease |
| 118 | | | | | | Clark & Shane Bennett Farm Lease Agreement |
| 119 | | | | | | Lesouhs, LLC., Farm Lease Agreement |
| 120 | | | | | | Keith Briggs Farm lease Agreement |
| 121 | | | | | | Twin Falls Highway District Cash Rent-Farm Lease |
| 122 | | | | | | Wells Fargo Farm Lease and 12/5/2006 letter |
| 123 | | | | | | John Coleman/Lasko Alexander Farm, LLC, Farm Lease Agreement |
| 124 | | | | | | James E. Brennan Farm Trust Farm Lease Agreement |
| 125 | | | | | | John Fayle dba Not Zyque, LLC, Farm Lease Agreement |

Note (handwritten, vertical): 10-20-10

| 126 | | | | | 5 | U. S. Bank, Agent for Jimmy Lattimer Farm Cash Rent Lease Agreement |
| 127 | | | | | | Clare Armstrong Farm Lease Agreement |
| 128 | | | | | | John Redmond Farm Lease Agreement |
| 129 | | | | | | Gary Denney Farm Lease Agreement |
| 130 | | | | | | Eagle Creek Northwest LLC Lease and Security Agreement |
| 131 | | | | | | Gmodelo Agriculture, LLC Barley Grower Agreement |
| 132 | | | | | | Great Western Malting Co. Barley Growing Agreement |
| 133 | | | | | | Seneca Foods Corporation Sweet Corn Contract |
| 134 | | | | | | Dorsing Seeds, Inc., Bean & Pea Growing Seed Agreements (2237, 2238, 2239, 2240, 2241 & 2242) |
| 135 | | | | | | ADM Edible Bean Specialties,Inc., Dry Bean Grower Contracts (12160, 12161, 12162, 80036, 80037) |
| 136 | | | | | | Soranco Bean Products Premium Producer Agreement |
| 137 | | | | | | McCain Foods USA Potato Agreement |
| 138 | | | | | | Snake River Sugar Company Crop Year 2010 Annual Planting Agreement |
| 139 | | | | | | AgriSource, Inc., Commodity Purchase Contract |
| 140 | | | | | | Lansing Trade Group, LLC, Contracts (59672, 59845 & 59908) |
| 141 | | | | | | Schedule A |
| 142 | | | | | | Schedule B |
| 143 | | | | | | Schedule D |
| 144 | | | | | | Conversion and Merger Documents |
| 145 | | | | | | Farm and Ranch Financial Statement 9/10/10 |
| 146 | | | | | | Farm and Ranch Financial Statement 1/1/11 |
| 147 | | | | | | Summons to White Gold Dairy, LLC |
| 148 | | | | | | Hollifield and Hollifield Ranches, Inc., Farm Lease Agreement |
| | | | | | | |
| | | | | | | |

## BANKRUPTCY COURT
### Exhibit List

| CASE NAME In Re: Hollifield Ranches, Inc. | | COURT DATE October 20, 2010 | DOCKET NUMBER 10-41613-JDP |
|---|---|---|---|

**DEBTOR'S COUNSEL**
Brent T. Robinson
Robinson & Associates
P.O. Box 396
Rupert, ID 83350-0396

**CREDITOR'S COUNSEL**
Randall A. Peterman
Moffatt Thomas Barrett Rock & Fields, CHTD
P.O. Box 829
Boise, Idaho 83701

PRESIDING JUDGE        Honorable Jim D. Pappas

COURT REPORTER  *P.F.*

COURTROOM DEPUTY  *Dana Hoyle*

| \multicolumn{5}{c}{EXHIBITS} | DESCRIPTION |
|---|---|---|---|---|---|
| D | C1 | C2 | C3 | MARKED | ADMITTED | |
| | 200 | | | | *S* | Dec. 31, 2008-2009 Terry and Carol Hollifield Financial Statement |
| | 201 | | | | | Dec. 31, 2008-2009 T.G. Hollifield Farm Financial Statements |
| | 202 | | | | *10/20/10* | Dec. 31, 2008-2009 Double H Cattle Financial Statements |
| | 203 | | | | | Dec. 31, 2008-2009 Hollifield Ranches Financial Statements |
| | 204 | | | | | Dec. 31, 2008-2009 White Gold Dairy, LLC Financial Statements |
| | 205 | | | | | Dec. 31, 2008-2009 Consolidated Entity Financial Statements |
| | 206 | | | | | 09/10/10 Double H. Cattle Farm and Ranch Financial Statement |
| | 207 | | | | | 09/10/10 Hollifield Ranches Farm and Ranch Financial Statement |
| | 208 | | | | | 09/10/10 White Gold Dairy Farm and Ranch Financial Statement |
| | 209 | | | | | 10/05/10 Summary of Schedules and Statement of Affairs (CR 44) |
| | 210 | | | | | 09/17/10 ltr to B. Robinson & J. Meier re 2008-2009 Financials |
| | 211 | | | | | 09/27/10 ltr B. Robinson responding to R. Peterman 09/17/10 ltr |
| | 212 | | | | | 10/04/10 ltr to B. Robinson requesting more financial information |
| | 213 | | | | *S 10-20* | Motion for Emergency & Continuing Use of Cash Collateral (CR 5) |
| | 214 | | | | *S 10-20* | Order Authorizing Emergency Use of Cash Collateral (CR 53) |
| | 215 | | | | | Notice of Deposition Duces Tecum to Terry Hollifield |
| | 216 | | | | | 10/13/10 Deposition transcript of Terry Hollifield |
| | 217 | | | | | 2008 Hollifield Ranches U. S. Return of Partnership Income |
| | 218 | | | | *S 10-20* | Tyson Fresh Meats Cattle Feeding Agreement with Double H |
| | 219 | | | | | D&H Farms - Schedules and Statements of Affairs |

**EXHIBIT A**

# BANKRUPTCY COURT
## Exhibit List

| CASE NAME In Re: Hollifield Ranches, Inc. | | | COURT DATE October 20, 2010 | | DOCKET NUMBER 10-41613-JDP |
|---|---|---|---|---|---|
| **DEBTOR'S COUNSEL**<br>Brent T. Robinson<br>Robinson & Associates<br>P.O. Box 396<br>Rupert, ID 83350-0396 | | | **CREDITOR'S COUNSEL**<br>Randall A. Peterman<br>Moffatt Thomas Barrett Rock & Fields, CHTD<br>P.O. Box 829<br>Boise, Idaho 83701 | | |
| PRESIDING JUDGE Honorable Jim D. Pappas | | | COURT REPORTER | | COURTROOM DEPUTY |

| EXHIBITS | | | | | | DESCRIPTION |
|---|---|---|---|---|---|---|
| D | C1 | C2 | C3 | MARKED | ADMITTED | |
| | 220 | | | | | T. Griffin - Schedules and Statements of Affairs |
| | 221 | | | | S 10-20 | 10/01/10 Motion to Require Debtor to Assume Executory Contract |
| | 222 | | | | | Articles of Incorporation for Hollifield Ranches, Inc. |
| | 223 | | | | S 10-20 | Misc. Checks to Hollifield Ranches et al. |
| | 224 | | | | S 10-20 | Misc. Checks to Double H Cattle et al. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |