UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

HOLLIFIELD RANCHES, INC.,

            Debtor.

Case No. 10-41613-JDP
Chapter 11

**SECOND SUPPLEMENTAL ORDER AUTHORIZING
CONTINUED USE OF CASH COLLATERAL**

THIS MATTER came before the Court upon (a) the Motion to Use Cash Collateral filed by Hollifield Ranches, Inc. ("Debtor") on September 8, 2010; and (b) the Supplement to Motion to Use Cash Collateral filed on October 22, 2010.  A preliminary hearing regarding the original motion filed by the Debtor was held on September 15, 2010, after which this Court entered its Interim Cash Collateral Order (CR 5).  A final hearing regarding the original motion filed by the Debtor was held on October 20, 2010, after which this Court (a) continued the final hearing to November 4, 2010, in Boise, Idaho; (b) entered a Supplemental Order Authorizing Continued Use of Cash Collateral Order (CR 87); and (c) required the Debtor to file a supplement to its original Motion to Use Cash Collateral no later than October 22, 2010. The Debtor timely filed a Supplement to Motion to Use Cash Collateral on October 22, 2010 (CR 83).

The continued final hearing ("November Hearing") was held before this Court in Boise, Idaho at 9:00 a.m. on November 4, 2010.  Present at the hearing were counsel for the Debtor; KeyBank National Association ("KeyBank"); the U.S. Trustee; Metropolitan Life Insurance Company ("MetLife"); Tyson Fresh Meats, Inc. ("Tyson Fresh Meats"); and additional parties who hold statutory liens under Idaho law, or who are lessors to the Debtor

**SECOND SUPPLEMENTAL ORDER AUTHORIZING
CONTINUED USE OF CASH COLLATERAL – 1**

under executory contracts. KeyBank and the Debtor provided to the Court a Term Sheet regarding (a) resolution of a portion of the issues raised by the cash collateral motions filed by the Debtor; and (b) a proposal to continue the November Hearing to December 15, 2010, at 1:30 p.m. in Boise, Idaho. All parties in attendance at the hearing presented argument and input regarding issues relative to the Term Sheet.

At the end of the hearing, the Court considered the issues raised by the arguments of the parties, and determined that such issues should be resolved by entry of this Second Supplemental Order Authorizing Continued Use of Cash Collateral ("CC Order").

THIS MATTER having come before the Court; this Court having considered the arguments and comments of all parties present at the November Hearing; and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.    December 15, 2010, at 1:30 p.m. in Boise is the time set for: (a) the continued final hearing on Debtor's Motion to Use Cash Collateral and Supplement to Motion to Use Cash Collateral; and (b) consideration of Debtor's Section 365 motions, and/or Rule 9019 motions to approve compromises as to (i) Tyson Fresh Meats and (ii) all leases of the Hollifield Ranches farming operation. Debtor shall provide all necessary parties in interest with notice of such hearing.

2.    The final hearing on KeyBank's Motion for Relief from the Automatic Stay, which was originally set by this Court for December 15, 2010, at 1:30 in Boise, shall be vacated and reset for January 12, 2011, at the Bankruptcy Court in Pocatello, Idaho. KeyBank consented to such new date at the November Hearing.

**SECOND SUPPLEMENTAL ORDER AUTHORIZING**
**CONTINUED USE OF CASH COLLATERAL – 2**

3. The Debtor is authorized to use cash collateral through December 15, 2010, in accordance with the budgets attached hereto as **Exhibits A, B**, and **C**. Such cash collateral exists in the form of cash, livestock proceeds, crop proceeds, proceeds from the sale of milk and livestock, and the proceeds of any other collateral as existed pre-petition, and as provided in the amount and purposes specified in Exhibits A, B, and C. The Debtor shall not exceed those amounts specified in the exhibits without further authorization from the Court, and the payment of those expenses shall not be for any pre-petition debt.

4. Any and all creditors that have an interest in the cash collateral used by the Debtor, as adequate protection, shall be granted a continuing post-petition lien in all like collateral to the extent, validity, and priority that each such creditor had at the time of the filing of this Chapter 11 bankruptcy pending further order of the Court, but only limited to the cash collateral used.

5. The Debtor will segregate all cash collateral into three (3) separate debtor-in-possession bank accounts (the Double H cattle operation, White Gold dairy operation, and Hollifield Ranches farming operation shall each maintain a separate account), at KeyBank, in accordance with the requirements of 11 U.S.C. § 363(c)(4). The Debtor will also maintain separate accounting records for the Double H cattle operation, White Gold dairy operation, and Hollifield Ranches farming operation, and for the use of cash collateral by each such parties. Furthermore, the Double H cattle operation shall segregate all cash collateral in which KeyBank holds an interest and the cash collateral in which Tyson Fresh Meats holds an interest.

6. The Debtor shall produce monthly reports (by the fifteenth day of each month) in the form attached hereto as **Exhibit D**, together with all reports required under the

**SECOND SUPPLEMENTAL ORDER AUTHORIZING
CONTINUED USE OF CASH COLLATERAL – 3**

Bankruptcy Code.  The reports found in Exhibit D are based upon the reports used by KeyBank

and Udder Side Dairy, LLC in Case No. 10-40661-JDP.

       7.      The Debtor shall operate in compliance with the U.S. Trustee's

Guidelines.

       **A.**      **The Double H Cattle Operation**

       8.      The Double H cattle operation is authorized to use cash collateral through

December 15, 2010, in accordance with the budget attached hereto as Exhibit A.

       9.      Regarding the Double H cattle operation, the Debtor shall file a motion

pursuant to 11 U.S.C. § 365, and also a Federal Rule of Bankruptcy Procedure 9019 Motion to

resolve executory contract and other issues pertaining to Tyson Fresh Meats.

       10.      The Double H cattle operation currently holds approximately $2.7 million

in cash collateral in which KeyBank claims a security interest.  This cash collateral is the result

of the sale of cattle in which KeyBank held a security interest.  The Debtor shall, immediately

upon entry of this Order, turn over $700,000 of this cash collateral to KeyBank.  The $700,000

will be applied to the debt owed by the Double H cattle operation to KeyBank.  The Debtor will

deposit the remaining approximately $2 million in a bank account, and KeyBank and the Debtor

reserve argument as to all issues involving this cash collateral.

       11.      Double H shall not use the approximately $2 million of cash collateral in

which KeyBank holds an interest, pending the final hearing outcome.

       12.      Double H is authorized to use cash collateral in which Tyson Fresh Meats,

holds an interest, but only as stated in the contract between Tyson Fresh Meats and the Double H

cattle operation.

**SECOND SUPPLEMENTAL ORDER AUTHORIZING
CONTINUED USE OF CASH COLLATERAL – 4**

Client:1828753.3

### B.    The Hollifield Ranches Farming Operation

13.    The Hollifield Ranches farming operation is authorized to use cash collateral through December 15, 2010, in accordance with the budget attached hereto as Exhibit B.  Exhibit B authorizes the Hollifield Ranches farming operation to use cash collateral in the amount of $22,500 for chemical/fertilizer expenses in December 2010.  This authorization is conditioned on the Debtor providing KeyBank with written documentation in the form of invoices to verify these expenses were incurred in December of 2010.  This documentation shall be due to KeyBank no later than January 15, 2011.

14.    Regarding the Hollifield Ranches farming operation, the Debtor shall file a motion pursuant to 11 U.S.C. § 365 to assume and/or assign all real property leases relating to the Hollifield Ranches farming operation.

15.    The Debtor and KeyBank shall cooperate regarding assumption/assignment of leases identified above.

16.    The Debtor and KeyBank will work together in advance of the final hearing schedule for December 15, 2010, to resolve the cash flow issues of the Hollifield Ranches farming operation.

### C.    The White Gold Dairy Operation

17.    The White Gold dairy operation is authorized to use cash collateral through December 15, 2010, in accordance with the budget attached hereto as Exhibit C.

18.    All feed purchased by the White Gold dairy operation shall be paid by check, with KeyBank included as a payee, and KeyBank may reasonably confirm compliance with this requirement.

19.    The Debtor acknowledges that two payments of $29,059.81 were made to MetLife from the milk check of the White Gold dairy operation in September and October 2010

**SECOND SUPPLEMENTAL ORDER AUTHORIZING
CONTINUED USE OF CASH COLLATERAL – 5**

Client:1828753.3

without authority, and without Bankruptcy Court approval under cash collateral concepts.  The

Debtor agrees to obtain that money immediately from MetLife.

          20.    Any direct payment arrangement by which Debtor's creamery makes

direct payments of milk proceeds to MetLife shall be terminated immediately and Debtor shall

immediately take such steps as are necessary to terminate such arrangement.

//end of text//

Dated:  November 11, 2010

 

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by Randall A. Peterman, ISB No. 1944, Attorneys for KeyBank National
Association.

APPROVED AS TO FORM AND CONTENT:

                /s/
            _____
            Brent T. Robinson
            Dated: November 8, 2010

                /s/
            _____
            Robert A. Faucher
            Dated: November 9, 2010

                /s/
            _____
            Craig W. Christensen
            Dated: November 9, 2010

                /s/
            _____
            Matthew T. Christensen
            Dated: November 8, 2010

                /s/
            _____
            Mary Kimmel
            Dated: November 8, 2010

**SECOND SUPPLEMENTAL ORDER AUTHORIZING
CONTINUED USE OF CASH COLLATERAL – 6**

# EXHIBIT A

CLIENT:1828859.1

# Cattle Cash Flow / Budget

NAME    Hollifield Ranches
**Hollifield Ranches Inc. – Double H Cattle Operation Cash Collateral Budget**

| ITEM-UNIT | MONTH | | |
| --- | --- | --- | --- |
| | November | December | TOTAL |
| Cattle Purchases | $700,000.00 | $350,000.00 | $1,050,000.00 |
| Contract Services | $2,000.00 | $1,000.00 | $3,000.00 |
| Feed Purchases | $400,000.00 | $200,000.00 | $600,000.00 |
| Freight & Trucking | $29,000.00 | $14,500.00 | $43,500.00 |
| Fuel | $10,500.00 | $5,250.00 | $15,750.00 |
| Leases/Rent | $2,950.00 | $1,475.00 | $4,425.00 |
| Insurance | $1,376.00 | $1,376.00 | $2,752.00 |
| Misc./Other | $9,169.00 | $4,584.50 | $13,753.50 |
| Payroll | $30,000.00 | $15,000.00 | $45,000.00 |
| Repairs & Maintenance | $18,000.00 | $9,000.00 | $27,000.00 |
| Outside Services | $3,850.00 | $1,925.00 | $5,775.00 |
| Supplies | $2,364.00 | $1,182.00 | $3,546.00 |
| Utilities | $2,143.00 | $2,143.00 | $4,286.00 |
| Vet/Vaccine | $14,100.00 | $7,050.00 | $21,150.00 |
| TOTAL EXP. | $1,225,452.00 | $614,485.50 | $1,839,937.50 |

# EXHIBIT B

CLIENT:1828859.1

# Farm Cash Flow / Budget

NAME    Hollifield Ranches
**Hollifield Ranches Inc. – Farming Operation Cash Collateral Budget**

| ITEM-UNIT | MONTH | | |
|---|---|---|---|
| | November | December | TOTAL |
| Chemicals/Fertilizer | $22,250.00 | $22,250.00 | $44,500.00 |
| Contract Services | $20,000.00 | $10,000.00 | $30,000.00 |
| Land Rent/Lease | $0.00 | $0.00 | $0.00 |
| Insurance | $9,408.00 | $9,408.00 | $18,816.00 |
| Payroll | $58,990.00 | $29,495.00 | $88,485.00 |
| Repairs/Maint. | $35,469.00 | $17,734.50 | $53,203.50 |
| Seed Purchase | $5,000.00 | $5,000.00 | $10,000.00 |
| Farm Fuel | $40,777.00 | $40,777.00 | $81,554.00 |
| Supplies | $4,624.00 | $2,312.00 | $6,936.00 |
| Taxes | $0.00 | $2,763.50 | $2,763.50 |
| Utilities | $12,284.00 | $12,284.00 | $24,568.00 |
| Water Assessments | $0.00 | $6,847.00 | $6,847.00 |
| Misc. | $10,101.00 | $5,050.50 | $15,151.50 |
| | | | |
| TOTAL EXP. | $218,903.00 | $163,921.50 | $382,824.50 |

# EXHIBIT C

CLIENT:1828859.1

## Dairy Cash Flow / Budget

NAME     Hollifield Ranches
Hollifield Ranches Inc. – White Gold Dairy Operation Cash Collateral Budget

| ITEM-UNIT | MONTH | | |
|---|---|---|---|
| | November | December | TOTAL |
| Milk Fed/St Advertising | $6,100.00 | $3,050.00 | $9,150.00 |
| Milk Admin Fees | $3,800.00 | $1,900.00 | $5,700.00 |
| Ads/Dues/Subscriptions | $357.00 | $178.50 | $535.50 |
| Calf Expenses | $27,886.00 | $13,943.00 | $41,829.00 |
| Feed Purchase | $275,000.00 | $192,500.00 | $467,500.00 |
| Freight & Trucking | $6,500.00 | $3,250.00 | $9,750.00 |
| Fuel | $12,614.00 | $6,307.00 | $18,921.00 |
| Leases | $2,500.00 | $1,250.00 | $3,750.00 |
| Insurance | $3,397.00 | $3,397.00 | $6,794.00 |
| Misc./Other | $7,350.00 | $3,675.00 | $11,025.00 |
| Payroll Expenses | $54,508.00 | $27,254.00 | $81,762.00 |
| Repairs/Maintenance | $47,615.00 | $23,807.50 | $71,422.50 |
| Outside Services | $23,445.00 | $11,722.50 | $35,167.50 |
| Supplies | $11,057.00 | $5,528.50 | $16,585.50 |
| Taxes | $0.00 | $0.00 | $0.00 |
| Utilities | $4,237.00 | $4,237.00 | $8,474.00 |
| Vet/Vaccine | $45,209.00 | $22,604.50 | $67,813.50 |
| | | | |
| TOTAL EXP. | $531,575.00 | $324,604.50 | $856,179.50 |

# EXHIBIT D

# MONTHLY FEED REPORT HOLLIFIELD RANCHES, INC.    Date _____

| Feedstuff Item | Tons or #'s | Unit Price | Value | Value |
|---|---|---|---|---|
| Milk Cow Hay | 0 $ - | | $ - | $ - |
| Straw | 0 $ - | | $ - | $ - |
| Dry Cow Hay | 0 $ - | | $ - | $ - |
| Corn Silage | 0 $ - | | $ - | $ - |
| Hay Silage | 0 $ - | | $ - | $ - |
| Corn | 0 $ - | | $ - | $ - |
| Soy | 0 $ - | | $ - | $ - |
| Cotton Seed | 0 $ - | | $ - | $ - |
| Minerals | 0 $ - | | $ - | $ - |
| Energy Pellet | 0 $ - | | $ - | $ - |
| Iodized Salt Blacks | 0 $ - | | $ - | $ - |
| Distillers | 0 $ - | | $ - | $ - |
| Other -List | 0 $ - | | $ - | $ - |
| | 0 $ - | | $ - | $ - |
| | 0 $ - | | $ - | $ - |
| | 0 $ - | | $ - | $ - |
| | 0 $ - | | $ - | $ - |
| | 0 $ - | | $ - | $ - |
| | 0 $ - | | $ - | $ - |
| | 0 $ - | | $ - | $ - |
| | 0 $ - | | $ - | $ - |
| | 0 $ - | | $ - | $ - |
| | 0 $ - | | $ - | $ - |
| | 0 $ - | | $ - | $ - |
| | Total Values | | $ - | $ - |

SILAGE SHOULD ACCOUNT FOR NORMAL MONTHLY SHRINK

I certify that the above information is true and correct

_____

Hollifield Ranches, Inc.

**MONTHLY CATTLE INVENTORY REPORT**

**Date** _____

### MILK COWS

       Ending balance previous month

       Total milk cows end of month

### DRY COWS

       Ending balance previous month

       Total dry cows end of month

### HOSPITAL COWS

       Ending balance previous month

       Total hospital cows end of month

### SPINGER HEIFERS

       Ending balance previous month

       Total heifers end of month

### MEDIUM BRED HEIFERS

       Ending balance previous month

       Total heifers end of month

### SHORT BRED HEIFERS 800-950#

       Ending balance previous month

       Total heifers end of month

### BREEDING PEN 750-850# HEIFERS

       Ending balance previous month

       Total heifers end of month

### HEIFERS 400-700#

       Ending balance previous month

       Total heifers end of month

### HEIFERS100-400#

       Ending balance previous month

       Total heifers end of month

### TOTAL DAIRY HERD

***FOR ALL DAIRY CATTLE ATTACH, PROOF OF PURCHASE ON ANY CATTLE PURCHASED, PROOF OF SALE ON ANY CATTLE SOLD AND NUMBERS AND BREADKDOW OF THOSE THAT HAVE DIED.***

Ending balance previous month
Number sold
Number deaths

This month's ending balance

## STEERS 700 TO 800 POUNDS

Ending balance previous month
Number sold
Number deaths

This month's ending balance

## STEERS 500 TO 700 POUNDS

Ending balance previous month
Number sold
Number deaths

This month's ending balance

## STEERS 350 TO 500 POUNDS

Ending balance previous month
Number sold
Number deaths

This month's ending balance

## STEERS 150 TO 350 POUNDS

Ending balance previous month
Number sold
Number deaths

This month's ending balance

## STEERS HUTCH BABIES TO 150 POUNDS

Ending balance previous month
Number sold
Number deaths

This month's ending steer balance

## *TOTAL STEER HERD*

## TOTAL ALL CATTLE

I certify that the above is true and correct.

_____

***FOR ALL STEER CATTLE ATTACH, PROOF OF PURCHASE ON ANY CATTLE
PURCHASED, PROOF OF SALE ON ANY CATTLE SOLD AND NUMBERS AND
BREAKDKOW OF THOSE THAT HAVE DIED.***

**AGRICULTURAL BUDGET**  Nov-10    As Of  11/8/2010

**CUSTOMER**  Udder Side FARM BUDGET
Obligor #:  0    Checking Account #:

## EXPENSE SUMMARY

| | PROJECTED AMOUNT | DEBT TO ADVANCE | ACTUAL AMOUNT | PROJECTED | PROJECTED | VARIANCE |
|---|---|---|---|---|---|---|
| Labor | 71,300.00 | 0.00 | | | | (71,300.00) |
| Family Living Draw | 12,000.00 | 0.00 | | | | (12,000.00) |
| Power | 48,000.00 | 0.00 | | | | (48,000.00) |
| Repairs and Maintenance | 40,000.00 | 0.00 | | | | (40,000.00) |
| Seed | 0.00 | 0.00 | | | | 0.00 |
| Fertilizer | 0.00 | 0.00 | | | | 0.00 |
| Chemicals | 740.00 | 0.00 | | | | (740.00) |
| Phosphate | 0.00 | 0.00 | | | | 0.00 |
| Fuel and Oil | 27,000.00 | 0.00 | | | | (27,000.00) |
| Supplies | 0.00 | 0.00 | | | | 0.00 |
| Insurance | 0.00 | 0.00 | | | | 0.00 |
| License and Registration | 0.00 | 0.00 | | | | 0.00 |
| Water Assessments | 0.00 | 0.00 | | | | 0.00 |
| Pierce Farm Rent | 0.00 | 0.00 | | | | 0.00 |
| Church Farm Rent | 0.00 | 0.00 | | | | 0.00 |
| Delguidio Farm Rent | 0.00 | 0.00 | | | | 0.00 |
| Delguidio Pastures Rent | 0.00 | 0.00 | | | | 0.00 |
| Ogden Gondition | 0.00 | 0.00 | | | | 0.00 |
| Dia for Pasture | 0.00 | 0.00 | | | | 0.00 |
| Larson Pasture rent | 0.00 | 0.00 | | | | 0.00 |
| Farm and Crop Insurance | 0.00 | 0.00 | | | | 0.00 |
| Thais Real Estate | 0.00 | 0.00 | | | | 0.00 |
| Operating Interest | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| | 0.00 | 0.00 | | | | 0.00 |
| Term Debt - R.E. Key | 0.00 | 0.00 | | | | 0.00 |
| Term Debt - Equip Key | 0.00 | 0.00 | | | | 0.00 |
| Operating Interest (Only Pmts) | 0.00 | 0.00 | | | | 0.00 |
| Late Fee | 0.00 | 0.00 | | | | 0.00 |
| **TOTAL** | **199,040.00** | **0.00** | **0.00** | **0.00** | | **(199,040.00)** |

## INCOME SUMMARY

| INCOME FIELD | PROJECTED | ACTUAL | PROJECTED | PROJECTED | VARIANCE |
|---|---|---|---|---|---|
| Hay | 170,544.00 | 0.00 | 0.00 | | (170,544.00) |
| Corn Silage | 354,220.00 | 0.00 | 0.00 | | (354,220.00) |
| Pasture Income | 34,500.00 | 0.00 | 0.00 | | (34,500.00) |
| Other Income | 14,700.00 | 0.00 | 0.00 | | (14,700.00) |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| | 0.00 | 0.00 | 0.00 | | 0.00 |
| **TOTAL** | **573,964.00** | **0.00** | **0.00** | | **(573,964.00)** |

**AGRICULTURAL BUDGET**

Nov-10

As Of 11/8/2010

CUSTOMER: Udder Side Dairy STEER BUDGET
Obligor #: 0

Checking Account #:

## EXPENSE SUMMARY

| Description | PROJECTED AMOUNT | ADVANCED AMOUNT | PROJECTED TOTAL | ACTUAL | VARIANCE |
|---|---|---|---|---|---|
| Feeder Hay Good Quality | | 1,060.00 | 0.00 | 0.00 | (1,060.00) |
| Feeder Hay Poor Quality | | 0.00 | 0.00 | 0.00 | 0.00 |
| Potato Waste | | 0.00 | 0.00 | 0.00 | 0.00 |
| Milk Cow Ration Payout | | 0.00 | 0.00 | 0.00 | 0.00 |
| Milk Replacer | | 0.00 | 0.00 | 0.00 | 0.00 |
| Straw | | 0.00 | 0.00 | 0.00 | 0.00 |
| Labor | | 0.00 | 0.00 | 0.00 | 0.00 |
| Fuel | | 0.00 | 0.00 | 0.00 | 0.00 |
| Supplies | | 0.00 | 0.00 | 0.00 | 0.00 |
| Medicine and Vaccines | | 0.00 | 0.00 | 0.00 | 0.00 |
| Repairs and Maintenance | | 0.00 | 0.00 | 0.00 | 0.00 |
| Steer Bedding | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| Term Debt - R.E. Key | | 0.00 | 0.00 | 0.00 | 0.00 |
| Term Debt - Equip Key | | 0.00 | 0.00 | 0.00 | 0.00 |
| Operating Interest (Only Prints) | | 0.00 | 0.00 | 0.00 | 0.00 |
| Loan Fee | | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | 0.00 | 1,060.00 | 0.00 | 0.00 | (1,060.00) |

## INCOME SUMMARY

| Description | PROJECTED INCOME | ADVANCED AMOUNT | PROJECTED TOTAL | ACTUAL | VARIANCE |
|---|---|---|---|---|---|
| Steer Sales | | 36,000.00 | 0.00 | 0.00 | (36,000.00) |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | 0.00 | 36,000.00 | 0.00 | 0.00 | (36,000.00) |