Randall A. Peterman, ISB No. 1944
Noah G. Hillen, ISB No. 7690
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
rap@moffatt.com
ngh@moffatt.com
18794.0216

Attorneys for KeyBank National Association

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 10-41613-JDP |
|---|---|
| HOLLIFIELD RANCHES, INC., | Chapter 11 |
| Debtor. | |

### KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE SECOND SUPPLEMENTAL ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL

COMES NOW KeyBank National Association ("KeyBank"), by and through its undersigned counsel of record, and submits KeyBank National Association's Motion to Enforce Second Supplemental Order Authorizing Continued Use of Cash Collateral.  This motion is supported by the Affidavit of W. Lee Bean in Support of KeyBank National Association's Motion to Enforce Second Supplemental Order Authorizing Continued Use of Cash Collateral, and the Memorandum in Support of KeyBank National Association's Motion to Enforce Second

**KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE
SECOND SUPPLEMENTAL ORDER AUTHORIZING CONTINUED USE OF
CASH COLLATERAL - 1**

Client:1849639.1

Supplemental Order Authorizing Continued Use of Cash Collateral, which are filed concurrently herewith.

KeyBank asks this Court to enforce its Second Supplemental Order Authorizing Continued Use of Cash Collateral because the Hollifield Ranches, Inc. has failed to comply with the Court's order.

DATED this 1st day of December, 2010.

MOFFATT, THOMAS, BARRETT, ROCK &
FIELDS, CHARTERED

By _____
Noah G. Hillen– Of the Firm
Attorneys for KeyBank National
Association

**KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE
SECOND SUPPLEMENTAL ORDER AUTHORIZING CONTINUED USE OF
CASH COLLATERAL - 2**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of December, 2010, I filed the foregoing **KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE SECOND SUPPLEMENTAL ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Brent T. Robinson**
btr@idlawfirm.com
*Attorneys for Debtor*

**Craig W. Christensen**
cwcc@ida.net
*Attorneys for J.R. Simplot Company dba Western Stockmen's*

**David F. Shirley**
dshirley@pmt.org
*Attorneys for Western Seeds*

**William R. Hollifield**
bhollifield@idalawyer.com
*Attorneys for Creditor C.W. Hollifield Estate*

**Scott Tschirgi**
sat@satchartered.com
*Attorney for Pioneer Commodities, LLC*

**Mary P. Kimmel**
ustp.region18.bs.ecf@usdoj.gov

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**John S. Ritchie**
crrtflaw@msn.com
*Attorneys for Eagle Creek Northwest LLC*

**David A. Heida**
dheida@capitollawgroup.net
*Attorneys for Wilbur-Ellis Company*

**Daniel C. Green**
dan@racinelaw.net
*Attorneys for Thomas Petroleum, LLC d/b/a Bowen Petroleum, Inc.*

**Robert J. Maynes**
mayneslaw@hotmail.com
*Attorney for ADM Edible Bean Specialties, Inc.*

**John O. Fitzgerald II**
jof@magicvalleylaw.com
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris*

**David W. Gadd**
dwg@magicvalleylaw.com
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris*

**J. Justin May**
jmay@may-law.com
*Attorneys for Wilbourn Garage Doors*

**KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE SECOND SUPPLEMENTAL ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL - 3**

Client:1849639.1

**David A. Coleman**
davidacoleman@msn.com
*Attorney for John Coleman dba A & J Farm and Lasko Alexander Farm, L.L.C.*

**Robert A. Faucher**
rfaucher@hollandhart.com
*Attorneys for Creditor Metropolitan Life Insurance Company*

**Kevin C. Braley**
kbraley@hollandhart.com
*Attorneys for Creditor Metropolitan Life Insurance Company*

**Ron Kerl**
ron@cooper-larsen.com
*Attorneys for Rangen, Inc. and Northwest Farm Credit Services, FLCA*

**Patrick W. McNulty**
pwmcnulty@hollandhart.com
*Attorneys for Creditor Metropolitan Life Insurance Company*

**Matthew T. Christensen**
mtc@angstman.com
*Attorney for Tyson Fresh Meats, Inc.*

AND, I FURTHER CERTIFY that on such date I served the foregoing **KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE SECOND SUPPLEMENTAL ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL** on the following non-CM/ECF Registered Participants in the manner indicated:

Hollifield Ranches, Inc.
4076 E. 3400 N.
Hansen, ID 83334

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Hollifield Ranches, Inc.
22866 US Highway 30
Hansen, ID 83334

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

John O. Fitzgerald II
David W. Gadd
WORST FITZGERALD & STOVER, PLLC
746 N. College Rd., Suite C
P.O. Box 5226
Twin Falls, ID 83303-5226
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris*

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

**KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE
SECOND SUPPLEMENTAL ORDER AUTHORIZING CONTINUED USE OF
CASH COLLATERAL - 4**

Client:1849639.1

| | |
|---|---|
| Tyson Fresh Meats, Inc.<br>2200 Don Tyson Parkway CP131<br>Springdale, AR 72762 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Gavilon Grain, LLC<br>c/o James Powers<br>MCGRATH NORTH MULLIN & KRATZ PC LLO<br>First National Tower, Suite 3700<br>1601 Dodge St.<br>Omaha, NE 68102-1327<br>*Attorneys for Gavilon Grain, LLC*<br>*d/b/a Peavey Co.* | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

_____
Noah G. Hillen

**KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE**
**SECOND SUPPLEMENTAL ORDER AUTHORIZING CONTINUED USE OF**
**CASH COLLATERAL - 5**

Client:1849639.1