BANKRUPTCY COURT
THIRD AMENDED EXHIBIT LIST

| CASE NAME | COURT DATE | DOCKET NUMBER |
|---|---|---|
| Hollifield Ranches, Inc. | December 15, 2010 | 10-41613 JDP |

| **DEBTOR'S COUNSEL** | **CREDITOR'S COUNSEL** | |
|---|---|---|
| Brent T. Robinson | Randall A. Peterman | |
| | COURT REPORTER | COURTROOM DEPUTY |

| EXHIBITS | | | | | | DESCRIPTION |
|---|---|---|---|---|---|---|
| D | C1 | C2 | C3 | MARKED | ADMITTED | |
| 101 | | | | | | Cash Collateral Budget for Hollifield Ranches, Inc., Dairy |
| 102 | | | | | | Cash Collateral Budget for Hollifield Ranches, Inc., Farm |
| 103 | | | | | | Cash Collateral Budget for Hollifield Ranches, Inc., Cattle |
| 104 | | | | | | Tyson Fresh Meats Cattle Feeding Agreement |
| 105 | | | | | | Milk Production History |
| 106 | | | | | | Parts of Tax Returns for 2003 through 2008 for Hollifield Ranches, Inc., Farm |
| 107 | | | | | | Parts of Tax Returns for 2004 through 2009 for Double H Cattle |
| 108 | | | | | | Parts of Tax Returns for 2004 through 2009 for White Gold Dairy |
| 109 | | | | | | Copy of Schedule G |
| 110 | | | | | | Art Baily Farm Lease Agreement - 73.5 acres |
| 111 | | | | | | Art Baily Farm Lease Agreement – 89.5 acres |
| 112 | | | | | | John Gibson lease |
| 113 | | | | | | Peggy B. Kelly Farm Lease Agreement |
| 114 | | | | | | Lien, LLC, Farm Lease Agreement |
| 115 | | | | | | Pedersen Trust Commercial Lease |
| 116 | | | | | | Gene Rambo Farm Lease Agreement |
| 117 | | | | | | Kelvan Hansen Lease |
| 118 | | | | | | Clark & Shane Bennett Farm Lease Agreement |
| 119 | | | | | | Lesouhs, LLC., Farm Lease Agreement |
| 120 | | | | | | Keith Briggs Farm Lease Agreement |
| 121 | | | | | | Twin Falls Highway District Cash Rent-Farm Lease |
| 122 | | | | | | Wells Fargo Farm Lease and 12/5/2006 letter |
| 123 | | | | | | John Coleman/Lasko Alexander Farm, LLC, Farm Lease Agreement |
| 124 | | | | | | James E. Brennan Farm Trust Farm Lease Agreement |
| 125 | | | | | | John Fayle dba Not Zyque, LLC, Farm Lease Agreement |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 126 | | | | | | | U. S. Bank, Agent for Jimmy Lattimer Farm Cash Rent Lease Agreement |
| 127 | | | | | | | Clare Armstrong Farm Lease Agreement |
| 128 | | | | | | | John Redmond Farm Lease Agreement |
| 129 | | | | | | | Gary Denney Farm Lease Agreement |
| 130 | | | | | | | Eagle Creek Northwest LLC Lease and Security Agreement |
| 131 | | | | | | | Gmodelo Agriculture, LLC Barley Grower Agreement |
| 132 | | | | | | | Great Western Malting Co. Barley Growing Agreement |
| 133 | | | | | | | Seneca Foods Corporation Sweet Corn Contract |
| 134 | | | | | | | Dorsing Seeds, Inc., Bean & Pea Growing Seed Agreements (2237, 2238, 2239, 2240, 2241 & 2242) |
| 135 | | | | | | | ADM Edible Bean Specialties, Inc., Dry Bean Grower Contracts (12160, 12161, 12162, 80036, 80037) |
| 136 | | | | | | 10/20/10 | Soranco Bean Products Premium Producer Agreement |
| 137 | | | | | | | McCain Foods USA Potato Agreement |
| 138 | | | | | | | Snake River Sugar Company Crop Year 2010 Annual Planting Agreement |
| 139 | | | | | | | AgriSource, Inc., Commodity Purchase Contract |
| 140 | | | | | | | Lansing Trade Group, LLC, Contracts (59672, 59845 & 59908) |
| 141 | | | | | | | Schedule A |
| 142 | | | | | | | Schedule B |
| 143 | | | | | | | Schedule D |
| 144 | | | | | | | Conversion and Merger Documents |
| 145 | | | | | | | Farm and Ranch Financial Statement 9/10/10 |
| 146 | | | | | | | Farm and Ranch Financial Statement 1/1/11 |
| 147 | | | | | | | Summons to White Gold Dairy, LLC |
| 148 | | | | | | ✓ | Hollifield and Hollifield Ranches, Inc., Farm Lease Agreement |
| 149 | | | | | | | Tyson Fresh Meats Cattle Feeding Agreement signed by all parties |
| 150 | | | | | | | Copy of Amended Schedule G |
| 151 | | | | | | | Copy of Amended Schedule A |
| 152 | | | | | | | Copy of Amended Schedule B |
| 153 | | | | | | 12/15/10 | Supplement to Motion for Use of Cash Collateral and exhibits attached thereto |
| 154 | | | | | | | Tolman & Sons Farm Lease Agreement |
| 155 | | | | | | | Jack and Beverly Boyd Farm Lease Agreement |
| 156 | | | | | | | MetLife Mortgage, Security Agreement and Assignment of Rents **and** Mortgage Note dated September 6, 2006 |
| 157 | | | | | | | MetLife Mortgage, Security Agreement and Assignment of Rents **and** Mortgage Note dated September 25, 2008 |
| 158 | | | | | | | Financial Statements regarding Terry Hollifield |
| 159 | | | | | | | Revised cash collateral budget for 2nd half of December for the dairy |

| | | | | | | |
|---|---|---|---|---|---|---|
| 160 | | | | | | Revised cash collateral budget for 2ⁿᵈ half of December for the farm |
| 161 | | | | | | Revised cash collateral budget for 2ⁿᵈ half of December for the cattle |
| 162 | | | | | | Line item cash flow budget for 2011 for the dairy |
| 163 | | | | | | Line item cash flow budget for 2011 for the farm |
| 164 | | | | | | Line item cash flow budget for 2011 for the cattle |
| 165 | | | | | | Budget (farm) without use of $2 million |
| 166 | | | | | | Motion to authorize entering into new contracts |
| 167 167A | | | | | √ 12/28 | Supplement to motion to authorize entering into new contracts  & Exhibits |
| 168 | | | | | | Art Baily Farm Lease Agreement – 73.5 acres |
| 169 | | | | | | Art Baily Farm Lease Agreement – 89.5 acres |
| 170 | | | | | | John Gibson Lease |
| 171 | | | | | | Peggy B. Kelly Farm Lease Agreement |
| 172 | | | | | | Lien, LLC, Farm Lease Agreement |
| 173 | | | | | | Pedersen Trust Commercial Lease |
| 174 | | | | | | Gene Rambo Farm Lease Agreement |
| 175 | | | | | | Kelvan Hansen lease |
| 176 | | | | | | Clark & Shane Bennett Farm lease Agreement |
| 177 | | | | | 12/10 | Lesouhs, LLC., Farm Lease Agreement |
| 178 | | | | | | Keith Briggs Farm lease Agreement |
| 179 | | | | | | Twin Falls Highway District Cash Rent Farm Lease and Lease Addendum |
| 180 | | | | | | Wells Fargo Farm Lease and 12/5/2006 letter |
| 181 | | | | | | John Coleman/Lasko Alexander Farm, LLC, Farm Lease Agreement |
| 182 | | | | | | James E. Brennan Farm Trust Farm Lease Agreement |
| 183 | | | | | | John Fayle dba Not Zyque, LLC, Farm Lease Agreement |
| 184 | | | | | | U. S. Bank, Agent for Jimmy Lattimer Farm Cash Rent Lease Agreement |
| 185 | | | | | | Clare Armstrong Farm Lease Agreement |
| 186 | | | | | | John Redmond Farm Lease Agreement |
| 187 | | | | | | Gary Denney Farm Lease Agreement |
| 188 | | | | | | Eagle Creek Northwest LLC Lease and Security Agreement |
| 189 | | | | | | Hollifield and Hollifield Ranches, Inc., Farm Lease Agreement and Lease Addendum |
| 190 | | | | | | Tolman & Sons Farm Lease Agreement |
| 191 | | | | | | John and Beverly Boyd Farm Lease Agreement |
| 192 | | | | | | H. Russell Denton Lease |
| 193 | | | | | | Clear Creek Properties, Inc. Lease and Security Agreement and Lease Addendum |
| 194 | | | | | | Chapin Trust Farm Lease and Addendum |
| 195 | | | | | | D & H Farms Farm Lease Agreement and Lease Addendum |
| 196 | | | | | | Rich Sievers Lease Agreement and Lease Addendum |

| 197 | | | | | ✓ | Key Bank collateral position |
| --- | --- | --- | --- | --- | --- | --- |
| 198 | | | | | | Use of money to mature cattle |
| 199A | | | | | ✓ | Leases |

199B ✓ Leases

200