Randall A. Peterman, ISB No. 1944
Noah G. Hillen, ISB No. 7690
MOFFATT, THOMAS, BARRETT, ROCK &
 FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
rap@moffatt.com
ngh@moffatt.com
18794.0216

Attorneys for KeyBank National Association

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | |
|---|---|
| HOLLIFIELD RANCHES, INC., | Case No. 10-41613-JDP<br>Chapter 11 |
| Debtor. | |

### NOTICE OF WITHDRAWAL OF KEYBANK NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362

COMES NOW KeyBank National Association ("KeyBank"), and withdraws its Motion for Relief from the Automatic Stay, 11 U.S.C. § 362 ("Motion") (CR 56), filed on October 7, 2010, *without prejudice* to KeyBank's right to re-file such Motion, or some variation thereof, at a future date.

DATED this 4th day of January, 2011.

                          MOFFATT, THOMAS, BARRETT, ROCK &
                              FIELDS, CHARTERED

By  *(signature)*
      Noah G. Hillen – Of the Firm
      Attorneys for KeyBank National
      Association

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of January, 2011, I filed the foregoing **NOTICE OF WITHDRAWAL OF KEYBANK NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Brent T. Robinson**
btr@idlawfirm.com
*Attorneys for Debtor*

**Craig W. Christensen**
cwcc@ida.net
*Attorneys for J.R. Simplot Company dba Western Stockmen's*

**David F. Shirley**
dshirley@pmt.org
*Attorneys for Western Seeds*

**William R. Hollifield**
bhollifield@idalawyer.com
*Attorneys for Creditor C.W. Hollifield Estate*

**Scott Tschirgi**
sat@satchartered.com
*Attorney for Pioneer Commodities, LLC*

**Mary P. Kimmel**
ustp.region18.bs.ecf@usdoj.gov

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**John S. Ritchie**
crrtflaw@msn.com
*Attorneys for Eagle Creek Northwest LLC*

**David A. Heida**
dheida@capitollawgroup.net
*Attorneys for Wilbur-Ellis Company*

**Daniel C. Green**
dan@racinelaw.net
*Attorneys for Thomas Petroleum, LLC d/b/a Bowen Petroleum, Inc.*

**Robert J. Maynes**
mayneslaw@hotmail.com
*Attorney for ADM Edible Bean Specialties, Inc.*

**John O. Fitzgerald II**
jof@magicvalleylaw.com
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris*

**David W. Gadd**
dwg@magicvalleylaw.com
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris*

**J. Justin May**
jmay@may-law.com
*Attorneys for Wilbourn Garage Doors and Official Unsecured Creditors Committee of Hollifield Ranches, Inc.*

**NOTICE OF WITHDRAWAL OF KEYBANK NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 3**                Client:1887817.1

**David A. Coleman**
davidacoleman@msn.com
*Attorney for John Coleman dba A & J Farm and Lasko Alexander Farm, L.L.C.*

**Ron Kerl**
ron@cooper-larsen.com
*Attorneys for Rangen, Inc. and Northwest Farm Credit Services, FLCA*

**Robert A. Faucher**
rfaucher@hollandhart.com
*Attorneys for Creditor Metropolitan Life Insurance Company*

**Patrick W. McNulty**
pwmcnulty@hollandhart.com
*Attorneys for Creditor Metropolitan Life Insurance Company*

**Kevin C. Braley**
kbraley@hollandhart.com
*Attorneys for Creditor Metropolitan Life Insurance Company*

**Matthew T. Christensen**
mtc@angstman.com
*Attorney for Tyson Fresh Meats, Inc.*

AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF WITHDRAWAL OF KEYBANK NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362** on the following non-CM/ECF Registered Participants in the manner indicated:

Hollifield Ranches, Inc.
4076 E. 3400 N.
Hansen, ID 83334

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Hollifield Ranches, Inc.
22866 US Highway 30
Hansen, ID 83334

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

John O. Fitzgerald II
David W. Gadd
WORST FITZGERALD & STOVER, PLLC
746 N. College Rd., Suite C
P.O. Box 5226
Twin Falls, ID 83303-5226
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; and Robert Harris*

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

**NOTICE OF WITHDRAWAL OF KEYBANK NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 4**

Client:1887817.1

Gavilon Grain, LLC  
c/o James Powers  
MCGRATH NORTH MULLIN & KRATZ PC LLO  
First National Tower, Suite 3700  
1601 Dodge St.  
Omaha, NE 68102-1327  
*Attorneys for Gavilon Grain, LLC  
d/b/a Peavey Co.*

(X) U.S. Mail, Postage Prepaid  
( ) Hand Delivered  
( ) Overnight Mail  
( ) Facsimile

_____  
Noah G. Hillen