Brent T. Robinson, Esq.
ROBINSON, ANTHON & TRIBE
Attorneys at Law
615 H Street
P. O. Box 396
Rupert, Idaho   83350-396
Telephone No. (208) 436-4717
Facsimile No.   (208) 436-6804
Email Address:  btr@idlawfirm.com
Idaho State Bar No. 1932

Attorneys for Debtor

                             UNITED STATES BANKRUPTCY COURT
                                      DISTRICT OF IDAHO

| In Re: | ) | Case No. 10-41613-JDP |
|---|---|---|
|  | ) | (Chapter 11) |
| HOLLIFIELD RANCHES, INC., | ) |  |
|  | ) |  |
| Debtor. | ) |  |

                   EX-PARTE MOTION TO CONTINUE THE DATE FOR FILING
        SECOND AMENDED DISCLOSURE STATEMENT AND AMENDED PLAN

       COMES NOW the debtor, by and through its attorney of record, Brent T. Robinson, and moves the Court to grant additional time from the 21st of October, 2011, until the 25th of October, 2011, to file the Second Amended Disclosure Statement and Amended Chapter 11 Plan.  That the basis of this motion is as follows:

       1.  That subsequent to the previous hearing regarding the Disclosure Statement and the instructions provided by the Court, debtor did in fact meet with the objecting creditors for purposes of analyzing the Disclosure Statement and what information needed to be provided in the Second Amended Disclosure Statement.

       2.  That all of the information has been compiled and brought together and it is believed that the information which will be contained in the Second Amended Disclosure Statement will in fact provide adequate disclosure and debtor believes it takes care of all of the

objections which have been raised by any of the parties and it is ready to be filed.  However, it is believed that it is in the best interests for the debtor and counsel for the debtor be able to review what has been compiled to make sure that it has in fact provided the adequate information and, therefore, requests that debtor be given from the 21st of October to the 25th of October to file the same.

DATED this 21st day of October, 2011.

ROBINSON ANTHON & TRIBE


By: /s/ Brent T. Robinson
Brent T. Robinson
Attorney for Debtor


CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 21st day of October, 2011, the within and foregoing *Ex-Parte Motion . . .* was electronically filed with the United States Bankruptcy Court using the CM/ECF filing system, and upon such filing the following parties in interest were served electronically as more fully reflected on the Notice of Electronic Filing, to wit:

- Craig W Christensen    cwcc@ida.net
- Matthew Todd Christensen    mtc@angstman.com, mindy@angstman.com; mtcecf@gmail.com; danelle@angstman.com; claudia@angstman.com
- David A Coleman    davidacoleman@msn.com
- Robert A Faucher    rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com; ntpratt@hollandhart.com
- David Wendell Gadd    dwg@magicvalleylaw.com, wfs@magicvalleylaw.com
- Daniel C Green    dan@racinelaw.net, mkc@racinelaw.net;sab@racinelaw.net
- Noah G. Hillen    ngh@moffatt.com, kad@moffatt.com;amd@moffatt.com
- William R Hollifield    b@hollifieldlawoffice.com, s@hollifieldlawoffice.com
- R Ron Kerl    Ron@cooper-larsen.com, jamieb@cooper-larsen.com
- Mary P Kimmel    ustp.region18.bs.ecf@usdoj.gov
- Lance A Loveland    love9593@pmt.org
- James Justin May    jmay@may-law.com, ccortens@may-law.com; smitchell@maybrowning.com; ggodfrey@may-law.com
- Robert J Maynes    mayneslaw@hotmail.com, robert.maynes@gmail.com; rosie.mayneslaw@gmail.com
- Patrick William McNulty    pwmcnulty@hollandhart.com, ntpratt@hollandhart.com; boiseintaketeam@hollandhart.com
- David Wayne Newman    ustp.region18.bs.ecf@usdoj.gov
- Randall A Peterman    rap@moffatt.com, kad@moffatt.com; ecf@moffatt.com; moffattthomas@hotmail.com; amd@moffatt.com
- John S Ritchie    crrtflaw@msn.com
- Brent T Robinson    btr@idlawfirm.com, cb@idlawfirm.com
- David F Shirley    dshirley@pmt.org

- James A Spinner    spinjim@cableone.net
- Scott A Tschirgi    sat@satchartered.com, gschow@satchartered.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

      I further certify that on such date a true and correct copy of the within and foregoing document was served upon the following by depositing the same in the United States mail with first-class postage prepaid, enclosed in envelopes addressed to said parties in interest at their respective addresses, to wit:

Agri-Stor Company, Inc. / Chemical Supply Co., Inc.
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID  83303-5226

Robert Harris
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

Michael J. Meade
c/o Hollifield Ranches, Inc.
22866 U.S. Highway 30
Hansen, Idaho  83334-5018

Garald Price
Garald Price & Associates PA
2058 Overland Ave
Burley, ID 83318

Wilbur-Ellis Company
c/o Capitol Law Group, PLLC
P. O. Box 32
301 Main St.
Gooding, ID 83330

Terry G. Hollifield, President
Hollifield Ranches, Inc.
22866 U.S. Highway 30
Hansen, Idaho  83334-5018

                                                        /s/ Brent T. Robinson
                                                        Brent T. Robinson