UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                                              )        Case No. 10-41613-JDP
                                                    )           (Chapter 11)
HOLLIFIELD RANCHES, INC.,                           )
                                                    )
          Debtor.                                   )

ORDER CONTINUING THE DATE FOR FILING
SECOND AMENDED DISCLOSURE STATEMENT AND AMENDED PLAN

THE MATTER of debtor's Ex-Parte Motion to Continue the Date for Filing Second Amended Disclosure Statement and Amended Plan (Doc. 308) came before the Court and the Court, being fully advised in the premises, enters its order as follows:

IT IS HEREBY ORDERED that the due date for the filing of debtor's Second Amended Disclosure Statement and Amended Plan is hereby continued from October 21, 2011, to October 25, 2011. \\end of text\\

Dated: October 24, 2011

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Order submitted by:
Brent T. Robinson
btr@idlawfirm.com

Order . . . Continue . . . - 1