Brent T. Robinson, Esq.
ROBINSON ANTHON & TRIBE
615 H Street
P. O. Box 396
Rupert, Idaho   83350-0396
Telephone No. (208) 436-4717
Facsimile No.  (208) 436-6804
Email Address:  btr@idlawfirm.com
Idaho State Bar No. 1932

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO
- - - - - - - -

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-41613-JDP |
| | ) | (Chapter 11) |
| HOLLIFIELD RANCHES, INC., | ) | |
| | ) | |
| Debtor. | ) | |

EMERGENCY MOTION TO INCUR SECURED DEBT
PURSUANT TO 11 USC § 364(c) and (d)

COMES NOW the debtor by and through its attorney, Brent T. Robinson of the firm Robinson, Anthon & Tribe, and alleges and states as follows:

1.  This motion is fled pursuant to 11 U.S.C. § 364(c) and (d), seeking leave of this Court to enter into a secured transaction as hereinafter described.

2.  The debtor, Hollifield Ranches, Inc., is unable to obtain credit (except as hereinafter set forth) to fertilize and prepare its farm land for its 2012 crops.

3.  The debtor proposes to enter into a secured transaction as follows:

    a. **Lender/Creditor**:  Simplot Soilbuilders
    b. **Amount of loan or credit**:  Not to exceed $220,000
    c. **Purpose**: Obtain fertilizer and chemicals

MOTION TO INCUR SECURED DEBT  - 1

      d. **Interest rate**: Four (4) percent
      e. **Date of repayment**: On demand, but not later than March 1, 2013
      f. **Collateral**: A first and paramount lien against debtor's 2012 crops, including products and proceeds thereof, in compliance with UCC §9-402 (as amended effective 1/1/86).
      g. **Other parties in interest claiming an interest in the collateral**: KeyBank

4. Attached hereto and by reference made a part hereof as Exhibit A is a revised budget for the debtor's farming operation for the months of October, November and December 2011. This budget is the same as before except for the fertilizer and chemicals. Also attached hereto and by reference made a part hereof as Exhibit B is the debtor's farm budget for 2012.

5. The $220,000 now being requested for fertilizer and chemical expenses will be deleted from the 2012 budget.

6. The value of the collateral is at least $220,000. KeyBank has a lien in the same collateral, which lien will be subordinate to the lien against the 2012 crops and crop proceeds to be granted to Simplot Soilbuilders. KeyBank is adequately protected by the value of its other collateral.

7. Of the $200,000 requested for fertilizer approximately $100,000 will be applied to alfalfa, $80,000 will be applied to potatoes, and $20,000 will be applied to sugar beets. The additional $20,000 requested is for chemicals that will be applied to hay.

8. All of the fertilizer and chemicals will be used in preparation for the 2012 crop.

9. None of the provisions contained in this motion are inconsistent with normal provisions that the Court authorizes.

10. To the extent Simplot Soilbuilders is not paid out of the 2012 crop proceeds, Simplot Soilbuilders seeks to be paid pursuant to 11 U. S. C. § 374(c) and 364(d).

11. The nature of the emergency is that the chemicals and fertilizer need to be applied before the weather gets bad.

MOTION TO INCUR SECURED DEBT - 2

WHEREFORE, debtor prays for authorization from this Court to enter into the secured transaction described above, and to grant to Simplot Soilbuilders a security interest in debtor's crops and proceeds, which security interest shall be superior to all other liens and encumbrances; to require the first mortgage holders (and all other creditors) to refrain from disturbing the debtor or the secured party in the planting, tilling, harvesting and marketing of the crop; and for such other relief as the court deems proper in the premises.

DATED this 3rd day of November, 2011.

ROBINSON ANTHON & TRIBE


By: /S/ Brent T. Robinson
    Brent T. Robinson
    Attorney for Debtor

MOTION TO INCUR SECURED DEBT  - 3