Randall A. Peterman, ISB No. 1944
Noah G. Hillen, ISB No. 7690
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
rap@moffatt.com
ngh@moffatt.com
18794.0216

Attorneys for KeyBank National Association

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>HOLLIFIELD RANCHES, INC.,<br><br>Debtor. | Case No. 10-41613-JDP<br>Chapter 11 |

### MOTION TO ENFORCE ORDER GRANTING KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE EXECUTION OF ADEQUATE PROTECTION MORTGAGE

COMES NOW, KeyBank National Association ("KeyBank"), by and through its undersigned counsel of record, and submits this Motion to Enforce Order Granting KeyBank National Association's Motion to Enforce Execution of Adequate Protection Mortgage ("Motion").

1.    At the December 29, 2011 cash collateral hearing, this Court, in its oral ruling, granted KeyBank an adequate protection mortgage.

**MOTION TO ENFORCE ORDER GRANTING KEYBANK NATIONAL
ASSOCIATION'S MOTION TO ENFORCE EXECUTION OF
ADEQUATE PROTECTION MORTGAGE - 1**

Client:2241735.1

2. The Fourth Order Authorizing Continued Use of Cash Collateral ("CC Order") (CR 195) also contained a provision granting KeyBank and adequate protection mortgage in the real property described in Exhibit E to the CC Order. *See* CC Order at ¶ 5.

3. On or about September 29, 2011, KeyBank filed its Motion to Enforce Execution of Adequate Protection Mortgage (CR 296) ("Original Motion").

4. Attached to the Motion as Exhibit A was the form of the mortgage that KeyBank presented to Hollifield Ranches, Inc. ("Debtor") for signature.

5. The Debtor did not object to the Original Motion.

6. After the October 12, 2011, hearing on the Original Motion, this Court entered its Order Granting KeyBank National Association's Motion to Enforce Execution of Adequate Protection Mortgage (CR 311) ("Order").

7. Since this Court's entry of the Order, KeyBank and the Debtor engaged in negotiations regarding the form of the adequate protection mortgage, and KeyBank agreed to remove certain provisions, at the request of Debtor.

8. The parties, however, cannot agree regarding the provisions of the adequate protection mortgage found in red in the attached **Exhibit A**.

9. Provisions 13.1.9., 13.1.1.11, 13.1.12, and 13.1.13 were included in the form of the adequate protection mortgage included in the Original Motion, which this Court ordered the Debtor to sign.

10. The Debtor has refused to execute the adequate protection mortgage, citing its request for the exclusion of certain language essential to protect KeyBank under the mortgage.

**MOTION TO ENFORCE ORDER GRANTING KEYBANK NATIONAL
ASSOCIATION'S MOTION TO ENFORCE EXECUTION OF
ADEQUATE PROTECTION MORTGAGE  - 2**

Client:2241735.1

11. Given such refusal, KeyBank and the Debtor are at an impasse as to the form of the mortgage.

12. KeyBank is not fully adequately protected without the ability to record such adequate protection mortgage.

13. KeyBank asks this Court for an order requiring the Debtor to execute the adequate protection mortgage attached as **Exhibit B**, which is substantially similar to Exhibit A, except that the highlighted language has been incorporated into the document.

DATED this 14th day of November, 2011.

MOFFATT, THOMAS, BARRETT, ROCK &
FIELDS, CHARTERED

By _/s/ Noah Hillen_

Noah G. Hillen – Of the Firm
Attorneys for KeyBank National
Association

**MOTION TO ENFORCE ORDER GRANTING KEYBANK NATIONAL
ASSOCIATION'S MOTION TO ENFORCE EXECUTION OF
ADEQUATE PROTECTION MORTGAGE - 3**

Client:2241735.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of November, 2011, I filed the foregoing **MOTION TO ENFORCE ORDER GRANTING KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE EXECUTION OF ADEQUATE PROTECTION MORTGAGE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Brent T. Robinson**
btr@idlawfirm.com
*Attorneys for Debtor*

**Craig W. Christensen**
cwcc@ida.net
*Attorneys for J.R. Simplot Company dba Western Stockmen's*

**David F. Shirley**
dshirley@pmt.org
*Attorneys for Western Seeds*

**William R. Hollifield**
bhollifield@idalawyer.com
*Attorneys for Creditor C.W. Hollifield Estate*

**Scott Tschirgi**
sat@satchartered.com
*Attorney for Pioneer Commodities, LLC*

**Mary P. Kimmel**
ustp.region18.bs.ecf@usdoj.gov

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**John S. Ritchie**
crrtflaw@msn.com
*Attorneys for Eagle Creek Northwest LLC*

**Daniel C. Green**
dan@racinelaw.net
*Attorneys for Thomas Petroleum, LLC d/b/a Bowen Petroleum, Inc.*

**Robert J. Maynes**
mayneslaw@hotmail.com
*Attorney for ADM Edible Bean Specialties, Inc.*

**John O. Fitzgerald II**
**David W. Gadd**
jof@magicvalleylaw.com
dwg@magicvalleylaw.com
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; Robert Harris; The Scoular Company; and Gavilon Grain, LLC dba Peavey Co.*

**J. Justin May**
jmay@may-law.com
*Attorneys for Official Unsecured Creditors Committee of Hollifield Ranches, Inc.*

**David A. Coleman**
davidacoleman@msn.com
*Attorney for John Coleman dba A & J Farm and Lasko Alexander Farm, L.L.C.*

**Ron Kerl**
ron@cooper-larsen.com
*Attorneys for Rangen, Inc. and Northwest Farm Credit Services, FLCA*

**MOTION TO ENFORCE ORDER GRANTING KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE EXECUTION OF ADEQUATE PROTECTION MORTGAGE - 4**

| | |
|---|---|
| **Robert A. Faucher**<br>**Patrick W. McNulty**<br>**Kevin C. Braley**<br>rfaucher@hollandhart.com<br>pwmcnulty@hollandhart.com<br>kbraley@hollandhart.com<br>*Attorneys for Creditor Metropolitan Life Insurance Company* | **Matthew T. Christensen**<br>mtc@angstman.com<br>*Attorney for Tyson Fresh Meats, Inc.* |

**Lance A. Loveland**
love9593@pmt.org
*Attorneys for Valley Agronomics, LLC*

AND, I FURTHER CERTIFY that on such date I served the foregoing **MOTION TO ENFORCE ORDER GRANTING KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE EXECUTION OF ADEQUATE PROTECTION MORTGAGE** on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Hollifield Ranches, Inc.<br>4076 E. 3400 N.<br>Hansen, ID 83334 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Hollifield Ranches, Inc.<br>22866 US Highway 30<br>Hansen, ID 83334 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| John O. Fitzgerald II<br>David W. Gadd<br>WORST FITZGERALD & STOVER, PLLC<br>746 N. College Rd., Suite C<br>P.O. Box 5226<br>Twin Falls, ID 83303-5226<br>*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; Robert Harris; The Scoular Company; and Gavilon Grain, LLC dba Peavey Co.* | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**MOTION TO ENFORCE ORDER GRANTING KEYBANK NATIONAL ASSOCIATION'S MOTION TO ENFORCE EXECUTION OF ADEQUATE PROTECTION MORTGAGE - 5**

Client:2241735.1

| | |
|---|---|
| Gavilon Grain, LLC<br>c/o James Powers<br>MCGRATH NORTH MULLIN & KRATZ PC LLO<br>First National Tower, Suite 3700<br>1601 Dodge St.<br>Omaha, NE 68102-1327<br>*Attorneys for Gavilon Grain, LLC*<br>*d/b/a Peavey Co.* | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Michael J. Meade<br>3779 N. 3575 E.<br>Kimberly, ID 83341 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

_____
Noah G. Hillen

**MOTION TO ENFORCE ORDER GRANTING KEYBANK NATIONAL
ASSOCIATION'S MOTION TO ENFORCE EXECUTION OF
ADEQUATE PROTECTION MORTGAGE - 6**

Client:2241735.1