Randall A. Peterman, ISB No. 1944
Noah G. Hillen, ISB No. 7690
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
rap@moffatt.com
ngh@moffatt.com
18794.0216

Attorneys for KeyBank National Association

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>HOLLIFIELD RANCHES, INC.,<br><br>               Debtor. | Case No. 10-41613-JDP<br>Chapter 11 |

**KEYBANK NATIONAL ASSOCIATION'S MOTION TO
COMPEL DEBTOR'S RESPONSES TO DISCOVERY REQUESTS**

<u>CERTIFICATION OF FEDERAL RULE OF BANKRUPTCY PROCEDURE 7037, FEDERAL
RULE OF CIVIL PROCEDURE 37(A)(1), AND LOCAL BANKRUPTCY RULE 7037.1</u>

On October 7, 2011, KeyBank National Association ("KeyBank") propounded its Third Set of Discovery Requests to the Debtor ("Discovery").  Responses to such discovery were due on November 9, 2011.  To date, KeyBank has received no response from Hollifield Ranches, Inc. regarding the Discovery.  *See* Affidavit of Counsel in Support of KeyBank National Association's Motion to Compel Debtor's Responses to Discovery Requests ("Counsel Aff.") at ¶ 8.  On November 10, 2011, KeyBank send meet and confer correspondence to the Debtor.  *See* Counsel Aff., Ex. E.  Such correspondence requested the Debtor provide the responses to the

**KEYBANK NATIONAL ASSOCIATION'S MOTION TO COMPEL
DEBTOR'S RESPONSES TO DISCOVERY REQUESTS  - 1**         Client:2242107.1

Discovery by November 16, 2011, and if such deadline was problematic, to call counsel for KeyBank to discuss this matter. *Id.* KeyBank has received no response from the Debtor regarding this matter. *See* Counsel Aff. at ¶ 8.

Counsel for KeyBank has conferred with counsel for Debtor in a good faith effort to resolve this discovery dispute and was unable to reach a resolution. Pursuant to Federal Rule of Bankruptcy Procedure 7037, Federal Rule of Civil Procedure 37(a)(3)(B), and Local bankruptcy Rule 7037.1, KeyBank moves this Court for an order compelling Debtor to answer interrogatories and produce documents responsive to the Discovery. This motion is supported by the Affidavit of Counsel in Support of Motion to Compel Debtor's Responses to Discovery Requests.

DATED this 17th day of November, 2011.

> MOFFATT, THOMAS, BARRETT, ROCK &
> FIELDS, CHARTERED
>
> By _____
> Noah G. Hillen – Of the Firm
> Attorneys for KeyBank National
> Association

**KEYBANK NATIONAL ASSOCIATION'S MOTION TO COMPEL
DEBTOR'S RESPONSES TO DISCOVERY REQUESTS - 2**

Client:2242107.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of November, 2011, I filed the foregoing **KEYBANK NATIONAL ASSOCIATION'S MOTION TO COMPEL DEBTOR'S RESPONSES TO DISCOVERY REQUESTS** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Brent T. Robinson**
btr@idlawfirm.com
*Attorneys for Debtor*

**Craig W. Christensen**
cwcc@ida.net
*Attorneys for J.R. Simplot Company dba Western Stockmen's*

**David F. Shirley**
dshirley@pmt.org
*Attorneys for Western Seeds*

**William R. Hollifield**
bhollifield@idalawyer.com
*Attorneys for Creditor C.W. Hollifield Estate*

**Scott Tschirgi**
sat@satchartered.com
*Attorney for Pioneer Commodities, LLC*

**Mary P. Kimmel**
ustp.region18.bs.ecf@usdoj.gov

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**John S. Ritchie**
crrtflaw@msn.com
*Attorneys for Eagle Creek Northwest LLC*

**Daniel C. Green**
dan@racinelaw.net
*Attorneys for Thomas Petroleum, LLC d/b/a Bowen Petroleum, Inc.*

**Robert J. Maynes**
mayneslaw@hotmail.com
*Attorney for ADM Edible Bean Specialties, Inc.*

**John O. Fitzgerald II**
**David W. Gadd**
jof@magicvalleylaw.com
dwg@magicvalleylaw.com
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; Robert Harris; The Scoular Company; and Gavilon Grain, LLC dba Peavey Co.*

**J. Justin May**
jmay@may-law.com
*Attorneys for Official Unsecured Creditors Committee of Hollifield Ranches, Inc.*

**David A. Coleman**
davidacoleman@msn.com
*Attorney for John Coleman dba A & J Farm and Lasko Alexander Farm, L.L.C.*

**Ron Kerl**
ron@cooper-larsen.com
*Attorneys for Rangen, Inc. and Northwest Farm Credit Services, FLCA*

**Robert A. Faucher**
**Patrick W. McNulty**
**Kevin C. Braley**
rfaucher@hollandhart.com
pwmcnulty@hollandhart.com
kbraley@hollandhart.com
*Attorneys for Creditor Metropolitan Life Insurance Company*

**Matthew T. Christensen**
mtc@angstman.com
*Attorney for Tyson Fresh Meats, Inc.*

**Lance A. Loveland**
love9593@pmt.org
*Attorneys for Valley Agronomics, LLC*

AND, I FURTHER CERTIFY that on such date I served the foregoing **KEYBANK NATIONAL ASSOCIATION'S MOTION TO COMPEL DEBTOR'S RESPONSES TO DISCOVERY REQUESTS** on the following non-CM/ECF Registered Participants in the manner indicated:

Hollifield Ranches, Inc.
4076 E. 3400 N.
Hansen, ID 83334

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Hollifield Ranches, Inc.
22866 US Highway 30
Hansen, ID 83334

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

John O. Fitzgerald II
David W. Gadd
WORST FITZGERALD & STOVER, PLLC
746 N. College Rd., Suite C
P.O. Box 5226
Twin Falls, ID 83303-5226
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; Robert Harris; The Scoular Company; and Gavilon Grain, LLC dba Peavey Co.*

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

| | |
|---|---|
| Gavilon Grain, LLC<br>c/o James Powers<br>MCGRATH NORTH MULLIN & KRATZ PC LLO<br>First National Tower, Suite 3700<br>1601 Dodge St.<br>Omaha, NE 68102-1327<br>*Attorneys for Gavilon Grain, LLC<br>d/b/a Peavey Co.* | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Michael J. Meade<br>3779 N. 3575 E.<br>Kimberly, ID 83341 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

_____
Noah G. Hillen

**KEYBANK NATIONAL ASSOCIATION'S MOTION TO COMPEL
DEBTOR'S RESPONSES TO DISCOVERY REQUESTS - 5**

Client:2242107.1