UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                                              )          Case No. 10-41613-JDP
                                                    )          (Chapter 11)
HOLLIFIELD RANCHES, INC.,          )
                                                    )
              Debtor.                          )

ORDER AUTHORIZING THE INCURRING OF SECURED DEBT

THE MATTER of debtor's Motion to Incur Secured Debt (Doc. 321) pursuant to 11 U.S.C. § 364(d) came before the Court for hearing on November 9, 2011.  Appearing at the hearing were Brent T. Robinson on behalf of the debtor; Jon Stenquist on behalf of KeyBank National Association ("KeyBank"); Justin May for the Unsecured Creditors; Craig Christensen for J.R. Simplot Company ("JRS"); and Mary P. Kimmel of the U. S. Trustee's Office.  The Court, having reviewed the objection of KeyBank and finding that KeyBank is a party of interest in the collateral, and having overruled any outstanding objection, enters its order as follows:

IT IS HEREBY ORDERED that debtor is authorized to enter into a secured loan with JRS, in an amount not to exceed $220,000 for the purpose of obtaining and applying fertilizer in the amount of $200,000 and chemicals in the amount of $20,000 with interest at the rate of 4.5%, such amount due and payable upon demand, but not later than December 31, 2012, and that JRS, shall have a first and paramount lien against debtor's crops, including products and proceeds thereof, in compliance with Idaho Code Section 28-9-502.

IT IS FURTHER ORDERED that debtor is authorized to execute the necessary documents to provide the lien to JRS.

IT IS FURTHER ORDERED that Key Bank's lien will be subordinate to this JRS lien, up to the amount of $220,000 plus accruing interest from the dates of the respective

Order . . . Incur Secured Debt  - 1

purchases/advances, and as to crops and crop proceeds, to the extent that JRS provides value to debtor.

IT IS FURTHER ORDERED that either the Debtor, or JRS, will upon written request, provide to Key Bank copies of all invoices and statements associated with this incurrence of credit which are sent to the Debtor.

IT IS FURTHER ORDERED that holders of the first mortgages and all other creditors are refrained from disturbing the debtor or the secured party in the planting, tilling, harvesting and marketing of the crop.\\end of text\\

Dated:  November 21, 2011

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Approved as to form and content:                    Approved as to form:

/S/   Jon Stenquist                                                 /S/   Mary P. Kimmel
Jon Stenquist                                                        Mary P. Kimmel
Attorney for KeyBank, N. A.                                Office of the U. S. Trustee
Dated: 11-15-11                                                   Dated: 11/14/11


/S/   Justin May
Justin May
Unsecured Creditors
Dated: 11-11-11


/S/   Craig W. Christensen
Craig W. Christensen
JR Simplot Company
Dated: Nov 15, 2011

Order submitted by:
Brent T. Robinson
btr@idlawfirm.com

Order . . .  Incur Secured Debt  - 2