Randall A. Peterman, ISB No. 1944
Noah G. Hillen, ISB No. 7690
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
rap@moffatt.com
ngh@moffatt.com
18794.0216

Attorneys for KeyBank National Association

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>HOLLIFIELD RANCHES, INC.,<br><br>               Debtor. | Case No. 10-41613-JDP<br>Chapter 11 |

**KEYBANK NATIONAL ASSOCIATION'S (A) MOTION FOR RELIEF FROM THE
AUTOMATIC STAY, 11 U.S.C. § 362; OR IN THE ALTERNATIVE FOR ADEQUATE
PROTECTION PAYMENTS; AND (B) MOTION FOR TURNOVER OF $1.9 MILLION
OF CASH COLLATERAL UTILIZED BY THE DEBTOR POST-PETITION**

COMES NOW KeyBank National Association ("KeyBank") by and through its

attorneys of record, Moffatt Thomas Barrett Rock & Fields, Chartered, files this (a) Motion for

Relief from the Automatic Stay, 11 U.S.C. §362 or in the Alternative for Adequate Protection;

and (b) Motion for Turnover of $1.9 Million of Cash Collateral Utilized by the Debtor

Post-Petition ("Motion") as against Hollifield Ranches, Inc. ("Debtor") and its constituent

entities ("Entities") Double H Cattle, LLC; Hollifield Ranches, Inc.; and White Gold Dairy,

LLC, as follows:

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 1** <small>Client:2248559.1</small>

## Common Allegations

1.      Hollifield Ranches, Inc. ("Debtor") filed a Chapter 11 petition in bankruptcy on September 9, 2010.

2.      KeyBank is a secured creditor of Debtor and is a party of interest in this bankruptcy proceeding.

3.      KeyBank has previously filed its KeyBank National Association's Motion for Relief from the Automatic Stay (the "First Stay Relief Motion") (CR 56).

### A.    Loan Documents Between KeyBank and the Debtor

4.      Debtor is indebted to the KeyBank in the amount of $13,252,153.99 as of November 23, 2011, plus interest which continues to accrue on the foregoing, and costs and attorney fees – the "Indebtedness". The Indebtedness is represented by the following documents, among others:

(a)      A Promissory Note dated March 17, 2009, executed by Debtor in favor of KeyBank, in the original principal amount of $158,811.55 (as amended, modified, supplemented, or replaced from time to time the "First Note").  A true and correct copy of the First Note is attached hereto as **Exhibit A**.

(b)      A Promissory Note dated March 17, 2009, executed by Debtor in favor of KeyBank, in the original principal amount of $6,657,325.00 (as amended, modified, supplemented, or replaced from time to time the "Second Note").  A true and correct copy of the Second Note is attached hereto as **Exhibit B**.

(c)      A Promissory Note dated June 27, 2008, executed by Double H. Cattle LP, A Limited Partnership ("Double H") in favor of KeyBank, in the original principal amount of

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 2** Client:2248559.1

$3,750,000.00 (as amended, modified, supplemented, or replaced from time to time the "Third

Note"). A true and correct copy of the Third Note is attached hereto as **Exhibit C**.

(d)     A Promissory Note dated May 22, 2008, executed by White Gold Dairy,

L.L.C. ("White Gold") in favor of KeyBank, in the original principal amount of $1,500,000.00

(as amended, modified, supplemented, or replaced from time to time the "Fourth Note"). A true

and correct copy of the Fourth Note is attached hereto as **Exhibit D**.

(e)     A Promissory Note dated May 22, 2008, executed by White Gold in favor

of KeyBank, in the original principal amount of $1,750,000.00 (as amended, modified,

supplemented, or replaced from time to time the "Fifth Note"). A true and correct copy of the

Fifth Note is attached hereto as **Exhibit E**.

(f)     A Promissory Note dated May 22, 2008, executed by Terry Hollifield in

favor of KeyBank, in the original principal amount of $99,302.52 (as amended, modified,

supplemented, or replaced from time to time the "Sixth Note"). A true and correct copy of the

Sixth Note is attached hereto as **Exhibit F**.

(g)     A Promissory Note dated May 22, 2008, executed by Terry Hollifield in

favor of KeyBank, in the original principal amount of $250,000.00 (as amended, modified,

supplemented, or replaced from time to time the "Sixth Note"). A true and correct copy of the

Sixth Note is attached hereto as **Exhibit G**.

(h)     The foregoing paragraphs (a)-(g) shall hereinafter be collectively

referenced as the "Notes."

5.     The Indebtedness is collateralized by the certain items of collateral

("Collateral"), identified in the following documents:

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 3** Client:2248559.1

(a)     An Agricultural Security Agreement (the "First Agreement") dated

March 17, 2009, executed by Debtor in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

farm equipment, and all crops." A true and correct copy of the First Agreement is attached

hereto as **Exhibit H**.

(b)     An Agricultural Security Agreement (the "Second Agreement") dated

March 17, 2009, executed by Double H in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

livestock, feed and farm equipment." A true and correct copy of the Second Agreement is

attached hereto as **Exhibit I**.

(c)     An Agricultural Security Agreement (the "Third Agreement") dated

March 17, 2009, executed by White Gold in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

livestock, feed, farm equipment, and milk assignment." A true and correct copy of the Third

Agreement is attached hereto as **Exhibit J**.

(d)     An Agricultural Security Agreement (the "Fourth Agreement") dated

March 17, 2009, executed by Debtor in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

farm equipment, and all crops." A true and correct copy of the Fourth Agreement is attached

hereto as **Exhibit K**.

(e)     An Agricultural Security Agreement (the "Fifth Agreement") dated

March 17, 2009, executed by Double H in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 4** <small>Client:2248559.1</small>

livestock, feed, and farm equipment." A true and correct copy of the Fifth Agreement is attached

hereto as **Exhibit L.**

        (f)        An Agricultural Security Agreement (the "Sixth Agreement") dated

March 17, 2009, executed by White Gold in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

livestock, feed, farm equipment, and milk assignment." A true and correct copy of the Sixth

Agreement is attached hereto as **Exhibit M.**

        (g)        A Commercial Pledge Agreement (the "Seventh Agreement") dated

March 17, 2009, executed by White Gold in favor of KeyBank and granting KeyBank a security

interest in "ADM Investor Services, Inc. Trading Account ending in 6902 and the FC Stone

Trading Account ending in 2554." A true and correct copy of the Seventh Agreement is attached

hereto as **Exhibit N.**

        (h)        A Commercial Pledge Agreement (the "Eighth Agreement") dated

March 17, 2009, executed by White Gold in favor of KeyBank and granting KeyBank a security

interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct

copy of the Eighth Agreement is attached hereto as **Exhibit O.**

        (i)        An Agricultural Security Agreement (the "Ninth Agreement") dated

July 16, 2007, executed by Double H in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

livestock, feed, and farm equipment." A true and correct copy of the Ninth Agreement is

attached hereto as **Exhibit P.**

        (j)        An Agricultural Security Agreement (the "Tenth Agreement") dated

July 16, 2007, executed by Debtor in favor of KeyBank and granting KeyBank a security interest

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 5** <small>Client:2248559.1</small>

in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, farm

equipment, and all crops." A true and correct copy of the Tenth Agreement is attached hereto as

**Exhibit Q**.

(k)    An Agricultural Security Agreement (the "Eleventh Agreement") dated

July 16, 2007, executed by White Gold in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

livestock, feed, farm equipment, and milk assignment." A true and correct copy of the Eleventh

Agreement is attached hereto as **Exhibit R**.

(l)    A Commercial Pledge Agreement (the "Twelfth Agreement") dated July

16, 2007, executed by White Gold in favor of KeyBank and granting KeyBank a security interest

in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of

the Twelfth Agreement is attached hereto as **Exhibit S**.

(m)    A Commercial Pledge Agreement (the "Thirteenth Agreement") dated

March 17, 2009, executed by White Gold in favor of KeyBank and granting KeyBank a security

interest in "ADM Investor Services, Inc. Trading Account ending in 6902 and FC Stone Trading

Account ending in 2554." A true and correct copy of the Thirteenth Agreement is attached

hereto as **Exhibit T**.

(n)    A Commercial Pledge and Security Agreement (the "Fourteenth

Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting

KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902."

A true and correct copy of the Fourteenth Agreement is attached hereto as **Exhibit U**.

(o)    An Agricultural Security Agreement (the "Fifteenth Agreement") dated

April 2, 2007, executed by Debtor in favor of KeyBank and granting KeyBank a security interest

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 6** Client:2248559.1

in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, and

farm equipment." A true and correct copy of the Fifteenth Agreement is attached hereto as

**Exhibit V**.

        (p)      An Agricultural Security Agreement (the "Sixteenth Agreement") dated

July 16, 2007, executed by Double H in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

livestock, feed, and farm equipment." A true and correct copy of the Sixteenth Agreement is

attached hereto as **Exhibit W**.

        (q)      An Agricultural Security Agreement (the "Seventeenth Agreement") dated

April 2, 2007, executed by White Gold in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

livestock, feed, farm equipment, and milk assignment." A true and correct copy of the

Seventeenth Agreement is attached hereto as **Exhibit X**.

        (r)      An Agricultural Security Agreement (the "Eighteenth Agreement") dated

April 2, 2007, executed by Debtor in favor of KeyBank and granting KeyBank a security interest

in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, farm

equipment, and all crops." A true and correct copy of the Eighteenth Agreement is attached

hereto as **Exhibit Y**.

        (s)      An Agricultural Security Agreement (the "Nineteenth Agreement") dated

July 16, 2007, executed by Double H in favor of KeyBank and granting KeyBank a security

interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,

livestock, feed, and farm equipment." A true and correct copy of the Nineteenth Agreement is

attached hereto as **Exhibit Z**.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 7** <sub>Client:2248559.1</sub>

(t)      An Agricultural Security Agreement (the "Twentieth Agreement") dated April 2, 2007, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock, feed, and farm equipment."  A true and correct copy of the Twentieth Agreement is attached hereto as **Exhibit AA**.

(u)      An Agricultural Security Agreement (the "Twenty-first Agreement") dated April 2, 2007, executed by Debtor in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock, feed, farm equipment, and milk assignment."  A true and correct copy of the Twenty-first Agreement is attached hereto as **Exhibit BB**.

(v)      A Commercial Pledge and Security Agreement (the "Twenty-second Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of the Twenty-second Agreement is attached hereto as **Exhibit CC**.

(w)      A Commercial Pledge and Security Agreement (the "Twenty-third Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of the Twenty-third Agreement is attached hereto as **Exhibit DD**.

(x)      A Commercial Pledge and Security Agreement (the "Twenty-fourth Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of the Twenty-fourth Agreement is attached hereto as **Exhibit EE**.

(y)     An Agricultural Security Agreement (the "Twenty-fifth Agreement")
dated May 22, 2008, executed by Debtor in favor of KeyBank and granting KeyBank a security
interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,
and farm equipment." A true and correct copy of the Twenty-fifth Agreement is attached hereto
as **Exhibit FF**.

(z)     An Agricultural Security Agreement (the "Twenty-sixth Agreement")
dated May 22, 2008, executed by Double H in favor of KeyBank and granting KeyBank a
security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm
products, livestock, feed, and farm equipment." A true and correct copy of the Twenty-sixth
Agreement is attached hereto as **Exhibit GG**.

(aa)    An Agricultural Security Agreement (the "Twenty-seventh Agreement")
dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a
security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm
products, livestock, feed, farm equipment and milk assignment." A true and correct copy of the
Twenty-seventh Agreement is attached hereto as **Exhibit HH**.

(bb)    An Agricultural Security Agreement (the "Twenty-eighth Agreement")
dated May 22, 2008, executed by Debtor in favor of KeyBank and granting KeyBank a security
interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products,
farm equipment, and all crops." A true and correct copy of the Twenty-eighth Agreement is
attached hereto as **Exhibit II**.

(cc)    An Agricultural Security Agreement (the "Twenty-ninth Agreement")
dated May 22, 2008, executed by Double H in favor of KeyBank and granting KeyBank a
security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 9** Client:2248559.1

products, livestock, feed, and farm equipment." A true and correct copy of the Twenty-ninth Agreement is attached hereto as **Exhibit JJ**.

(dd)    An Agricultural Security Agreement (the "Thirtieth Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "all inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock, feed, farm equipment, and milk assignment." A true and correct copy of the Thirtieth Agreement is attached hereto as **Exhibit KK**.

(ee)    A Commercial Pledge and Security Agreement (the "Thirty-first Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of the Thirty-first Agreement is attached hereto as **Exhibit LL**.

(ff)    A Commercial Pledge and Security Agreement (the "Thirty-second Agreement") dated May 22, 2008, executed by White Gold in favor of KeyBank and granting KeyBank a security interest in "ADM Investor Services, Inc. Trading Account ending in 6902." A true and correct copy of the Thirty-second Agreement is attached hereto as **Exhibit MM**.

6.    KeyBank's interest in the Collateral is properly perfected as follows:

(a)    Form UCC-1 Financing Statement filed with the Idaho Secretary of State on April 10, 2007, as document number B 200710234923;

(b)    Form UCC-1 Financing Statement filed with the Idaho Secretary of State on April 10, 2007, as document number B 200710234978;

(c)    Form UCC-1 Financing Statement filed with the Idaho Secretary of State on April 10, 2007, as document number B 200710234969;

(d)     Form UCC-1 Financing Statement filed with the Idaho Secretary of State on September 2, 2007, as document number B 200710310062;

(e)     Form UCC-1 Financing Statement filed with the Idaho Secretary of State on June 10, 2009, as document number B 200910654769;

(f)     Form UCC-1F Farm Products Financing Statement filed with the Idaho Secretary of State on April 16, 2007, as document number F 77113;

(g)     Form UCC-1F Farm Products Financing Statement filed with the Idaho Secretary of State on April 16, 2007, as document number F 77111;

(h)     Form UCC-1F Farm Products Financing Statement filed with the Idaho Secretary of State on April 16, 2007, as document number F 77112; and

(i)     Form UCC-1F Farm Products Financing Statement filed with the Idaho Secretary of State on June 4, 2009, as document number F 80098.

(j)     True and correct copies of the foregoing UCC financing statements are attached hereto as **Exhibit NN.**

### B.     Cash Collateral History

7.     On or about November 5, 2010, Debtor filed its Motion for Emergency and Continuing Use of Cash Collateral (the "Emergency Motion") (CR 5).  A preliminary hearing as to the Emergency Motion was held on September 15, 2010; the final hearings as to the Emergency Motion were held on October 15, 2010; November 4, 2010; and December 15, 28 and 29, 2010 ("Hearings").

8.     During the pendency of the Hearings, the Debtor acknowledged that one of the Entities—Double H Cattle—held approximately $2.6 million of cash collateral, subject to the first perfected security interest of KeyBank.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 11** Client:2248559.1

9.    During the pendency of the Hearings, the Debtor paid over to KeyBank a portion of the $2.6 million of cash collateral, in the amount of approximately $700,000.

10.    Following payment of the $700,000 from the Debtor to KeyBank of KeyBank's cash collateral, there remained a cash collateral balance in the Entity Double H Cattle of approximately $1.9 million ("$1.9 Million CC Balance").

11.    At the end of the Hearings, the Debtor requested that, as a part of its Emergency Motion, this Court order that the $1.9 Million CC Balance be utilized as cash collateral during the 2011 operation of the Debtor's businesses.

12.    As adequate protection of such $1.9 Million CC Balance, the Debtor proposed (under Exhibit 197) that an equity cushion existed as such adequate protection.

13.    At the end of the Hearings, this Court approved the Debtor's use of cash collateral, including the Debtor's use of the $1.9M CC Balance, for a one year period ("CC Use Period") commencing January 1, 2011 and ending December 31, 2011.  At the same time, this Court ruled that KeyBank's interest in such cash collateral was adequately protected by an equity cushion, as proposed by Debtor.

14.    At the end of the Hearings, this Court denied KeyBank's First Stay Relief Motion, which had previously sought relief from the automatic stay under 11 U.S.C. Section 362 as to the $1.9 Million CC Balance.  As a result of these actions, KeyBank subsequently filed its Withdrawal of its First Stay Relief Motion (CR 163).

15.    On January 27, 2011, this Court entered its Third Order Regarding Stipulated Use of Cash Collateral (CR 176), memorializing those matters as to which the Court had ruled on December 29, 2010.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 12** <small>Client:2248559.1</small>

16.     According to the Debtor's Second Amended Disclosure Statement ("Second Amended DS") (CR 313), the $1.9 Million CC Balance was deposited by the Debtor to a cash collateral account ("CC Account") maintained at Wells Fargo Bank. That money was then transferred from the CC Account to an operating account of the Entity Hollifield Ranches, Inc., and "has been used to finish out the farming of Hollifield Farms and the Budget for such provides how those funds will be used." (Second Amended DS, page 15; see also Second Amended DS, Exhibit 9).

17.     Because the Debtor has not provided KeyBank the accounting as to the Debtor's use of the $1.9 Million Account Balance, as required by this Court during the disclosure statement phase of the case, KeyBank is unaware of the disposition of the $1.9 Million Account Balance.

**Motion for Relief from the Automatic Stay, or in the Alternative for Adequate Protection Payments, 11 U.S.C. §362**

18.     KeyBank is entitled to relief from the automatic stay, or in the alternative to adequate protection payments, as to the $1.9 Million CC Balance for cause.

19.     KeyBank is entitled to relief from the automatic stay, or in the alternative to adequate protection payments, as to the $1.9 Million CC Balance because of a lack of adequate protection.

20.     KeyBank is entitled to relief from the automatic stay, or in the alternative to adequate protection payments, as to the $1.9 Million Balance because (a) the Debtor does not have an equity in such property; and (b) such property is not necessary to an effective reorganization.

21.     KeyBank is entitled to relief from the automatic stay as to the $1.9 Million Balance under Paragraphs 18, 19 and 20 above for the following reasons:

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 13** Client:2248559.1

- This Court's authority for the Debtor to use the $1.9 Million CC Balance runs on December 31, 2011. Nevertheless, the Debtor does not propose in its Amended Plan that any of such $1.9 Million CC Balance be paid over to KeyBank, either before or after that date.

- Debtor has no authority to use such $1.9 Million CC Balance beyond the date of December 31, 2011.

- Debtor, through numerous exhibits attached to its Second Amended DS, represents that no portion of the $1.9 Million CC Balance is necessary to the effective reorganization of the Debtor.

- For example, Exhibit 1-D, page 11 to the Second Amended DS represents the Debtor's "adequate information" regarding its planned "budget margin" as of December 31, 2011 to be $7,279,947. Given this excess cash in the Debtor's anticipated 2011 operation, there is no need for the Debtor's continued use of the $1.9 Million CC Balance in its reorganization efforts. A copy of Exhibit 1-D, page 11 is attached as **Exhibit OO**.

- Exhibit 2-D, page 33 to the Second Amended DS indicates that the Debtor has, during the 2011 year, actually *exceeded* its anticipated budget margin; holds 2011 cash on hand of $5,990,309; projects additional cash sales in the amount of $5,679,607, for total income for the 2011 year of $11,669,916; projects $4,4110,145 for 2011; and creates a budget margin of $7,559,771. Given this excess cash in the Debtor's anticipated 2011 operation, there is no need for the Debtor's continued use of the $1.9 Million CC Balance in its reorganization efforts. A copy of Exhibit 1-D, page 33 is attached hereto as **Exhibit PP**.

- Furthermore, the Debtor has no further need for the $1.9 Million CC Balance in its reorganization efforts over the next five years. Exhibit 3-D, page 56 to the Second Amended DS indicates that the Debtor's margin over the five-year term of the Amended Plan will be $8,436,390—reflecting a total lack of any need on the part of the Debtor to use KeyBank's cash collateral over the next five years. A copy of Exhibit 3-D, page 56 is attached as **Exhibit QQ**.

22. For all of the reasons identified above, KeyBank is entitled to relief from the automatic stay, or in the alternative to adequate protection payments, as to the $1.9 Million CC Balance.

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 14** Client:2248559.1

**Motion for Turnover of $1.9 Million of Cash Collateral Utilized by the Debtor Post-Petition**

23.     KeyBank hereby realleges and incorporates by reference all of the foregoing paragraphs.

24.     KeyBank is entitled to an immediate turnover from the Debtor of the $1.9 Million CC Balance, plus interest.

25.     KeyBank reserves any and all of its rights and remedies as to the guarantors of the Notes, including but not limited to: Double H, White Gold, Terry Hollifield, and Carol Hollifield.

WHEREFORE, KeyBank prays for relief as follows:

1.     For an Order of this Court, granting KeyBank relief from the automatic stay of 11 U.S.C. §362 as to the $1.9 Million CC Balance, so as to allow KeyBank to take possession of the Double H Cash Collateral, and apply the proceeds of the Double H Cash Collateral to the remaining Indebtedness owed KeyBank by Debtor under the Notes.

2.     For waiver of the fourteen-day waiting period set forth in Bankruptcy Rule 4001(a)(3).

3.     For such other and further relief as the Court deems just and equitable.

## NOTICE REQUIRED BY LOCAL BANKRUPTCY RULE 4001.2

Notice is hereby given, pursuant to Local Bankruptcy Rule 4001.2, that any party in interest opposing the motion must file and serve an objection thereto not later than seventeen (17) days after the date of service of the motion.  The objection shall specifically identify those matters contained in the motion that are at issue and any other basis for opposition to the motion. The objection shall also contain the notice of hearing required by subsection (e)(1) and the proof of service required by subsection (h).  Absent the filing of a timely objection, movant may

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 15** Client:2248559.1

submit a proposed order, and the Court may grant the relief sought without a hearing. The objection shall also contain the notice of hearing required by subsection (e)(1) of Local Bankruptcy Rule 4001.2 and the proof of service required by subsection (h) of Local Bankruptcy Rule 4001.2. If an objection to this motion is filed, the objection shall be served upon the undersigned attorney for the movant and upon all parties receiving service of this motion.

Any party opposing this motion shall contact the Court's calendar clerk to schedule a preliminary hearing. The objection to a motion shall include the notice of such hearing. Upon Court approval, movant may schedule a hearing for cause shown in the motion or other submissions.

Notice is hereby further given, pursuant to Local Bankruptcy Rule 4001.2, that 11 U.S.C. § 362(e) reads as follows:

> (1)     Thirty days after a request under subsection (d) of this section for relief from the stay of any act against property of the estate under subsection (a) of this section, such stay is terminated with respect to the party in interest making such request, unless the court, after notice and a hearing, orders such stay continued in effect pending the conclusion of, or as a result of, a final hearing and determination under subsection (d) of this section. A hearing under this subsection may be a preliminary hearing, or may be consolidated with the final hearing under subsection (d) of this section. The court shall order such stay continued in effect pending the conclusion of the final hearing under subsection (d) of this section if there is a reasonable likelihood that the party opposing relief from such stay will prevail at the conclusion of such final hearing. If the hearing under this subsection is a preliminary hearing, then such final hearing shall be concluded not later than thirty days after the conclusion of such preliminary hearing, unless the 30-day period is extended with the consent of the parties in interest or for a specific time which the court finds is required by compelling circumstances.

> (2)     Notwithstanding paragraph (1), in a case under chapter 7, 11, or 13 in which the debtor is an individual, the stay under subsection (a) shall terminate on the date that is 60 days after a request is made by a party in interest under subsection (d), unless –

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 16** Client:2248559.1

(A)    a final decision is rendered by the court during the 60-day period beginning on the date of the request; or

(B)    such 60-day period is extended –

    (i)    by agreement of all parties in interest; or

    (ii)    by the court for such specific period of time as the court finds is required for good cause, as described in findings made by the court.

DATED this 22nd day of November, 2011.

MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By _____

Noah G. Hillen – Of the Firm
Attorneys for KeyBank National Association

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of November, 2011, I filed the foregoing **KEYBANK NATIONAL ASSOCIATION'S (A) MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362; OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION PAYMENTS; AND (B) MOTION FOR TURNOVER OF $1.9 MILLION OF CASH COLLATERAL UTILIZED BY THE DEBTOR POST-PETITION** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Brent T. Robinson**
btr@idlawfirm.com
*Attorneys for Debtor*

**Craig W. Christensen**
cwcc@ida.net
*Attorneys for J.R. Simplot Company dba Western Stockmen's*

**David F. Shirley**
dshirley@pmt.org
*Attorneys for Western Seeds*

**William R. Hollifield**
bhollifield@idalawyer.com
*Attorneys for Creditor C.W. Hollifield Estate*

**Scott Tschirgi**
sat@satchartered.com
*Attorney for Pioneer Commodities, LLC*

**Mary P. Kimmel**
ustp.region18.bs.ecf@usdoj.gov

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**John S. Ritchie**
crrtflaw@msn.com
*Attorneys for Eagle Creek Northwest LLC*

**Daniel C. Green**
dan@racinelaw.net
*Attorneys for Thomas Petroleum, LLC d/b/a Bowen Petroleum, Inc.*

**Robert J. Maynes**
mayneslaw@hotmail.com
*Attorney for ADM Edible Bean Specialties, Inc.*

**John O. Fitzgerald II**
**David W. Gadd**
jof@magicvalleylaw.com
dwg@magicvalleylaw.com
*Attorneys for Agri-Stor Company, Inc./Chemical Supply Co., Inc.; OK Auto Systems, Inc.; Robert Harris; The Scoular Company; and Gavilon Grain, LLC dba Peavey Co.*

**J. Justin May**
jmay@may-law.com
*Attorneys for Official Unsecured Creditors Committee of Hollifield Ranches, Inc.*

**David A. Coleman**
davidacoleman@msn.com
*Attorney for John Coleman dba A & J Farm and*
*Lasko Alexander Farm, L.L.C.*

**Ron Kerl**
ron@cooper-larsen.com
*Attorneys for Rangen, Inc. and Northwest*
*Farm Credit Services, FLCA*

**Robert A. Faucher**
**Patrick W. McNulty**
**Kevin C. Braley**
rfaucher@hollandhart.com
pwmcnulty@hollandhart.com
kbraley@hollandhart.com
*Attorneys for Creditor Metropolitan Life*
*Insurance Company*

**Matthew T. Christensen**
mtc@angstman.com
*Attorney for Tyson Fresh Meats, Inc.*

**Lance A. Loveland**
love9593@pmt.org
*Attorneys for Valley Agronomics, LLC*

AND, I FURTHER CERTIFY that on such date I served the foregoing
**KEYBANK NATIONAL ASSOCIATION'S (A) MOTION FOR RELIEF FROM THE
AUTOMATIC STAY, 11 U.S.C. § 362; OR IN THE ALTERNATIVE FOR ADEQUATE
PROTECTION PAYMENTS; AND (B) MOTION FOR TURNOVER OF $1.9 MILLION
OF CASH COLLATERAL UTILIZED BY THE DEBTOR POST-PETITION** on the
following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| All creditors on the attached creditor mailing matrix. | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Hollifield Ranches, Inc.<br>4076 E. 3400 N.<br>Hansen, ID  83334 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Hollifield Ranches, Inc.<br>22866 US Highway 30<br>Hansen, ID 83334 | (X) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 19** Client:2248559.1

John O. Fitzgerald II                          (X) U.S. Mail, Postage Prepaid
David W. Gadd                                  ( ) Hand Delivered
WORST FITZGERALD & STOVER, PLLC                ( ) Overnight Mail
746 N. College Rd., Suite C                    ( ) Facsimile
P.O. Box 5226
Twin Falls, ID  83303-5226
*Attorneys for Agri-Stor Company, Inc./Chemical*
*Supply Co., Inc.; OK Auto Systems, Inc.; Robert*
*Harris; The Scoular Company; and Gavilon*
*Grain, LLC dba Peavey Co.*

Gavilon Grain, LLC                             (X) U.S. Mail, Postage Prepaid
c/o James Powers                               ( ) Hand Delivered
MCGRATH NORTH MULLIN & KRATZ PC LLO            ( ) Overnight Mail
First National Tower, Suite 3700               ( ) Facsimile
1601 Dodge St.
Omaha, NE  68102-1327
*Attorneys for Gavilon Grain, LLC*
*d/b/a Peavey Co.*

Michael J. Meade                               (X) U.S. Mail, Postage Prepaid
3779 N. 3575 E.                                ( ) Hand Delivered
Kimberly, ID  83341                            ( ) Overnight Mail
                                               ( ) Facsimile


                                               _____
                                               Noah G. Hillen


**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. § 362 - 20** Client:2248559.1

Label Matrix for local noticing
0976-8
Case 10-41613-JDP
District of Idaho  [LIVE]
Twin Falls
Mon Nov 21 15:29:03 MST 2011

ADM Edible Bean Specialties, Inc.
c/o Robert J. Maynes
P.O. Box 3005
Idaho Falls, ID 83403-3005

Agri-Stor Company, Inc. / Chemical Supply Co
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

C.W. Hollifield Estate and Helen Hollifield
c/o William R. Hollifield
P.O. Box 66
Twin Falls, ID 83303-0066

Eagle Creek Northwest LLC
c/o John S. Ritchie
Coleman, Ritchie & Robertson
PO Box 525
Twin Falls, ID 83303-0525

Gavilon Grain, LLC
c/o James G. Powers
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102-1637

Hollifield Ranches, Inc
22866 US Highway 30
Hansen, ID 83334-5028

J R Simplot Company
c/o Craig W. Christensen, Chartered
P. O. Box 130
414 S. Garfield
Pocatello, ID 83204-3335

KeyBank National Association
Moffatt Thomas Barrett Rock & Fields
c/o Randall A. Peterman
101 S. Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701-0829

Northwest Farm Credit Services, FLCA
Cooper & Larsen
P.O. Box 4229
Pocatello, ID 83205-4229

OK Auto Systems, Inc.
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

Official Unsecured Creditors Committee of Ho
c/o Dwight Smith
11 ConAgra Drive
Omaha, NE 68102-5011

Pioneer Commodities
C/O Scott Tschirgi, Chartered
401 West Front Street, Suite 401
Boise, ID 83702-5122

Rangen, Inc.
c/o Ron Kerl
POB 4229
Pocatello, ID 83205-4229

The Scoular Company
Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

Thomas Petroleum, LLC d/b/a Bowen Petroleum,
c/o Daniel C. Green
PO Box 1391
Pocatello, ID 83204-1391

Tyson Fresh Meats, Inc.
c/o Angstman Johnson & Associates, PLLC
3649 N. Lakeharbor Lane
Boise, ID 83703-6913

Valley Agronomics, LLC
c/o Lance A. Loveland
P.O. Box 910
Burley, ID 83318-0910

Westway Feed Products, LLC
Kirton & McConkie
60 East South Temple, Suite 1800
Salt Lake City, UT 84111-1032

Wilbourn Garage Doors
c/o May, Browning & May
1419 W Washington
Boise, ID 83702-5039

Wilbur-Ellis Company
c/o Capitol Law Group, PLLC
P. O. Box 32
301 Main St.
Gooding, ID 83330-1302

Twin Falls
U.S. Bankruptcy Court
801 East Sherman
Pocatello, ID 83201-5730

1st Choice Service & Repair
P.O. Box 175
Hansen, ID 83334-0175

A&J Farm
c/o John Coleman
P. O. Box 1293
Twin Falls, ID 83303-1293

A&S Farm/Lasko-Boyd Farm
2954 East 3400 North
Twin Falls, ID 83301-0318

A. Scott Jackson Trucking
P.O. Box 56
Jerome, ID 83338-0056

APEX
P.O. Box 1305
Brattleboro, VT 05302-1305

AT Films, Inc.
P.O. Box 905657
Charlotte, NC 28290-5657

Accelerated Genetics
E10890 Penny Lane
Baraboo, WI 53913-9408

Adventure Motorsports
2469 Kimberly Road
Twin Falls, ID 83301-7976

Ag-West Distributing
P.O. Box 1144
Burley, ID 83318-0767

Agri-Service
P.O. Box 285
Twin Falls, ID 83303-0285

Agri-Stor Company Inc/Chemical Supply Co Inc
c/o Worst Fitzgerald & Stover PLLC
POB 5226
Twin Falls ID 83303-5226

Anderson Co. Trust
2058 Overland Avenue
Burley, ID 83318-2440

Art Baily
4034 East 3800 North
Hansen, ID 83334-5018

Austin Construction, Inc.
P.O. Box 5959
Twin Falls, ID 83303-5959

Automated Dairy Systems
P.O. Box 170
Jerome, ID 83338-0170

B & B Oil Company
219 Maxwell Avenue
Twin Falls, ID 83301

B&R Bearing Supply
1302 South Lincoln
Jerome, ID 83338-3050

Badger Bearing PTP, Inc.
230 West 20 South
Burley, ID 83318-5064

Baily's Garage & Constr
4034 East 3800 North
Hansen, ID 83334-5018

Bank of the West
201 N. Civic Drive, Ste 360B
Walnut Creek, CA 94596-3896

Bank of the West
475 Sansome Street 19th flr
San Francisco, CA 94111-3112

Basin Bovine Practice, P.A.
127 North 100 West
Jerome, ID 83338-5405

Big Sky Animal Health
223 Rodeo Avenue
Caldwell, ID 83605-6714

Biomatrix International
1002 16th Avenue South
Princeton, MN 55371-2326

Black Oil Co.
P.O. Box 346
Eden, ID 83325-0346

Bret Robins Farms
273 West 400 South
Burley, ID 83318-5222

Buhl Implement Company
P.O. Box 307
Buhl, ID 83316-0307

Butte Irrigation, Inc.
P.O. Box 790
Paul, ID 83347-0790

C.W. Hollifield Estate
% Terry G. Hollifield, et al
22866 Hwy 30
Hansen, ID 83334-5028

CNH Capital
P.O. Box 1083
Evansville, IN 47706-1083

CW Hollifield Estate and Helen Hollifield Es
c/o William R Hollifield
POB 66
Twin Falls ID 83303-0066

CarQuest Auto Parts
429 North 5th Street
Pocatello, ID 83201-6251

Carne I Corp
872 East Pebble Drive
Burley, ID 83318-5099

Cesco
26 East  300 South
Jerome, ID 83338-6513

Challis Creek Cattle Co LLC
P.O. Box 10
Challis, ID 83226-0010

Chase Bank USA
Attn: Bankruptcy Dept
800 Brooksedge Blvd
Westerville, OH 43081-2822

Chase Credit Card Services
P.O. Box 9001074
Louisville, KY 40290-1074

Chemical Supply Co., Inc.
3193 Kimberly Road
Twin Falls, ID 83301-8516

Christiansen Implement
111 Overland Avenue
Burley, ID 83318-1020

Circle C Equipment
27 North 150 West
Jerome, ID 83338-5379

Claire Armstrong
3611 North 3900 East
Hansen, ID 83334-5137


Clear Creek Land & Mortgage
P.O. Box 1598
Twin Falls, ID 83303-1598

Commercial Tire
POB 970
Meridian ID 83680-0970

Crawford Enterprises
681 Creekside Way
Twin Falls, ID 83301-4706


D & B Supply
2964 Addison Avenue East
Twin Falls, ID 83301-6814

D&H Farms
℅ Terry G. Hollifield
22866 Highway 30
Hansen, ID 83334-5028

DTN Corporation
P.O. Box 3546
Omaha, NE 68103-0546


Dairy Feed Supply, Inc.
2584 Beryl Avenue
Twin Falls, ID 83301-7963

Dairy Health Services
105 Country Lane
Jerme, ID 83338-6147

Darling International
P.O. Box 552210
Detroit, MI 48255-2210


Darling International, Inc.
P.O. Box 5485
Boise, ID 83705-0485

Davidson & Co.
P.O. Box 446
Eden, ID 83325-0446

Diamond Automotive Machine
434 Main Avenue South
Twin Falls, ID 83301-6424


Don Shouse
Farm Credit Services
PO Box 5059
Twin Falls, ID 83303-5059

Dons Irrigation LLC
294 S 300 E
Jerome ID 83338-6534

Evans Grain, Feed & Seed
P. O. Box B
Burley, ID 83318-0737


FPC Financial, FSB
P.O. Box 6600
Johnston, IA 50131-6600

FPC Financial, f.s.b.
PO Box 6600
6400 NW 86th Street
Johnston, IA 50131-2945

Farm Plan
P.O. Box 4450
Carol Stream, IL 60197-4450


Farm Plan
POB 5328
Madison WI 53705-0328

Farmore of Idaho
aka Farmore Irrigation
P.O. Box 14
Twin Falls, ID 83303-0014

Floyd Lilly Company
P.O. Box 461
Twin Falls, ID 83303-0461


Franklin Building Supply
1390 Highland Avenue East
Twin Falls, ID 83301-7867

(c)GHC LABS
10455 E 330 RD
TALALA OK 74080-9621

Garrison Electric, LLC
3376 North 1400 East
Buhl, ID 83316-6324


Gary Denney
3798 East 3800 North
Hansen, ID 83334-5008

Gavilon Grain LLC
First National Tower Ste 3700
1601 Dodge St
Omaha NE 68102-1637

Gavilon Grain, LLC d/b/a Peavey Co.
Attn:  Dwight Smith
11 ConAgra Drive, MS 11-160
Omaha, NE 68102-0160

Gavilon Grain, LLC dba Peavey Co.
c/o James G. Powers
First Naitonal Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102-1637

Gavilon, LLC
P.O. Box 730993
Dallas, TX 75373-0993

Gem State Welders Supply
P.O. Box 384
Twin Falls, ID 83303-0384

Gene Rambo
P. O. Box 85
Murtaugh, ID 83344-0085

General Implement
300 East Overland Road
Meridian, ID 83642-3044

Gerald R. Bowden, Assessor
P.O. Box 248
Twin Falls, ID 83303-0248

(c)GHOST HOLLOW CONSULTING
10455 E 330 RD
TALALA OK  74080-9621

Gier Jammers Diesel Repair
2540 East 3900 North
Filer, ID 83328-5303

Gietzen Electric, Inc.
P.O. Box 467
Buhl, ID 83316-0467

Goold Manufacturing Co.
287 Clinton Drive
Twin Falls, ID 83301-7612

Grover's Electric and Plumbing
1900 NE 78th Street
Vancouver, WA 98665-7976

Guinn Enterprises, Inc.
aka Guinn Trading
P.O. Box 1630
Brush Prairie, WA 98606-1630

H.I.D. Pest Control, Inc.
P.O. Box 407
Heyburn, ID 83336-0407

HCM Holmstead PLLC
P.O. Box 1293
Twin Falls, ID 83303-1293

Haines Auto Electric, Inc.
1861 Kimberly Road
Twin Falls, ID 83301-7395

Harvey's Office Plus
1860 Kimberly Road
Twin Falls, ID 83301-5278

Holst Truck & Auto Wrecking
P.O. Box 126
Ucon, ID 83454-0126

Holtzen Brothers Trucking, Inc.
341 West  400 South
Jerome, ID 83338-5954

Horizon Milling
PO Box 98220
Chicago, IL 60693-8220

Horizon Milling, LLC
12800 Whitewater Drive, MS #136
Minnetonka, MN 55343-9441

Idaho Equipment and Salvage
P.O. Box 1431
Twin Falls, ID 83303-1431

Idaho Fire Extinguisher Co.
743 2nd Avenue East
Twin Falls, ID 83301-7130

Idaho Hydrojetting
P.O. Box 468
Jerome, ID 83338-0468

Idaho Power Co.
P.O. Box 70
Boise, ID 83707-0070

Idaho State Brand Inspector
P.O. Box 1059
Twin Falls, ID 83303-1059

Idaho State Tax Commission
Bankruptcy Division
P.O. Box 36
Boise, ID 83722-2302

Ike Heidemann Custom Farming
3672 North 3600 East
Kimberly, ID 83341-5321

Industrial Motor Supply
P.O. Box 1912
Twin Falls, ID 83303-1912

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Insolvency Division
550 West Fort Street Ste 300
Boise, ID 83724-0105

J & C Hoof Trimming, Inc.
c/o Russell G. Kvanvig
Stephan, Kvanvig, Stone & Trainor
P.O. Box 83
Twin Falls, ID. 83303-0083

J R Simplot Company
c/o Craig W Christensen Chartered
POB 130
Pocatello ID 83204-0130

J&C Custom, LLC
299 Addison Avenue West
Twin Falls, ID 83301-5049

J&C Hoof Trimming, Inc.
2579B East 3700 North
Twin Falls, ID 83301-0144

J&J Enterprises
1704 Addison Avenue East
Twin Falls, ID 83301-5301

J&T Livestock
PO Box 1598
Twin Falls, ID 83303-1598

J. R. Simplot Company
   dba Western Stockmen's
c/o Craig W. Christensen, Chartered
P. O. Box 130
Pocatello, ID 83204-0130

J. R. Simplot Company
   dba Simplot Grower Solutions
c/o Craig W. Christensen, Chartered
P. O. Box 130
Pocatello, ID 83204-0130

Jack and Beverly Boyd
3522 North 2900 East
Twin Falls, ID 83301-0328

Jack's Tire & Oil, Inc.
P.O. Box 6337
North Logan, UT 84341-6337

James Brennan Family Trust
c/o Jeffrey E. Rolig
PO Box 5455
Twin Falls, ID 83303-5455

Jim's Repair & Distributing
942 B South Lincoln
Jerome, ID 83338-3041

John A. Coleman
dba A & J Farm
dba Lasko Alexander Farm, LLC
2954 East 3400 North
Twin Falls, Idaho 83301-0318

John Brennan Trust
4155 North 2500 East
Filer, ID 83328-5147

John Coleman
dba A & J Farm
dba Lasko Alexander Farm, LLC
2954 East 3400
Twin Falls, Idaho 83301-0318

John Fayle
Member - Not Zyque LLC
5119 N. Leather Place
Boise, ID 83713-1865

John Redmond
30177 Bouquet Canyon Road
Saugus, CA 91390-1139

Julie Fiscus
1648 2nd Avenue East
Twin Falls, ID 83301-7303

K&J Welding
P.O. Box 634
Kimberly, ID 83341-0634

Kaman Industrial Technology
P.O. Box 74566
Chicago, IL 60690-8566

Keith Briggs
349 Grand Avenue
Langhorne, PA 19047-3172

Kelly LLC
POB 150
Murtaugh ID 83344-0150

Kelly's Bearing Supply, Inc.
1407 East Main Street
Burley, ID 83318-2066

Kelvon Hansen
PO Box V
Kimberly, ID 83341-0310

Ken-Spray, LLC
788 Airport Loop
Twin Falls, ID 83301-0368

Key Bank
P.O. Box 1405
Twin Falls, ID 83303-1405

Key Bank
Special Assets Group
P.O. Box 2757
Boise, ID 83701-2757

Key Bank Nat'l Association
c/o Randall A Peterman Esq
POB 829
Boise ID 83701-0829

KeyAg Distributors
PO Box 150
Murtaugh, ID 83344-0150

KeyBank National Association
c/o Randall A. Peterman
Moffatt Thomas Barrett Rock & Fields
P.O. Box 829
Boise, ID 83701-0829

L E & Nancy Chapin Trust
% Wells Fargo AC U1858-0854
P.O. Box 53
Nampa, ID 83653-0053

L&R Tarp, Inc.
334 West 450 South
Heyburn, ID 83336-7636

L&T Construction
P.O. Box 212
Eden, ID 83325-0212

L.L. Langdon, Inc.
223 South Broadway
Buhl, ID 83316-1308

L.P. Pederson Trust
P.O. Box 10
Hansen, ID 83334-0010

Lake City International
259 4th Avenue West
Twin Falls, ID 83301-6025

Landview, Inc.
P.O. Box 475
Rupert, ID 83350-0475

Lansing Trade Group, LLC
PO Box 69
Bliss, ID 83314-0069

Larry Hollifield Farms
4076A E 3800 N
Hansen ID 83334-5018

Larry Hranac
14410 Presidio N. Loop
Nampa, ID 83651-7540

Lasko Alexander Farm, LLC
P.O. Box 1293
Twin Falls, ID 83303-1293

Lasko Alexander Farm, LLC.
PO Box 1293
Twin Falls, Idaho 83303-1293

Lattimer Farm Agency Account
US Bank Attn Steven Bingham
241 Shoshone St N
Twin Falls ID 83301-6151

Lee's Radiator
500 West Main
Jerome, ID 83338-2236

Les Schwab Tire
421 Blue Lakes Blvd. N.
Twin Falls, ID 83301-4830

Les Schwab Tire Centers
of Portland, Inc.
PO Box 5350
Bend, OR 97708-5350

Lextron, Inc.
Department No. 1305
Denver, CO 80256-1305

Lowe's
1350 Blue Lakes Blvd North
Twin Falls, ID 83301-3309

Magic Valley D.H. I. A.
P.O. Box 1293
Twin Falls, ID 83303-1293

Magic Valley D.H.I.A.
PO Box 1293
Twin Falls, Idaho 83303-1293

Magic Valley Equipment Co.
P.O. Box 746
Paul, ID 83347-0746

Magic Valley Utility Locator
322 East Main St.  PMB 190
Burley, ID 83318-1933

Maverick Credit Card Services
P.O. Box 9000
Afton, WY 83110-9000

McCall Livestock
3750 North 2700 East
Twin Falls, ID 83301-0167

Metroplitan Life Insurance
Agricultural Investments
8717 West 110th St. Ste 700
Overland Park, KS 66210-2127

Mike Meade
3779 N 3575 E
Kimberly ID 83341-5090

Mike O'Maley Trucking
P.O. Box 24
Howe, ID 83244-0024

Mitch's Repair
148 Frontage Road North
Jerome, ID   83338, ID 83338-5381

Moo Valley Feeds
Mindi Werner
P. O. Box 2902
Twin Falls, ID, ID 83303-2902

Moser Machine Shop
3785 North 3200 East
P.O. Box 2626
Twin Falls, ID 83303-2626

Murphy's Services, LLC
2229 East 4100 North
Filer, ID 83328-5029

NAPA Auto Parts
P.O. Box 1425
Twin Falls, ID 83303-1425

Newberry Farms, LLC
545 South Main St
Kimberly, ID 83341-2045

Northside Implement
1922 South Lincoln
Jerome, ID 83338-6139

Northwest Farm Credit Services, FLCA
c/o Ron Kerl
POB 4229
Pocatello, ID 83205-4229

OK Auto Systems Inc
c/o Worst Fitzgerald & Stover PLLC
POB 5226
Twin Falls ID 83303-5226

OK Auto Systems, Inc.
2075 Kimberly Road
Twin Falls, ID 83301-7429

PSI Environmental
222 Gem Street South
Twin Falls ID 83301-7873

Pacific Steel & Recycling
P.O. Box 1413
Twin Falls, ID 83303-1413

Page Brake Warehouse
2064 Kimberly Road
Twin Falls, ID 83301-7428

Peavey Co.
P.O. Box 1089
Burley, ID 83318-0948

Pedersen Family Trust
Jeffrey E. Rolig, Attorney
PO Box 5455
Twin Falls, ID 83303-5455

Performance Plus Idaho, LLC
314 South 500 East
Jerome, ID 83338-6820

Physicians Immediate Care
260 Falls Avenue, Suite C
Twin Falls, ID 83301-3370

Pickett Equipment
976 East Main
Burley, ID 83318-2036

Pioneer Commodities
Scott A Tschirgi
401 W Front St Ste 401
Boise ID 83702-5122

Pioneer Commodities, LLC
P.O. Box 485
Jerome, ID 83338-0485

Pioneer Equipment
P.O. Box 495
Rupert, ID 83350-0495

Platt Electric
P.O. Box 2858
Portland, OR 97208-2858

Professional Pump Service
2201 South 1800 East
Gooding, ID 83330-5272

Progressive Bovine Supply
53 East 200 South
Jerome, ID 83338-6311

Rangen Inc.
P.O. Box 706
Buhl, ID 83316-0706

Reed Grain & Bean Co.
PO Box 472
Buhl, ID 83316-0472

Richard Sievers
3404 North 3400 East
Kimberly, ID 83341-5283

Robert Harris
22820 U. S. Highway 30
Hansen, ID 83334-5028

Robert Harris
c/o Worst Fitzgerald & Stover PLLC
POB 5226
Twin Falls ID 83303-5226

Robertson Supply, Inc.
P.O. Box 1366
Nampa, ID 83653-1366

Rockin 31 Cattle, LLC
P.O. Box 1598
Twin Falls, ID 83303-1598

Rocky Mountain Animal Care
845 Barton Rd Trlr 161
Pocatello ID 83204-1833

Ron Mort Trucking
P.O. Box 119-A
Moore, ID 83255

Ruhter Custom Farming
4155 North 2600 East
Filer, ID 83328-5155

Rush Truck Center
259 4th Avenue
Twin Falls, ID 83301

Russell (Henry) Denton
173 Highway 74
Twin Falls, ID 83301-0209

S&D Automotive
139 Blue Lakes Blvd South
Twin Falls, ID 83301-7804

S&T Trucking Logistics, LLC
P.O. Box 400
Parkston, SD 57366-0400

SUTCO Inc
211 West Avenue G
Jerome ID 83338-3022

Safeguard Business Systems
P.O. Box 88043
Chicago, IL 60680-1043

Sawtooth Seed Co.
297 West 300 South
Burley, ID 83318-5217

Scoular Company
529 East Avenue T
Jerome, ID 83338-6158

Semex USA
2866 Agriculture Drive
Madison, WI 53718-6790

Simplot Grower Solutions
797 Eastland Drive South
Twin Falls, ID 83301-7901

Six States Distributors
P.O. Box 80240
City of Industry, CA 91716-8240

Snake River Hydraulics, Inc.
530 16th Street
Heyburn, ID 83336-9657

Sprinkler Head Rebuilders
1612 Main Street
Buhl, ID 83316-1716

Sprint Customer Service
POB 8077
London KY 40742-8077

Spudrunner, Inc.
999 East 300 North
Declo, ID 83323-5000

Standard Dairy Consulting
PO Box 3844
Omaha, NE 68103-0844

Stastny Farms, Inc.
4353-A East 3700 North
Murtaugh, ID 83344-5029

State Insurance Fund
P.O. Box 83720
Boise, ID 83720-0044

Suburban Propane
PO Box 206
Whippany, NJ 07981-0206

Sweet's Septic Tank
and Backhoe Services
P.O. Box 920
Shoshone, ID 83352-0920

TDK Auto Service
2374 Addison Avenue East
Twin Falls, ID 83301-6745

Tacoma Screw Products, Inc.
2001 Center Street
Tacoma, WA 98409-7895

The Scoular Company
c/o Worst, Fitzgerald & Stover, P.L.L.C.
PO Box 5226
Twin Falls, Idaho 83303-5226

The Sprinkler Shop, Inc.
P.O. Box 599
Paul, ID 83347-0599

The Times News
P.O. Box 548
Twin Falls, ID 83303-0548

Thomas Petroleum LLC d/b/a Bowen Petroleum I
c/o Daniel C Green
POB 1391
Pocatello ID 83204-1391

Thomas Petroleum, LLC
P.O. Box 413045
Salt Lake City, UT 84141-3045

Tim Hollinger
3801 North 4000 East
Hansen, ID 83334-5055

Times-News
c/o Lee Enterprises
P.O. Box 540
Waterloo, IA 50704-0540

Tires West / Les Schwab
P.O. Box 308
Burley, ID 83318-0308

Titan Commercial Contractors
Gary L Rainsdon Ch 7 Trustee
PO Box 506
Twin Falls, ID 83303-0506

Titan Commercial Contractors
c/o Page
407 Platt Pl
Burley ID 83318-3173

Tolman & Sons
3284 North 4500 East
Murtaugh, ID 83344-5252

Trebar, Inc.
P.O. Box 15398
Boise, ID 83715-5398

Tri-S Welding
410 Highway 30
Hansen, ID 83334-5158

Twin Falls County Treasurer
and Tax Collector
P.O. Box 88
Twin Falls, ID 83303-0088

Twin Falls Livestock
630 Railroad Avenue
Twin Falls, ID 83301-5557

Twin Falls Tractor and
Implement Company
1935 Kimberly Road
Twin Falls, ID 83301-7427

Twin Falls Transfer Station
2186 Orchard Drive
Twin  Falls, ID 83301-7994

Twin Falls Truck & Equipment
P.O. Box 1656
Twin Falls, ID 83303-1656

Tyson Fresh Meats Inc
c/o Matthew T Christensen
ANGSTMAN JOHNSON
3649 N Lakeharbor Lane
Boise ID 83703-6913

U. S. Attorney's Office
MK Plaza, Plaza IV
800 Park Boulevard Suite 600
Boise, ID 83712-7788

U. S. Commodities, Inc.
NW 7749
PO Box 1450
Minneapolis, MN 55480-1450

UBS AgriVest
P.O. Box 53
Nampa, ID 83653-0053

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

United Oil
P.O. Box 5159
Twin Falls, ID 83303-5159

Uriel Arreola
3333 South  1975 East
Wendell, ID 83355-3572

V1 Propane
P.O. Box 91
Rupert, ID 83350-0091

VISA
Kimberly, ID 83341

Valley Agronomics, LLC
P.O. Box 190
Kimberly, ID 83341-0190

Valley Brake & Truck Parts
180 Deere Street
Twin Falls, ID 83301-8517

Valley Co-ops, Inc.
1833 South Lincoln
Jerome, ID 83338-6138

Valley View Vet Clinic
Gary E. Lewis, DVM
2355 Beryl Avenue
Twin Falls, ID 83301-7904

Valley Wide Cooperative
P.O. Box 365
Rupert, ID 83350-0365

WSI Western Stockmen's
1001 West Main Street
Burley, ID 83318-1627

Wade Company, Inc.
19515 Highway 30
P.O. Box 324
Buhl, ID 83316-0324

Wagner Transportation Co.
PO Box 192
Twin Falls, ID 83303-0192

Walco
203 4th Avenue West
Twin Falls, ID 83301-6025

Walt Freestone
3774 East 3200 North
Hansen, ID 83334-5202

Watts Hydraulic & Repair
1982 Floral Avenue
Twin Falls, ID 83301-7937

Wells Fargo
Bankruptcy Department
PO Box 7648
Boise, ID 83707-1648

Wells Fargo Bank
102 Main Avenue South
Twin Falls, ID 83301-6266

Western Ag Enterprises, Inc
8121 W. Harrison Avenue
Tolleson, AZ 85353-3328

Western Seed
David F Shirley
Parsons Smith & Stone LLP
POB 910
Burley ID 83318-0910

Western Seeds
P.O. Box 850
Burley, ID 83318-0850

Western Stockmen's Supply
223 Rodeo Avenue
Caldwell, ID 83605-6714

Westway Feed Products LLC
Westway
David Wright
365 Canal Street, Ste. 2900
New Orleans, LA 70130-6522

Westway Feed Products, Inc.
23623 Network Place
Chicago, IL 60673-1236

Wilbur-Ellis Company
Feed Division
P.O. Box 29
Gooding, ID 83330-0029

Wilbur-Ellis Company
c/o David A Heida
POB 32
Gooding ID 83330-0032

Wiley Thomas
1024 Warm Springs Pl
Twin Falls, ID 83301-8365

Wilma B. Brennan, Jeff Brennan
21357 Hwy 30
Filer, ID 83328-5513

Young & Young Livestock
3134 South 1900 East
Wendell, ID 83355-3326

eDairy, Inc.
20 N. Wacker Drive Ste 3417
Chicago, IL 60606-3102

Brent T Robinson
POB 396
Rupert, ID 83350-0396

Garald Price
Garald Price & Associates PA
2058 Overland Ave
Burley, ID 83318-2440

Robert Harris
c/o Worst, Fitzgerald & Stover, P.L.L.C.
Post Office Box 5226
Twin Falls, ID 83303-5226

c/o David A. Coleman John Coleman dba A & J
Coleman, Ritchie & Robertson
PO Box 525
Twin Falls, ID 83303-0525

c/o David F. Shirley Western Seeds
PO Box 910
Burley, ID 83318-0910

dba Western Stockmen J. R. Simplot Company
c/o Craig W. Christensen, Chartered
P. O. Box 130
Pocatello, ID 83204-0130

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Dept
P.O. Box 21126
Philadelphia, PA 19114-0326

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

GHC Labs
10454 East 330 Road
Talala, OK 74080

Ghost Hollow Consulting
10454 East 330 Road
Talala, OK 74080

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Metropolitan Life Insurance Company

(d)ADM Edible Bean Specialties Inc
c/o Robert J Maynes
POB 3005
Idaho Falls ID 83403-3005

(d)Eagle Creek Northwest LLC
c/o John S Ritchie
Coleman Ritchie & Robertson
POB 525
Twin Falls ID 83303-0525

(d)Goold Manufacturing, Inc.
287 Clinton Drive
Twin Falls, ID 83301-7612

(d)J. R. Simplot Company
dba Western Stockmen's
c/o Craig W. Christensen, Chartered
P. O. Box 130
Pocatello, ID 83204-0130

(d)Key Bank
P.O. Box 1405
Twin Falls, ID 83303-1405

(d)Wilbourn Garage Doors
c/o May, Browning & May
1419 W Washington
Boise, ID 83702-5039

(u)Michael J Meade

End of Label Matrix
Mailable recipients    290
Bypassed recipients      8
Total                  298