Matthew T. Christensen
ANGSTMAN JOHNSON
3649 Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Christensen ISB: 7213

Attorney for Interested Party/Creditor
Tyson Fresh Meats, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>HOLLIFIELD RANCHES, INC.<br><br>Debtor. | Case No.: 10-41613-JDP<br><br>NOTICE OF SERVICE<br>(Chapter 11) |

Creditor Tyson Fresh Meats, Inc., by and through their counsel, ANGSTMAN JOHNSON, gives notice to the Court and all interested parties that they served *Tyson Fresh Meats, Inc.'s, First Set of Discovery Requests to Debtor, dated December 28, 2011*, on Randall A. Peterman, counsel for KeyBank; Brent T. Robinson, counsel for '

/

/

/

NOTICE OF SERVICE - PAGE 1

Debtor; and Justin May, counsel for the Creditor's Committee, on this the 28th day of December, 2011.

DATED this 28th day of December, 2011.

/s/ Michael C. McClure  (ISB No. 8439) for
MATTHEW T. CHRISTENSEN
Attorney for Tyson Fresh Meats, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2011, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Brent T. Robinson | btr@idlawfirm.com |
| Craig W. Christensen | cwcc@ida.net |
| David F. Shirley | dshirley@pmt.org |
| William R. Hollifield | bhollifield@idalawyer.com |
| Scott Tschirgi | sat@satchartered.com |
| Mary P. Kimmel | ustp.region18.bs.ecf@usdoj.gov |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| John S. Ritchie | crrtflaw@msn.com |
| David A. Heida | dheida@capitollawgroup.net |
| Daniel C. Green | dan@racinelaw.net |
| Robert J. Maynes | mayneslaw@hotmail.com |
| John O. Fitzgerald II | jof@magicvalleylaw.com |
| David W. Gadd | dwg@magicvalleylaw.com |
| J. Justin May | jmay@may-law.com |
| David A. Coleman | davidacoleman@msn.com |
| Ron Kerl | ron@cooper-larsen.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Patrick W. McNulty | pwmcnulty@hollandhart.com |
| Kevin C. Braley | kbraley@hollandhart.com |
| Randy Peterman | rap@moffatt.com |
| Noah G. Hillen | ngh@moffatt.com |
| Matthew T. Christensen | mtc@angstman.com |

Others as noted on the Court's ECF notice.

/s/ Michael C. McClure (ISB No. 8439) for
Matthew T. Christensen

NOTICE OF SERVICE - PAGE 2